B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Southern District of Iowa | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Newton Manufacturing Company | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 42-0437950 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 1123 1st Ave E | |
| Newton, IA | |
| ZIP Code 50208 | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Jasper | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

### Filing Fee (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(04/13)                                                                                  Page 2

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>    Newton Manufacturing Company |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>  - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
    (Name of landlord that obtained judgment)

_____
    (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

Newton Manufacturing Company

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

X  /s/ Jeffrey Goetz
_____

Signature of Attorney for Debtor(s)

Jeffrey Goetz
_____

Printed Name of Attorney for Debtor(s)

Bradshaw, Fowler, Proctor & Fairgrave PC
_____

Firm Name

801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004

_____

Address

515-243-4191  Fax: 515-246-5808
_____

Telephone Number

May 31, 2015
_____

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Mancil Laidig
_____

Signature of Authorized Individual

Mancil Laidig
_____

Printed Name of Authorized Individual

President
_____

Title of Authorized Individual

May 31, 2015
_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Southern District of Iowa

In re    Newton Manufacturing Company                              Case No. _____

                                     Debtor(s)                  Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Norwood Calendars<br>1000 Highway 4 S<br>Sleepy Eye, MN 56085-0008 | edgar.hernandez@bicworld.com<br>Norwood Calendars<br>1000 Highway 4 S<br>Sleepy Eye, MN 56085-0008<br>727-524-7480 | Trade Debt | | 365,756.28 |
| Norwood Hard Goods<br>5151 Moundview Dr<br>Red Wing, MN 55066-1138 | edgar.hernandez@bicworld.com<br>Norwood Hard Goods<br>5151 Moundview Dr<br>Red Wing, MN 55066-1138<br>727-524-7480 | Trade Debt | | 301,633.08 |
| SanMar Corporation<br>Attn: Dana Brandsrud<br>22833 SE Black Nugget Road,<br>Suite 130<br>Issaquah, WA 98027-8700 | martyl@sanmar.com<br>SanMar Corporation<br>Attn: Dana Brandsrud<br>22833 SE Black Nugget Road, Suite 130<br>Issaquah, WA 98027-8700<br>800-346-3369 | Trade Debt | | 262,437.85 |
| BIC Graphic USA<br>14421 Myerlake Circle<br>Clearwater, FL 33760-2840 | betsy.hardin@bicgraphic.com<br>BIC Graphic USA<br>14421 Myerlake Circle<br>Clearwater, FL 33760-2840<br>888-446-5242 | Trade Debt | | 237,164.29 |
| Cap America Inc<br>1 Cap America Dr<br>Fredericktown, MO<br>63645-6102 | brucew@capamerica.com<br>Cap America Inc<br>1 Cap America Dr<br>Fredericktown, MO 63645-6102<br>800-487-2227 | Trade Debt | | 96,450.57 |
| Hit Promotional Products<br>7150 Bryan Dairy Rd<br>Largo, FL 33777-1501 | cjschmidt@hitpromo.net<br>Hit Promotional Products<br>7150 Bryan Dairy Rd<br>Largo, FL 33777-1501<br>800-237-6305 | Trade Debt | | 66,749.31 |
| Moderne Glass Co Inc<br>Hopewell Industrial Park<br>1000 Industrial Blvd<br>Aliquippa, PA 15001-4871 | mcknito@mglass.com<br>Moderne Glass Co Inc<br>Hopewell Industrial Park<br>1000 Industrial Blvd<br>Aliquippa, PA 15001-4871<br>800-645-5131 ext 6000 | Trade Debt | | 57,674.32 |

B4 (Official Form 4) (12/07) - Cont.

In re   Newton Manufacturing Company                Case No. _____

                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Power Sales & Advertising<br>801 N Meadowbrook Dr<br>Olathe, KS 66062-5443 | tevans@psakc.com<br>Power Sales & Advertising<br>801 N Meadowbrook Dr<br>Olathe, KS 66062-5443<br>913-324-4900 | Trade Debt | | 55,391.06 |
| Gold Bond World Wide<br>5485 Hixson Pike<br>Hixson, TN 37343-0967 | markg@goldbondinc.com<br>Gold Bond World Wide<br>5485 Hixson Pike<br>Hixson, TN 37343-0967<br>800-438-5757 | Trade Debt | | 41,807.56 |
| Custom Printing Inc<br>2402 E 6th Ave<br>Belton, TX 76513-9602 | robinb@customcrest.com<br>Custom Printing Inc<br>2402 E 6th Ave<br>Belton, TX 76513-9602<br>800-266-6260 | Trade Debt | | 37,474.57 |
| Quikey Mfg Co Inc<br>1500 Industrial Pkwy<br>Akron, OH 44310-2600 | exec214@quikey.com<br>Quikey Mfg Co Inc<br>1500 Industrial Pkwy<br>Akron, OH 44310-2600<br>877-901-1200 | Trade Debt | | 32,247.96 |
| Magnet Group, The<br>7 Chamber Dr<br>Washington, MO 63090-0605 | bkorowitz@themagnetgroup.com<br>Magnet Group, The<br>7 Chamber Dr<br>Washington, MO 63090-0605<br>800-458-9457 | Trade Debt | | 28,458.22 |
| American Ad Bag Co<br>1510 Lamb Rd<br>Woodstock, IL 60098 | orders@adbag.com<br>American Ad Bag Co<br>1510 Lamb Rd<br>Woodstock, IL 60098<br>800-382-6844 | Trade Debt | | 26,256.86 |
| A Plus Designs, Inc. Outfitters Plus<br>56988 635th Street<br>Atlantic, IA 50022 | amyn@aplusdesignsinc.com<br>A Plus Designs, Inc. Outfitters Plus<br>56988 635th Street<br>Atlantic, IA 50022<br>712-243-4379 | Trade Debt | | 24,785.60 |
| Gill Studios Inc<br>10800 Lackman Rd<br>Lenexa, KS 66219-1230 | plage@gill-line.com<br>Gill Studios Inc<br>10800 Lackman Rd<br>Lenexa, KS 66219-1230<br>888-455-4422 | Trade Debt | | 24,666.57 |
| Bag Makers Inc<br>6606 S Union Rd<br>Union, IL 60180-9514 | chuck.sanford@bagmakersinc.com<br>Bag Makers Inc<br>6606 S Union Rd<br>Union, IL 60180-9514<br>800-458-9031 | Trade Debt | | 23,099.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   Newton Manufacturing Company                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HotLine Products<br>345 Plato Blvd E<br>Saint Paul, MN 55107-1269 | ghoden@brownandbigelow.com<br>HotLine Products<br>345 Plato Blvd E<br>Saint Paul, MN 55107-1269<br>800-225-2114 | Trade Debt | | 21,969.62 |
| Royal Industries<br>225 25th St<br>Brooklyn, NY 11232-1337 | mrudy@royalindustries.com<br>Royal Industries<br>225 25th St<br>Brooklyn, NY 11232-1337<br>718-369-3046 | Trade Debt | | 19,880.09 |
| Vitronic Promo Group<br>4680 Parkway Dr<br>Suite 200<br>Mason, OH 45040-8297 | lorik@vitronicpromotional.com<br>Vitronic Promo Group<br>4680 Parkway Dr<br>Suite 200<br>Mason, OH 45040-8297<br>800-666-7117 | Trade Debt | | 19,284.01 |
| Starline USA Inc<br>3036 Alt Blvd<br>Grand Island, NY 14072-1246 | dnorris@starline.com<br>Starline USA Inc<br>3036 Alt Blvd<br>Grand Island, NY 14072-1246<br>800-831-2231 | Trade Debt | | 18,100.48 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 31, 2015                         Signature   /s/ Mancil Laidig
                                                         Mancil Laidig
                                                         President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Iowa

In re    Newton Manufacturing Company                      ,      Case No. _____

                                     Debtor

                                                Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 2,125,720.00 | | |
| B - Personal Property | Yes | 4 | 3,026,265.57 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,819,797.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 12 | | 121,624.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 126 | | 5,782,196.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 149 | | | |
| | Total Assets | | 5,151,985.57 | | |
| | | Total Liabilities | | 7,723,618.21 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Iowa

In re    Newton Manufacturing Company                  ,     Case No. _____

                         Debtor

                                               Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Address: 1017 1st AVE E<br>Legal Description: Jones N 150' Lot 11/EX E 10' 7<br>County ID Number: 834278012<br>(property is presented on a tax assessed basis) | Fee simple | - | 95,830.00 | 0.00 |
| Address: 1123 1st AVE E<br>Legal Desription: Jones Lot A & 23' ADJ NE COR / EX IRG TR ON W/ Cert of adj #8421<br>ID Number: 834281017<br>(property is presented on a tax assessed basis) | Fee simple | - | 1,138,050.00 | 0.00 |
| Address: 1123 1st AVE E<br>Legal Description: Jones Tr on W lot A and All Lots B-C-F<br>ID Number: 834281001<br>(property is presented on a tax assessed basis) | Fee simple | - | 54,460.00 | 0.00 |
| Address: 115 E 11th ST S<br>Legal Description: Jones Tr 65 x 122 beg 150' S NE COR Lot 11<br>ID Number: 834278013<br>(property is presented on a tax assessed basis) | Fee simple | - | 23,090.00 | 0.00 |
| Address: 120 E 11th ST S<br>Legal Description: Jones Lot G<br>ID Number: 834281002<br>(property is presented on a tax assessed basis) | Fee simple | - | 23,000.00 | 0.00 |
| Address: 122 E 11th ST S<br>Legal Description: Jones Lot H<br>ID Number: 834281003<br>(property is presented on a tax assessed basis) | Fee simple | - | 23,890.00 | 0.00 |
| Address: 129 E 12th ST S<br>Legal Description: Jones Lots 1 & 2 Blk<br>ID Number: 834281018<br>(property is presented on a tax assessed basis) | Fee simple | - | 30,210.00 | 0.00 |

Sub-Total >    1,388,530.00    (Total of this page)

 1   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    __Newton Manufacturing Company_____ ,    Case No. _____

                          Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Address: 133 E 12th ST S<br>Legal Description: Jones Lot 3 Blk O<br>ID Number: 834281019<br>(property is presented on a tax assessed basis) | Fee simple | - | 8,430.00 | 0.00 |
| Address: 137 E 12th ST S<br>Legal Description: Jones Lots 4-5-6 Blk O<br>ID Number: 834281020<br>(property is presented on a tax assessed basis) | Fee simple | - | 59,380.00 | 0.00 |
| Address: 200 E 12th ST S<br>Legal Description: Winpower Ad Lot 2 EXC Parcel A & Parcel B of Lot A<br>ID Number: 835152008 | Fee simple | - | 650,000.00 | 372,797.20 |
| Address: 223 E 12th ST S<br>Legal Description: Jones Lot 7 Blk O<br>ID Number: 834281021<br>(property is presented on a tax assessed basis) | Fee simple | - | 9,270.00 | 0.00 |
| Address: 225 E 12th ST S<br>Legal Description: Jones Lot 8 Blk O<br>ID Number: 834281022<br>(property is presented on a tax assessed basis) | Fee simple | - | 10,110.00 | 0.00 |

Sub-Total >     737,190.00     (Total of this page)

Total >     2,125,720.00

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re     Newton Manufacturing Company                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | Petty Cash<br>1123 First Avenue East<br>Newton, IA 50208 | - | 62.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Community Bank<br>Accounts Payable Account<br>Account No. xx2667<br>Amount estimated as of petition date | - | 0.00 |
| | | Community Bank<br>Sweep Account<br>Account No. xx2676<br>Amount estimated as of petition date | - | 16,850.11 |
| | | Community Bank<br>General Account<br>Account No. xx2675<br>Amount estimated as of petition date | - | 94,095.33 |
| | | Newton National Bank<br>General Account<br>Account No. xx0052<br>Amount estimated as of petition date | - | 15,000.00 |
| | | Newton National Bank<br>Salesmen Account<br>Account No. xx0214<br>Amount estimated as of petition date | - | 10,000.00 |
| | | The Principal Financial Group<br>Brokerage Account<br>Account No. xxx-xx8427 | - | 23,957.84 |
| | | Note: Balance is as of March 31, 2015 | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >          159,965.28
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

5/31/15 2:41PM

B6B (Official Form 6B) (12/07) - Cont.

In re    Newton Manufacturing Company                                        ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Principal Financial Group Life Insurance Policies for John McNeer, Clayton Case and Mancil Laidig | - | 12,146.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >    12,146.00
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | Various Trade Accounts Receivable<br>Note: AR is presented as of May 27, 2015 on a gross basis and is not shown net of any allowance for doubtful accounts. $395,424.59 of the total is presented as of April 30, 2015. | - | 2,346,710.41 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Newton Manufacturing Co. v. Doyle Clemmons, d/b/a Maxxstar LLC<br>Ongoing suit related to breach of contract | - | Unknown |
| | | Salesman Paragon Consulting<br>Customer (USA Truck) credit | - | 10,675.94 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| | | | Sub-Total > | 2,357,386.35 |
| | | | (Total of this page) | |

Sheet ___2___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford F-150 Truck<br><br>Note: Asset is presented at net book value. | - | 7,537.01 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer Equipment<br>Note: Excludes Capitalized Enterprise REsource Planning Software | - | 98,104.93 |
| | | Other Equipment | - | 25,563.00 |
| | | Furniture (See attached Rider B.28) | - | 11,155.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Quality Incentive Co,<br>Building 5<br>3962 Willow Lake Blvd.<br>P.O. Box 750727<br>Memphis, TN 38175-9980<br>(Subject to Continuing Inventory Audit and Accounting) | - | Unknown |
| | | Inventory held at Newton Manufacturing at its business address<br>(Subject to Continuing Inventory Audit and Accounting) | - | 354,408.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 496,767.94 |
| (Total of this page) | |
| Total > | 3,026,265.57 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Newton Manufacturing Company_____,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx xx. x6210 <br><br> Community Bank <br> Main Branch <br> 1401 N. Jefferson <br> Indianola, IA 50125 | | - | October 1, 2014 <br><br> Promissory Note <br><br> Address: 200 E 12th ST S <br> Legal Description: Winpower Ad Lot 2 EXC Parcel A & Parcel B of Lot A <br> ID Number: 835152008 | | | | | |
| | | | Value $          650,000.00 | | | | 372,797.20 | 0.00 |
| Account No. xxxx xx. x5941 <br><br> Halo Branded Solutions, Inc. <br> 1980 Industrial Drive <br> Sterling, IL 61081 | | - | June 17, 2014 <br><br> Commercial Line of Credit <br><br> On May 30, 2015 Halo Branded Solutions purchased the Debtor's Commercial Line of Credit previously held by Community Bank. | | | | | |
| | | | Value $        2,825,637.00 | | | | 1,447,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal <br> (Total of this page) | 1,819,797.20 | 0.00 |
| | Total <br> (Report on Summary of Schedules) | 1,819,797.20 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  11  </u>  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re ___Newton Manufacturing Company_____ ,     Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Accrued vacation | | | | | |
| Adam Vandall 1005 E 10th St. S Newton, IA 50208 | - | | | | X | | | Unknown | Unknown / 0.00 |
| Account No. | | | | Accrued vacation | | | | | |
| Amy Peterson 1319 S. 9th Ave E Newton, IA 50208 | - | | | | | | | 1,934.31 | 0.00 / 1,934.31 |
| Account No. | | | | Accrued vacation | | | | | |
| Andy Lehrman 1012 E 17th St. S Newton, IA 50208 | - | | | | | | | 841.50 | 0.00 / 841.50 |
| Account No. | | | | Accrued vacation | | | | | |
| Beverly Taber 1602 N 4th Ave E Newton, IA 50208 | - | | | | | | | 1,392.16 | 0.00 / 1,392.16 |
| Account No. | | | | Accrued vacation | | | | | |
| Bobbi McCleary 1020N 9th Ave E Newton, IA 50208 | - | | | | | | | 2,659.26 | 0.00 / 2,659.26 |

Sheet _1__ of _11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 6,827.23 | 6,827.23 |

5/31/15 2:41PM

B6E (Official Form 6E) (4/13) - Cont.

In re   Newton Manufacturing Company                           ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | | |
| Brent DeKoning 2200 S 5th Ave E Newton, IA 50208 | - | | | | | | 1,480.00 | 0.00 | 1,480.00 |
| Account No. | | | Accrued vacation | | | | | | |
| Caren Hoagland 2200 S. 8th Ave E Newton, IA 50208 | - | | | | | | 1,789.76 | 0.00 | 1,789.76 |
| Account No. | | | Accrued vacation | | | | | | |
| Carla Kolpin 1411 W 13th St. S Newton, IA 50208 | - | | | | | | 1,755.92 | 0.00 | 1,755.92 |
| Account No. | | | Accrued vacation | | | | | | |
| Chris Shockey 1209 W. 16th St. S, Apt 305 Newton, IA 50208 | - | | | | | | 1,345.60 | 0.00 | 1,345.60 |
| Account No. | | | Accrued vacation | | | | | | |
| Christine Emery 2309 S 8th Ave E Newton, IA 50208 | - | | | | | | 1,939.01 | 0.00 | 1,939.01 |

Sheet __2__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 8,310.29 | 8,310.29 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company                                ,    Case No. _____
                        **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Accrued vacation | | | | | |
| Chuck Flaherty 325 S 6th Ave W Newton, IA 50208 | - | | | | | | 2,794.55 | 0.00 2,794.55 |
| Account No. | | | Accrued vacation | | | | | |
| Cindy Webster 482 Hazel Ave Newton, IA 50208 | - | | | | | | 1,415.90 | 0.00 1,415.90 |
| Account No. | | | Accrued vacation | | | | | |
| Dan Marston 8884 Highway 6 E Kellogg, IA 50135-8720 | - | | | | | | 4,230.40 | 0.00 4,230.40 |
| Account No. | | | Accrued vacation | | | | | |
| Danielle Lester 1318 W 8th St. N Newton, IA 50208 | - | | | | | | 1,589.08 | 0.00 1,589.08 |
| Account No. | | | Accrued vacation | | | | | |
| Darrell Sarmento 1505 E 6th St. S Newton, IA 50208 | - | | | | | | 269.20 | 0.00 269.20 |

Sheet  3   of  11   continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 10,299.13 | 10,299.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

5/31/15 2:41PM

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | |
| David Wilson 4554 Highway S74 S Newton, IA 50208 | - | | | | | | 964.31 | 0.00 964.31 |
| Account No. | | | Accrued vacation | | | | | |
| Dezi Richardson 320 E 5th St. N Newton, IA 50208 | - | | | | | | 1,091.34 | 0.00 1,091.34 |
| Account No. | | | Accrued vacation | | | | | |
| Diana VanWyk 1601 W. 13th St. S Newton, IA 50208 | - | | | | | | 1,349.34 | 0.00 1,349.34 |
| Account No. | | | Accrued vacation | | | | | |
| Diane Smith 924 S 2nd Ave W Newton, IA 50208 | - | | | | | | 1,342.09 | 0.00 1,342.09 |
| Account No. | | | Accrued vacation | | | | | |
| George Baugh 619 University Pella, IA 50219 | - | | | | | | 2,490.10 | 0.00 2,490.10 |

Sheet _4_ of _11_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 7,237.18    7,237.18 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re     Newton Manufacturing Company                          ,        Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jane Hiemstra<br>411 W. 14th St. N<br>Newton, IA 50208 | | - | Accrued vacation | | | | 1,905.12 | 0.00<br><br>1,905.12 |
| Account No.<br><br>Janet Graber<br>423 S. 2nd Ave E<br>Newton, IA 50208 | | - | Accrued vacation | | | | 2,886.58 | 0.00<br><br>2,886.58 |
| Account No.<br><br>Jayne McKeever<br>705 S. 3rd Ave E<br>Newton, IA 50208 | | - | Accrued vacation | | | | 8,523.52 | 0.00<br><br>8,523.52 |
| Account No.<br><br>Jeff Stolp<br>16008 Tanglewood Dr<br>Urbandale, IA 50323 | | - | Accrued vacation | | | | 3,721.20 | 0.00<br><br>3,721.20 |
| Account No.<br><br>Jennifer Etter<br>1507 N. 5th Ave E<br>Newton, IA 50208 | | - | Accrued vacation | | | | 1,355.84 | 0.00<br><br>1,355.84 |

Sheet  5  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 18,392.26 |  18,392.26 |

5/31/15 2:41PM

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | |
| Joyce Finch 1966 Hwy S52 N Newton, IA 50208 | - | | | | | | 2,850.00 | 0.00 / 2,850.00 |
| Account No. | | | Accrued vacation | | | | | |
| Kathy Gulling 1221 Monroe Dr Newton, IA 50208 | - | | | | | | 2,185.92 | 0.00 / 2,185.92 |
| Account No. | | | Accrued vacation | | | | | |
| Kelly Harlow 2005 S 3rd Ave E Newton, IA 50208 | - | | | | | | 2,009.76 | 0.00 / 2,009.76 |
| Account No. | | | Accrued vacation | | | | | |
| Kendra Annee 9904 Shrine St Reasnor, IA 50232 | - | | | | | | 2,190.40 | 0.00 / 2,190.40 |
| Account No. | | | Accrued vacation | | | | | |
| Kenton Small 1022 E. 12th St. N, Apt 4 Newton, IA 50208 | - | | | | | | 1,840.00 | 0.00 / 1,840.00 |

Sheet _6__ of _11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 11,076.08 | 11,076.08 |

B6E (Official Form 6E) (4/13) - Cont.

In re  Newton Manufacturing Company                              ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kevin Peska<br>4583 S 9th Ave E<br>Newton, IA 50208 | - | | Accrued vacation | | | | 5,000.80 | 0.00 | 5,000.80 |
| Account No.<br><br>Laurie Kunkel<br>614 E 7 1/2 St N.<br>Newton, IA 50208 | - | | Accrued vacation | | | | 2,167.44 | 0.00 | 2,167.44 |
| Account No.<br><br>Linda Dougan<br>506 E 19th St. S<br>Newton, IA 50208 | - | | Accrued vacation | | | | 1,050.20 | 0.00 | 1,050.20 |
| Account No.<br><br>Linda Ryan<br>2956 Ranch Ave<br>Reasnor, IA 50232 | - | | Accrued vacation | | | | 1,477.77 | 0.00 | 1,477.77 |
| Account No.<br><br>Lisa Petro<br>213 W 3rd St. S<br>Newton, IA 50208 | - | | Accrued vacation | | | | 795.29 | 0.00 | 795.29 |

Sheet  7   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 10,491.50 | | 10,491.50 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | |
| LouAnn Seals 241 Hatch St. Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,025.82 | 1,025.82 |
| Account No. | | | Accrued vacation | | | | | |
| Lynnette DePenning 1325 Crescent Dr Newton, IA 50208 | - | | | X | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Accrued vacation | | | | | |
| Mancil Laidig 620 E. 5th St. N Newton, IA 50208 | - | | | | | | | 2,909.00 |
| | | | | | | | 15,384.00 | 12,475.00 |
| Account No. | | | Accrued vacation | | | | | |
| Marta Guthrie 5805 Hwy 14 N Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,423.08 | 1,423.08 |
| Account No. | | | Accrued vacation | | | | | |
| Melanie Lamb 809 E. 13th St. N Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,050.00 | 2,050.00 |

Sheet  8   of  11   continuation sheets attached to        Subtotal                    2,909.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)  19,882.90    16,973.90

5/31/15  2:41PM

B6E (Official Form 6E) (4/13) - Cont.

In re     Newton Manufacturing Company                               ,       Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | |
| Molly Beavers 1509 W 13th St S Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,199.20 | 1,199.20 |
| Account No. | | | Accrued vacation | | | | | |
| Pat Tilnnermeier 6921 Cone St. Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,511.13 | 1,511.13 |
| Account No. | | | Accrued vacation | | | | | |
| Phil Peden 1023 N 4th Ave E Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,680.00 | 1,680.00 |
| Account No. | | | Accrued vacation | | | | | |
| Rhonda Saunders 1902 N. 2nd Ave E Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,206.21 | 1,206.21 |
| Account No. | | | Accrued vacation | | | | | |
| Rod Wright 8490 Hwy 14 N Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,822.09 | 2,822.09 |

Sheet __9__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      0.00
(Total of this page)      8,418.63      8,418.63

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued vacation | | | | | |
| Shannon Bergman 701 S. 4th Ave E Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 1,251.06 | 1,251.06 |
| Account No. | | | Accrued vacation | | | | | |
| Sharon Mabie 1105 E 8th St. S Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,310.74 | 2,310.74 |
| Account No. | | | Accrued vacation | | | | | |
| Sheila Benac 415 S. 3rd Ave W Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,190.15 | 2,190.15 |
| Account No. | | | Accrued vacation | | | | | |
| Sue White 729 High Ave Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,792.08 | 2,792.08 |
| Account No. | | | Accrued vacation | | | | | |
| Tammy Stock 1420 E 19th St. N Newton, IA 50208 | - | | | | | | | 0.00 |
| | | | | | | | 2,083.24 | 2,083.24 |

Sheet  10  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 10,627.27    10,627.27 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Teresa Hopkins<br>702 S. Commerce<br>PO Box 962<br>Monroe, IA 50170 | - | | Accrued vacation | | | | 76.44 | 0.00<br><br>76.44 |
| Account No.<br><br>Toni Peska<br>4583 S. 9th Ave E<br>Newton, IA 50208 | - | | Accrued vacation | | | | 4,942.82 | 0.00<br><br>4,942.82 |
| Account No.<br><br>Vanessa Weisskopf<br>402 Lincoln St.<br>Victor, IA 52347 | - | | Accrued vacation | | | | 1,329.40 | 0.00<br><br>1,329.40 |
| Account No.<br><br>Vicki Carter<br>717 N. 3rd Ave E<br>Newton, IA 50208 | - | | Accrued vacation | | | | 1,779.96 | 0.00<br><br>1,779.96 |
| Account No.<br><br>Wayne McCoy<br>1516 S. 15th Ave W<br>Newton, IA 50208 | - | | Accrued vacation | | | | 1,933.62 | 0.00<br><br>1,933.62 |

Sheet _11_ of _11_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 10,062.24 | 0.00<br>10,062.24 |
| Total | 121,624.71 | 2,909.00<br>118,715.71 |

(Report on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    Newton Manufacturing Company                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 48160 <br><br> 3M Promotional Mkts Dept <br> 2020 Lookout Dr <br> North Mankato, MN 56003-1713 | - | | | | | | | | 8,133.38 |
| Account No. 19662 <br><br> 5 Horizons Group <br> 3155 Sutton Blvd. <br> Suite 201 <br> St. Louis, MO 63143 | - | | | | | | | | 7,875.00 |
| Account No. 10680 <br><br> A la Carte <br> 110 Buffalo Ave <br> Freeport, NY 11520 | - | | | | | | | | 2,713.60 |
| Account No. 170 <br><br> A Plus Designs, Inc. Outfitters Plus <br> 56988 635th Street <br> Atlantic, IA 50022 | - | | | | | | | | 24,785.60 |

___125  continuation sheets attached

Subtotal
(Total of this page)                    43,507.58

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              S/N:38464-150521    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 12740 | | | | | | | | |
| A T Cross Co 1 Albion Rd Lincoln, RI 02865-3700 | - | | | | | | | 4,751.03 |
| Account No. 480 | | | | | | | | |
| A T T Headwear 1911 S Lynx Place Unit #1 Ontario, CA 91761 | - | | | | | | | 500.84 |
| Account No. 188 | | | | | | | | |
| A-B Emblem 291 Merrimom Ave Weaverville, NC 28787 | - | | | | | | | 3,682.57 |
| Account No. 300 | | | | | | | | |
| AAkron Rule Corp 8 Indianola Ave. Akron, NY 14001-0418 | - | | | | | | | 8,987.66 |
| Account No. 617 | | | | | | | | |
| Absurd Shirts, Inc. 16782 Burke Ln Huntington Beach, CA 92647 | - | | | | | | | 1,912.90 |

Sheet no. __1__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,835.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 620 | | | | | | | | |
| Acadia Div Acten Intl Inc R W Bayden Rd Ste A600 Tauton, MA 02780 | - | | | | | | | 1,143.32 |
| Account No. 751 | | | | | | | | |
| Ace Products 1405 N Hancock St Anaheim, CA 92807-1923 | - | | | | | | | 29.69 |
| Account No. 771 | | | | | | | | |
| Ace T-Shirts 2120 Catalina Pasadena, TX 77503 | - | | | | | | | 604.50 |
| Account No. 900 | | | | | | | | |
| Acme Graphics Inc. 320 49th Ave Drive SW PO Box 1348 Cedar Rapids, IA 52404 | - | | | | | | | 9,828.56 |
| Account No. 1430 | | | | | | | | |
| Ad Products Bazaar Inc 4340 Bankers Circle Atlanta, GA 30360-3984 | - | | | | | | | 392.46 |

Sheet no. _2__ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,998.53

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1300<br><br>Ad-A-Day Co Inc<br>175 W Water St<br>Taunton, MA 02780-4844 | | - | | | | | 690.19 |
| Account No. 1620<br><br>ADG Promotional Products<br>2300 Main St<br>Hugo, MN 55038-9761 | | - | | | | | 3,496.32 |
| Account No. 1820<br><br>Admatch Corporation<br>270 North Ave Suite 410<br>New Rochelle, NY 10801 | | - | | | | | 4,527.35 |
| Account No. 1700<br><br>Admore Inc<br>24707 Wood Ct<br>Macomb, MI 48042-5378 | | - | | | | | 3,227.04 |
| Account No. 1690<br><br>Advance Corporation<br>8200 97th St S<br>Cottage Grove, MN 55016-4342 | | - | | | | | 2,380.30 |

Sheet no. _3_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    14,321.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 1710  Advanced Display Systems 606 Mogadore Rd Kent, OH 44240-3604 | - | | | | | | | 67.67 |
| Account No. 1440  AdVantage Industries 3500 109th St. Des Moines, IA 50322-8100 | - | | | | | | | 507.35 |
| Account No. 2080  AeroPro, Inc 3140 Cosby Hwy Cosby, TN 37722-3122 | - | | | | | | | 641.91 |
| Account No.  Air Compressor & Machine Co. of Iowa 2345 Delaware Ave Des Moines, IA 50317-3526 | - | | | 6/2/2003 Judgment in Marion County Case No. SCSC020456 | X | | X | Unknown |
| Account No. 2340  Airmate Company Inc 16280 County Road D Bryan, OH 43506-9552 | - | | | | | | | 5,041.12 |

| Sheet no. __4__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,258.05 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 2550 Akwa by Pacico, Inc. 17528 Rowland St City of Industry, CA 91748-1114 | - | | | | | | | 234.50 |
| Account No. 3000 Alexander Mfg Co 12978 Tesson Ferry Rd # R Saint Louis, MO 63128-2999 | - | | | | | | | 13,742.00 |
| Account No. 3010 Alfa Instruments Mfg Co Div MEle Kalikimaka Inc 3941 Schaefer Avenue Chino, CA 91710 | - | | | | | | | 428.55 |
| Account No. 3140 All Colors Screen Prtg 1706 112th St E Tacoma, WA 98445-3722 | - | | | | | | | 30.88 |
| Account No. 3060 All In One Line Mfg Div/Marketquest Group 9600 Kearny Villa Rd San Diego, CA 92126-4544 | - | | | | | | | 5,422.45 |

Sheet no. __5__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        19,858.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3042 <br><br> Allcasion Travelware Co <br> 2854 Supply Ave <br> Commerce, CA 90040 | - | | | | | | 374.06 |
| Account No. 3190 <br><br> Allen Advertising Product <br> 12860 Emery Way <br> Shakopee, MN 55379-8300 | - | | | | | | 4,548.12 |
| Account No. 3200 <br><br> Allen Company, The <br> 712 E Main St <br> Blanchester, OH 45107-0217 | - | | | | | | 8,295.19 |
| Account No. 477077 <br><br> Alliance Connect <br> 7760 Office Plaza Dr S <br> West Des Moines, IA 50266 | - | | | | | | 1,026.46 |
| Account No. 106713 <br><br> Alliant Energy <br> PO Box 3066 <br> Cedar Rapids, IA 52406-3066 | - | | | | | | 1,653.92 |

Sheet no. __6__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,897.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3260 | | | | | | | | |
| Alpha Shirt Co 9525 Woodend Rd. Kansas City, KS 66111 | - | | | | | | | 85.16 |
| Account No. 9010 | | | | | | | | |
| AlphaBroder 9525 Woodend Road Edwardsville, KS 66111 | - | | | | | | | 12,887.54 |
| Account No. 3180 | | | | | | | | |
| Alpi International Ltd 1685 34th St Oakland, CA 94608-4001 | - | | | | | | | 2,447.26 |
| Account No. 3285 | | | | | | | | |
| Alstyle Apparel 2600 West Bradley Place Chicago, IL 60618 | - | | | | | | | 877.56 |
| Account No. 266 | | | | | | | | |
| AMA Systems 8835 Columbia 100 Pkwy Ste F Columbia, MD 21045-2147 | - | | | | | | | 47.02 |

Sheet no. _7_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,344.54

B6F (Official Form 6F) (12/07) - Cont.

In re  Newton Manufacturing Company                                ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3945<br><br>Ameri-Tex Embroidery<br>1520 McCormick Blvd<br>Mundelein, IL 60060 | - | | | | | | 4,849.98 |
| Account No. 3540<br><br>American Ad Bag Co<br>1510 Lamb Rd<br>Woodstock, IL 60098 | - | | | | | | 26,256.86 |
| Account No.<br><br>American Ad Bag Co.<br>1510 Lamb Rd<br>Woodstock, IL 60098 | - | | | | | | 1,386.00 |
| Account No. 3505<br><br>American Artisan<br>2805 W Arkansas Ln #303<br>Arlington, TX 76016-5729 | - | | | | | | 530.86 |
| Account No. 3660<br><br>American Custom Safety<br>1898 Safety Way<br>Cynthiana, KY 41031-9303 | - | | | | | | 1,224.13 |

Sheet no. __8__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,247.83

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                 ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3680 | | | | | | | | |
| American Greenwood Inc 3035 W 47th St Chicago, IL 60632-2557 | | - | | | | | | 4,444.30 |
| Account No. 3695 | | | | | | | | |
| American Icon Industries, 392 N Montgomery St Suite #5 Newburgh, NY 12550 | | - | | | | | | 404.80 |
| Account No. 3780 | | | | | | | | |
| American Made Cutlery 905 Industrial St Waverly, IA 50677-0850 | | - | | | | | | 2,185.79 |
| Account No. 3928 | | | | | | | | |
| American Zebra Line 6100 Skyline Dr Ste M Houston, TX 77057-7021 | | - | | | | | | 346.94 |
| Account No. 3933 | | | | | | | | |
| Americana Sportswear 11130 Bloomfield Avenue Santa Fe Springs, CA 90670 | | - | | | | | | 33.06 |

Sheet no. _9__ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,414.89

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company
_____,   Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3940 <br><br> Americanna Corp <br> 29 Aldrin Rd <br> Plymouth, MA 02360-4803 | - | | | | | | | 105.00 |
| Account No. <br><br> Amy DeKoning <br> 2200 S. 5th Ave E <br> Newton, IA 50208 | - | | | Former Employee | X | X | | Unknown |
| Account No. <br><br> Angie Mowbray <br> 9570 Hwy 6 E <br> Kellogg, IA 50135 | - | | | Former Employee | X | X | | Unknown |
| Account No. 4240 <br><br> Antigua Group, Inc <br> 16651 North 84th Ave <br> Peoria, AZ 85382-4772 | - | | | | | | | 1,269.50 |
| Account No. 110555 <br><br> Anybill Financial Services <br> PO Box 34781 <br> Bethesda, MD 20827-0781 | - | | | | | | | 279.28 |

Sheet no. __10__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,653.78

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4280 | | | | | | | | |
| Apothecary Products, Inc 11750 12th Ave S Burnsville, MN 55337-1295 | - | | | | | | | 188.32 |
| Account No. 1740 | | | | | | | | |
| Aprinta Group LLC 470 Joseph St Alexander City, AL 35010 | - | | | | | | | 2,557.84 |
| Account No. 4330 | | | | | | | | |
| Aprons Etc Div Mktg Resource Group 9 Ellwood Ct Greenville, SC 29607 | - | | | | | | | 611.24 |
| Account No. 4560 | | | | | | | | |
| Ar-Bee Transparent Prod 1450 Pratt Blvd Elk Grove Village, IL 60007-5713 | - | | | | | | | 529.89 |
| Account No. 114200 | | | | | | | | |
| Aramark 2500 Delaware Ave Des Moines, IA 50317 | - | | | | | | | 77.59 |

Sheet no. __11__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,964.88

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                              ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4370 | | | | | | | | |
| Ariel Premium Supply Inc 8825 Page Ave Saint Louis, MO 63114-6016 | - | | | | | | | 2,081.00 |
| Account No. 4460 | | | | | | | | |
| Art Crystal Ltd 1401 Davey Rd / Ste 700 Woodridge, IL 60517-4959 | - | | | | | | | 352.41 |
| Account No. 4650 | | | | | | | | |
| Ash City 35 Orlando Ave Richmond Hill, ON L4B 0B4 | - | | | | | | | 1,840.63 |
| Account No. 4690 | | | | | | | | |
| AST Sportswear Inc 2701 E Imperial Hwy Brea, CA 92821 | - | | | | | | | 856.28 |
| Account No. 4950 | | | | | | | | |
| Atlantic Coast Cotton 14251 John Marshall Hwy Gainesville, VA 20155-1607 | - | | | | | | | 763.91 |

Sheet no. _12_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,894.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4830 | | | | | | | | |
| Atlantis Match Co 1801 S Airport Circle Euless, TX 76039 | - | | | | | | | 3,859.13 |
| Account No. 4858 | | | | | | | | |
| Atlas Embroidery & Screen Printing 2300 SW 34th St Fort Lauderdale, FL 33312 | - | | | | | | | 16.62 |
| Account No. 5020 | | | | | | | | |
| Augusta Sportswear 425 Park West Dr Grovetown, GA 30813 | - | | | | | | | 1,829.67 |
| Account No. 14779 | | | | | | | | |
| Aunt Beth's Cookie Keeper Div B&B Cookie Keepers 25960 Commercenter Dr Lake Forst, CA 92630 | - | | | | | | | 914.93 |
| Account No. 5040 | | | | | | | | |
| Aura Badge Co 10th St & Clayton Ave Clayton, NJ 08312 | - | | | | | | | 2,814.46 |

Sheet no. __13__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           9,434.81

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5095 | | | | | | | | |
| Autoplate 2828 20th Ave North St Petersburg, FL 33713 | | - | | | | | | 1,898.78 |
| Account No. 5135 | | | | | | | | |
| Avenue Shirt Works 1781 E. Arlington Ave. St. Paul, MN 55119 | | - | | | | | | 10.50 |
| Account No. 5120 | | | | | | | | |
| Awardcraft Div/The Recognition Group One Visions Parkway Celina, OH 45822 | | - | | | | | | 5,031.88 |
| Account No. 5170 | | | | | | | | |
| Awisco New York Corp 5516 43rd St Maspeth, NY 11378-2001 | | - | | | | | | 1,526.95 |
| Account No. | | | | 7/30/2003 Judgment in Marion County Case No. LACV089723 against Pella Plastics | X | | X | |
| Axmear Fabricating Services, Inc. c/o Thomas D. Hobart, Esq. Meardon Law Firm 122 South Linn St. Iowa City, IA 52240 | | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __14__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,468.11 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Axmear Fabricating Services, Inc. 16224 Highway 22 Keswick, IA 50136 | | | Additional notice/representing Axmear Fabricating Services, Inc. | | | | Notice Only |
| Account No. 5420 Bag Makers Inc 6606 S Union Rd Union, IL 60180-9514 | | - | | | | | 23,099.79 |
| Account No. 5490 Ball Pro Inc/Golf Plus 12985 Pioneer Trail Eden Prairie, MN 55347 | | - | | | | | 772.38 |
| Account No. 5530 Bankers Pens Inc 141 Lanza Ave Bldg 12; 3rd Floor Garfield, NJ 07026 | | - | | | | | 1,219.31 |
| Account No. Barb Suiter 9038 Station Rd Sully, IA 50251 | | - | Former Employee | X | X | | Unknown |

Sheet no. _15_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,091.48

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5205 BAW Athletic Wear LP 5017 E 5th St Katy, TX 77493-2115 | - | | | | | | | 31.00 |
| Account No. 6500 Bay State Spec Co 101 Charles Eldridge Rd Lakeville, MA 02347-1376 | - | | | | | | | 7,263.63 |
| Account No. 5240 BCH Unique Inc Division of Mirazed Inc 500 Main St Jackman, ME 04945-0500 | - | | | | | | | 388.21 |
| Account No. 6645 Beacon Promotions, Inc 2121 S Bridge St. New Ulm, MN 56073-3959 | - | | | | | | | 1,775.28 |
| Account No. 6651 Beacon Promotions-Calenda 2121 S Bridge St. New Ulm, MN 56073-3959 | - | | | | | | | 1,146.62 |

Sheet no. _16_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,604.74

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 33220<br><br>Bebco<br>13700 Wyandotte St<br>Kansas City, MO 64145-1532 | | - | | | | | 14,432.42 |
| Account No. 6800<br><br>Beemak Plastics Inc<br>16711 Knott Avenue<br>La Mirada, CA 90638 | | - | | | | | 2,144.81 |
| Account No. 6840<br><br>Beistle Co<br>1 Beistle Plz<br>Shippensburg, PA 17257-9623 | | - | | | | | 600.03 |
| Account No. 7022<br><br>Benchwarmers Sportswear and Apparel, Inc<br>245 Roselawn Ave  Ste 37<br>St. Paul, MN 55117 | | - | | | | | 408.30 |
| Account No. 7035<br><br>Benmex International Inc<br>Suite 105<br>895 S Rockefeller Ave<br>Ontario, CA 91761 | | - | | | | | 11,915.54 |

Sheet no.  17   of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    29,501.10

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7420 | | | | | | | | |
| Berlekamp Plastics Inc 2587 County Road 99 Fremont, OH 43420-9316 | - | | | | | | | 1,491.23 |
| Account No. 7410 | | | | | | | | |
| Berne Apparel Co 2501 E 850 N Ossian, IN 46777 | - | | | | | | | 672.29 |
| Account No. 7485 | | | | | | | | |
| Best Way Promotions 200 Westgate Dr Houston, MN 55943-8701 | - | | | | | | | 2,578.03 |
| Account No. 7525 | | | | | | | | |
| Better Image Graphics 1041 Glassboro Road Unit E-6 Williamstown, NJ 08094 | - | | | | | | | 744.24 |
| Account No. 1473 | | | | | | | | |
| Betty Adcock 511 S 5th Ave W Newton, IA 50208 | - | | | | | | | 252.50 |

Sheet no.  18  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,738.29

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Former Employee | | | | |
| Bev Kokke 904 E 12th St. Pl N Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No. 7840 | | | | | | | | |
| BIC Graphic USA 14421 Myerlake Circle Clearwater, FL 33760-2840 | - | | | | | | | 237,164.29 |
| Account No. 7880 | | | | | | | | |
| Big Top T's 222 N Story Rd Ste 122 Irving, TX 75061-6775 | - | | | | | | | 22.25 |
| Account No. 7830 | | | | | | | | |
| Binaco 355 N Berry St Brea, CA 92821 | - | | | | | | | 9.90 |
| Account No. 7990 | | | | | | | | |
| Birchcraft Studios 10 Railroad St Abington, MA 02351-1705 | - | | | | | | | 721.15 |

Sheet no. _19_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237,917.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,         Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7955 | | | | | | | | | |
| BizPins 2111 Big Timber Road Elgin, IL 60123 | | - | | | | | | | 2,293.39 |
| Account No. 7960 | | | | | | | | | |
| Black Forest Ltd 1205 12th Ave. NW Owatonna, MN 55060 | | - | | | | | | | 7,632.32 |
| Account No. 7963 | | | | | | | | | |
| Black Knight Press LLC 192 S Main St  Ste 1 Collierville, TN 38017 | | - | | | | | | | 289.26 |
| Account No. 7985 | | | | | | | | | |
| Bleasdale Digitizing 6612 Flintrock Rd Charlotte, NC 28214 | | - | | | | | | | 857.80 |
| Account No. 8111 | | | | | | | | | |
| Bloomin Promotions 3080 Valmont Rd Boulder, CO 80301-2152 | | - | | | | | | | 199.02 |

Sheet no. __20__ of __125__ sheets attached to Schedule of                    Subtotal                     11,271.79
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 43590 | | | | | | | | |
| Blue Frog Printing 404 S Tracy Wichita, KS 67209-2702 | | - | | | | | | 254.89 |
| Account No. 8005 | | | | | | | | |
| Blue Generation 34-01 38th Ave Long Island City, NY 11101-2227 | | - | | | | | | 481.09 |
| Account No. 8113 | | | | | | | | |
| Blue Moon Promotional Inc 33851 Curtis Blvd #215 Eastlake, OH 44095 | | - | | | | | | 169.72 |
| Account No. 8160 | | | | | | | | |
| Blue Mound Graphics Inc 326 N 76th St Milwaukee, WI 53213-3534 | | - | | | | | | 4,584.13 |
| Account No. 8150 | | | | | | | | |
| Bodek And Rhodes 2951 Grant Ave Philadelphia, PA 19114-1087 | | - | | | | | | 1,088.49 |

Sheet no. __21__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                6,578.32

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company
                                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 8365 | | | | | | | | |
| Book Company, The Suite 201 601 North Congress Ave Delray Beach, FL 33445 | - | | | | | | | 1,212.97 |
| Account No. 8510 | | | | | | | | |
| Boxercraft 7131 Discovery Blvd Mableton, GA 30126 | - | | | | | | | 16.86 |
| Account No. 8733 | | | | | | | | |
| Brand O'Guitar Company 1920 Dolgner Pl Sanford, FL 32771 | - | | | | X | | | 191.45 |
| Account No. | | | Former Employee | | | | | |
| Brandy Wallace 814 W. 4th ST. S Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No. 9075 | | | | | | | | |
| Bullet Line, Inc 6301 E 10th Ave Ste 100 Hialeah, FL 33013 | - | | | | | | | 10,682.07 |

Sheet no. _22_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,103.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                         ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. 9076 | | | | | | | | |
| Bullet Sure Ship 6301 E. 10th Ave Suite 100 Hialeah, FL 33013 | - | | | | | | | 2,397.65 |
| Account No. 9050 | | | | | | | | |
| Bulova Corporation 1 Bulova Ave Woodside, NY 11377-7826 | - | | | | | | | 280.02 |
| Account No. 9210 | | | | | | | | |
| Business Card, Inc 2340 N Jackson St Tullahoma, TN 37388-2280 | - | | | | | | | 393.91 |
| Account No. 9212 | | | | | | | | |
| Business Cards Plus 8785 Portage Industrial Drive Portage, MI 49024 | - | | | | | | | 131.18 |
| Account No. 9290 | | | | | | | | |
| Buztronics, Inc 4343 W 62nd St Indianapolis, IN 46268-2175 | - | | | | | | | 2,558.94 |

Sheet no. __23__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,761.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5915 | | | | | | | | |
| Cali-Fame of Los Angeles 20934 S Sante Fe Ave Carson, CA 90810 | - | | | | | | | 180.00 |
| Account No. 9600 | | | | | | | | |
| Calibre International LLC 6250 N Irwindale Ave Irwindale, CA 91702 | - | | | | | | | 6,626.83 |
| Account No. 9650 | | | | | | | | |
| California Tattoo Mfg Co 3741 E Technical Dr Tucson, AZ 85713-5343 | - | | | | | | | 283.62 |
| Account No. 9970 | | | | | | | | |
| Cap America Inc 1 Cap America Dr Fredericktown, MO 63645-6102 | - | | | | | | | 96,450.57 |
| Account No. 9980 | | | | | | | | |
| Capco Sportswear Inc 1625 Todd Farm Dr. Elgin, IL 60123-1146 | - | | | | | | | 7,152.82 |

Sheet no. __24__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,693.84

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re     Newton Manufacturing Company
_____,
                              Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9790 | | | | | | | | |
| Capsmith Inc 2240 Old Lake Mary Rd Sanford, FL 32771-4178 | | - | | | | | | 272.03 |
| Account No. 10100 | | | | | | | | |
| Carhartt, Inc PO Box 600 5750 Mercury Dr Dearborn, MI 48126-2506 | | - | | | | | | 9,561.54 |
| Account No. 10030 | | | | | | | | |
| Carlson Craft/Greeting 1750 Tower Blvd N Mankato, MN 56003-1708 | | - | | | | | | 1,132.06 |
| Account No. 10080 | | | | | | | | |
| Carolina Manufacturing Co 7025 Augusta Rd Div/Fendrich Industries Greenville, SC 29605-5140 | | - | | | | | | 538.10 |
| Account No. 10239 | | | | | | | | |
| Cassidy & Company 2005 Pin Oak Drive, Ste 3 Eagan, MN 55122 | | - | | | | | | 7,130.68 |

Sheet no. __25__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,634.41

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company
                                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9940 Castelli Diaries USA Inc 2080 Brierley Way Ste 102 Sparks, NV 89434 | - | | | | | | | 7,354.43 |
| Account No. 10247 Cedar Crest Manufacturing Inc. 200 50th Ave Dr. S.W. Cedar Rapids, IA 52404 | - | | | | | | | 2,324.56 |
| Account No. 10249 Cedar Graphics Inc 311 Parsons Dr Hiawatha, IA 52233 | - | | | | | | | 228.46 |
| Account No. 10280 Century Mfg Inc 9750 E. 50th Street North Bel Aire, KS 67226 | - | | | | | | | 3,338.96 |
| Account No. 10286 Certif-A-Gift Co 1625 E Algonquin Rd Arlington Heights, IL 60005-4758 | - | | | | | | | 6,326.49 |

Sheet no. __26__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        19,572.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 10450 | | - | | | | | | |
| Charles River Apparel 1205 Providence Hwy Route 1 Sharon, MA 02067 | | | | | | | | 9,414.48 |
| Account No. 10560 | | - | | | | | | |
| Chemical Light Inc 300 Lakeview Pkwy Vernon Hills, IL 60061-1827 | | | | | | | | 2,038.44 |
| Account No. 10780 | | - | | | | | | |
| Chocolate Inn, The 110 Buffalo Avenue Freeport, NY 11520 | | | | | | | | 4,511.58 |
| Account No. 10760 | | - | | | | | | |
| Chocolate! Chocolate! Div/Totally Chocolate 2025 Sweet Road Blaine, WA 98230 | | | | | | | | 668.75 |
| Account No. | | - | | Former Employee | X | X | | |
| Chris Bolloefer 1532 W. 14th ST. S Newton, IA 50208 | | | | | | | | Unknown |
| Sheet no. _27_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 16,633.25 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 10810 | | | | | | | | |
| Church and Chapel 2616 W Grand Ave Chicago, IL 60612-1117 | | - | | | | | | 180.67 |
| Account No. | | | | former employee | | | | |
| Cindy Brunner 310 East Ave Baxter, IA 50028 | | - | | | X | X | | Unknown |
| Account No. 10877 | | | | | | | | |
| Cintas Corporation 6800 Cintas Blvd PO Box 625737 Cincinnati, OH 45262-5737 | | - | | | | | | 731.18 |
| Account No. 245555 | | | | | | | | |
| Cisco Webex, LLC 16720 Collections Center Drive Chicago, IL 60693 | | - | | | | | | 156.88 |
| Account No. 11110 | | | | | | | | |
| Clegg Industries 19032 S Vermont Ave Gardena, CA 90248 | | - | | | | | | 3,635.77 |

Sheet no. __28__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,704.50

5/31/15  2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> Cline Tool & Service Co. <br> 1415 E 19th St. N <br> Newton, IA 50208 | - | | | | 12/9/2003 <br> Judgment in Case No. LACV 111810 against Pella Plastics Inc. | X | | X | Unknown |
| Account No. 11250 <br><br> Cobra Cap <br> Div/Capco International I <br> 10425 Sanden Dr <br> Dallas, TX 75238-1740 | - | | | | | | | | 562.25 |
| Account No. 11385 <br><br> Color 3 Embroidery <br> 387 Chestnut Ave NE <br> Warren, OH 44483 | - | | | | | | | | 7,995.84 |
| Account No. 11410 <br><br> Coloring Book Solutions <br> 426 East 8th Street <br> Ashland, OH 44805-2706 | - | | | | | | | | 2,468.24 |
| Account No. 11750 <br><br> Comfort Gear Inc-Ready 4 <br> 25 Forge Street <br> Keene, NH 03431 | - | | | | | | | | 2,248.53 |

Sheet no. __29__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,274.86

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                              ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 11800 | | | | | | | | |
| Compass Industries 104 West 29th St Suite 1201 New York, NY 10001 | - | | | | | | | 715.90 |
| Account No. 11899 | | | | | | | | |
| Conney Safety Co. 3202 Latham Drive Madison, WI 53713 | - | | | | | | | 2,154.42 |
| Account No. | | | | | | | | |
| Conney Safety Products 3202 Latham Drive Madison, WI 53713 | - | | | | | | | 798.51 |
| Account No. | | | | Former employee | | | | |
| Connie Gray 8548 W. 116th St. N Mingo, IA 50168 | - | | | | X | X | | Unknown |
| Account No. | | | | Former Employee | | | | |
| Connie Porter-Knowles 1667 S 54th Ave W Newton, IA 50208 | - | | | | X | X | | Unknown |

Sheet no. __30__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,668.83

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 11990<br><br>Continental Mktg Services<br>15381 E Proctor Ave<br>City of Industry, CA 91745 | - | | | | | | | 4,064.44 |
| Account No. 12017<br><br>Cooler Graphics<br>1220 Sheldon Rd Ste 1A<br>Channelview, TX 77530-3544 | - | | | | | | | 351.21 |
| Account No. 12290<br><br>Cosmo Fiber Corporation<br>1802 Santo Domingo Ave.<br>Duarte, CA 91010 | - | | | | | | | 3,904.85 |
| Account No. 9570<br><br>CPS Inc<br>5678 W Ridge Rd<br>Erie, PA 16506-1012 | - | | | | | | | 10,358.92 |
| Account No. 12571<br><br>Credential Express Inc<br>1219 Montague Ave<br>Greenwood, SC 29649-0008 | - | | | | | | | 381.49 |

Sheet no. __31__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,060.91

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                  ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 12750 | | | | | | | | |
| Cross Canvas Co 63 Glendale Ave Asheville, NC 28803-1438 | - | | | | | | | 1,279.28 |
| Account No. 12850 | | | | | | | | |
| Crown Products, Inc 3107 Halls Mill Rd Mobile, AL 36606-2506 | - | | | | | | | 9,467.17 |
| Account No. 12875 | | | | | | | | |
| Crystal Images 5920 Fallsview Ln Dallas, TX 75252-5326 | - | | | | | | | 366.90 |
| Account No. 13250 | | | | | | | | |
| Custom Printing Inc 2402 E 6th Ave Belton, TX 76513-9602 | - | | | | | | | 37,474.57 |
| Account No. 13100 | | | | | | | | |
| Cutter & Buck/Home Office Promo ID 332283 701 N 34th St Suite #400 Seattle, WA 98103-8883 | - | | | | | | | 1,488.44 |

Sheet no. __32__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,076.36

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 13340 | | - | | | | | | |
| D & S Specialties Inc 132 E Main St Emmett, ID 83617-2932 | | | | | | | | 2,948.91 |
| Account No. | | - | | | | | | |
| Daniel G Marston 1123 First Avenue East Newton, IA 50208 | | | | | | | | 122.83 |
| Account No. 31597 | | - | | | | | | |
| DAPP Embroidery Attn: Steve Sutphin 1075 Florida Central Parkway, Suite 2500 Longwood, FL 32750 | | | | | | | | 647.94 |
| Account No. 13800 | | - | | | | | | |
| Dard Products Inc 912 Custer Ave Evanston, IL 60202-1897 | | | | | | | | 3,668.28 |
| Account No. | | - | | 6/27/2003 Judgment in Marion County Case No. LACV089796 | X | | X | |
| David Lynn dba Pepco c/o John E. Casper, Esq. Flander Law Firm PO Box 67 Winterset, IA 50273-0067 | | | | | | | | Unknown |

Sheet no. __33__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,387.96

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                         ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> David Lynn dba Pepco <br> 619 S. View Dr. <br> Osceola, IA 50213 | | | | Additional notice/representing <br> David Lynn dba Pepco | | | | Notice Only |
| Account No. 13408 <br><br> DC Sports <br> 1205 S 20th Ave W <br> Newton, IA 50208-3723 | - | | | | | | | 637.51 |
| Account No. <br><br> Debra Blair <br> 500 N. 8th Ave E <br> Newton, IA 50208 | - | | | Former Employee | X | X | | Unknown |
| Account No. 14130 <br><br> Decal Graphics <br> 8847 W Monroe Circle #300 <br> Div Graphic Markings, Inc <br> Wichita, KS 67209 | - | | | | | | | 125.55 |
| Account No. <br><br> DeJong Door Service <br> 1307 Columbus St. <br> Pella, IA 50219 | - | | | July 18, 2003 <br> Judgment in Marion County Case No. <br> SCSC020390 against Pella Plastics, Inc. | X | | X | Unknown |

Sheet no. __34__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

763.06

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 14218 | | | | | | | | |
| Delta Apparel Inc 2750 Premiere Pkwy Suite 100 Duluth, GA 30097-4903 | - | | | | | | | 611.56 |
| Account No. 14090 | | | | | | | | |
| DeVara Designs Ltd 1635 Commons Pkwy Macedon, NY 14502-9191 | - | | | | | | | 1,230.00 |
| Account No. 14460 | | | | | | | | |
| Devon Corporation 401 Barnhardt Circle Fort Oglethorpe, GA 30742-0769 | - | | | | | | | 923.09 |
| Account No. 14930 | | | | | | | | |
| DFS Group 012 South St Townsend, MA 01469-1302 | - | | | | | | | 4,415.28 |
| Account No. 14521 | | | | | | | | |
| DHX - Dependable Hawaiian Express 19201 S Susana Road Rancho Dominguez, CA 90221 | - | | | | | | | 1,270.65 |

Sheet no. _35_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,450.58

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                     ,      Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 14510 | | - | | | | | | |
| Digispec 6355 Sunset Corporate Dr Las Vegas, NV 89120-2796 | | | | | | | | 2,014.35 |
| Account No. 14680 | | - | | | | | | |
| Discount Labels Div Conway E'Prises 4115 Profit Ct New Albany, IN 47150-7207 | | | | | | | | 389.13 |
| Account No. 14760 | | - | | | | | | |
| Diversified-Adtee 1200 Fort Jesse Rd Normal, IL 61761-1836 | | | | | | | | 3,832.22 |
| Account No. 14729 | | - | | | | | | |
| Divots Sportswear 5903 Peachtree Ind. Blvd. Ste. A Norcross, GA 30092 | | | | | | | | 228.32 |
| Account No. 14740 | | - | | | | | | |
| Dixie Seal & Stamp Co Inc 75 Royal Woods Ct Tucker, GA 30084 | | | | | | | | 8,807.27 |

Sheet no. __36__ of __125__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)        15,271.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 14751<br><br>Dixieland Emblematics Inc<br>4145 DeSotot Rd<br>Horn Lake, MS 38637 | - | | | | | | 550.17 |
| Account No. 14660<br><br>Dixon Ticonderoga Co<br>195 International Pkwy<br>Heathrow, FL 32746 | - | | | | | | 236.90 |
| Account No. 14825<br><br>Domonique Bowie<br>3414 Red Cedar Blvd<br>Baytown, TX 77521 | - | | | | | | 40.00 |
| Account No. 24820<br><br>Double HH Mfg<br>207 Westview Dr<br>Rock Valley, IA 51247-1098 | - | | | | | | 880.16 |
| Account No. 14901<br><br>Dress Code<br>3rd Floor<br>95 Evergreen Ave<br>Brooklyn, NY 11206 | - | | | | | | 18.33 |

Sheet no. __37__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,725.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 14902 | | | | | | | | |
| Driving Impressions 1 Noyes Ave Rumford, RI 02916 | - | | | | | | | 1,598.35 |
| Account No. 14950 | | | | | | | | |
| Drummond Printing Inc 2114 S Main St Stuttgart, AR 72160-4354 | - | | | | X | | | 100.00 |
| Account No. 14980 | | | | | | | | |
| Dunbrooke Suite 500 4200 Little Blue Pkway Independence, MO 64057 | - | | | | | | | 169.86 |
| Account No. | | | | 7/18/2003 Judgment in Marion County case No. SCSC020539 against Pella Plastics | | | | |
| Dutch Mill Supply, Inc. C/o Joshua D. Payne, Reg. Agt. 1713 Fifield Rd. Pella, IA 50219-5857 | - | | | | X | | X | Unknown |
| Account No. 13351 | | | | | | | | |
| DYR Design Your Recognition 1040 Holland Dr Boca Raton, FL 33487 | - | | | | | | | 366.87 |

Sheet no. __38__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,235.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 18220 | | | | | | | |
| E-Z Lettering Service 1635 Ohms Way Costa Mesa, CA 92627-4328 | - | | | | | | 27.80 |
| Account No. 15420 | | | | | | | |
| Eagle Regalia Co Inc 747 Chestnut Ridge Rd Chestnut Ridge, NY 10977-6224 | - | | | | | | 189.95 |
| Account No. 22515 | | | | | | | |
| Eastpack 65 Foxhunt Cres Syosset, NY 11791-1702 | - | | | | | | 5,666.69 |
| Account No. 15828 | | | | | | | |
| Ecorite 205 Champagne Dr-Unit 3 Toronto, ON M3J 2C6 | - | | | | | | 165.30 |
| Account No. 15830 | | | | | | | |
| Eder Flagpole Company Div Eder Flag Mfg Co 1000 W Rawson Ave Oak Creek, WI 53154-1445 | - | | | | | | 218.02 |

Sheet no. __39__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,267.76

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                         ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 15880 | | | | | | | | |
| Edwards Garment Co 4900 S 9th St Kalamazoo, MI 49009-9552 | - | | | | | | | 2,252.89 |
| Account No. 16200 | | | | | | | | |
| Elliot-Barry Co 94 Commerce St Colorado Springs, CO 80907-5115 | - | | | | | | | 187.50 |
| Account No. 16300 | | | | | | | | |
| Elliott Calendar Co 1148 Walnut St Coshocton, OH 43812-0250 | - | | | | | | | 135.73 |
| Account No. 16720 | | | | | | | | |
| Emblem Marketing Team 7998 Georgetown Rd Ste 200 Indianapolis, IN 46268 | - | | | | | | | 551.37 |
| Account No. 16700 | | | | | | | | |
| Emblematics Inc 1222 Puerto del Sol San Clemente, CA 92673-6310 | - | | | | | | | 1,624.98 |

Sheet no. __40__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,752.47

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 16731 | | | | | | | | | |
| Embroidery Factory Inc 137 Market Street Pittston, PA 18640 | - | | | | | | | | 594.01 |
| Account No. 16759 | | | | | | | | | |
| Embroidery Masters 2224 Cerritos Ave. Signal Hills, CA 90755 | - | | | | | | | | 41.64 |
| Account No. 16840 | | | | | | | | | |
| Emporium Leather Mfg Corp 501 Penhorn Ave Ste 9 Secaucus, NJ 07094-2134 | - | | | | | | | | 6,557.33 |
| Account No. 17057 | | | | | | | | | |
| Endura Pack 900 Merchants Concourse Westbury, NY 11590 | - | | | | | | | | 1,073.26 |
| Account No. 31730 | | | | | | | | | |
| Enduraline/Mines Press In 231 Croton Ave Cortlandt Manor, NY 10567-5205 | - | | | | | | | | 1,670.17 |

Sheet no. __41__ of __125__ sheets attached to Schedule of                     Subtotal            9,936.41
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 17081 | | | | | | | | |
| Engraving Job Shop 889 76th Street Southwest #20 Byron Center, MI 49315 | - | | | | X | | | 124.70 |
| Account No. 17160 | | | | | | | | |
| Ennis Business Forms (TX) 2441 Presidential Pkwy Midlothian, TX 76065 | - | | | | | | | 4,806.94 |
| Account No. 17140 | | | | | | | | |
| Ennis Business Forms, Inc 2920 S Richards Rd Fort Scott, KS 66701-0310 | - | | | | | | | 966.34 |
| Account No. 15360 | | | | | | | | |
| ERB Safety 1 Safety Way Woodstock, GA 30188-1677 | - | | | | | | | 2,890.95 |
| Account No. 17500 | | | | | | | | |
| Essef Distributors Inc 264 Herricks Rd Mineola, NY 11501-2210 | - | | | | | | | 280.30 |

Sheet no. __42__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            9,069.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 17660 | | | | | | | | |
| Etching Industries Inc 4530 N Keystone Ave Indianapolis, IN 46205-2282 | - | | | | | | | 1,677.92 |
| Account No. 17550 | | | | | | | | |
| ETS Express Inc 420 S Lombard St Oxnard, CA 93030 | - | | | | | | | 1,902.32 |
| Account No. 17745 | | | | | | | | |
| EVA Sportswear 16 Applegate Drive Robbinsville, NJ 08691 | - | | | | | | | 1,147.92 |
| Account No. 17780 | | | | | | | | |
| Evans Manufacturing 7422 Chapman Ave Garden Grove, CA 92841-2106 | - | | | | | | | 10,262.23 |
| Account No. 18093 | | | | | | | | |
| Evergreen Emblem Mfg Inc 13933 Ramona Avenue, Suite B Chino, CA 91710 | - | | | | | | | 1,020.81 |

Sheet no. _43_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,011.20

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 18170 | | | | | | | | | |
| Eversole Run 2194 Westbelt Dr Columbus, OH 43228-3820 | - | | | | | | | | 1,012.29 |
| Account No. 18310 | | | | | | | | | |
| Express-A-Button Inc 28458 Selke Rd Dakota, MN 55925-9724 | - | | | | | | | | 535.38 |
| Account No. 18380 | | | | | | | | | |
| F & H Ribbon Co Inc 3010 S Pipeline Rd Euless, TX 76040-6637 | - | | | | | | | | 58.31 |
| Account No. 18400 | | | | | | | | | |
| Fabriko Inc 318 E Confederate Blvd Appomattox, VA 24522 | - | | | | | | | | 619.49 |
| Account No. 18460 | | | | | | | | | |
| Fairfield Line, Inc 605 W Stone Ave Fairfield, IA 52556-2223 | - | | | | | | | | 1,840.66 |

Sheet no. __44__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           4,066.13

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 18955 | | | | | | | | |
| Fast Embroidery Tapes 41 Rainbow Trail West Ellijay, GA 30540 | - | | | | | | | 43.00 |
| Account No. 18967 | | | | | | | | |
| Fastbadge Inc 1654 Front St Slidell, LA 70458 | - | | | | | | | 299.35 |
| Account No. 324207 | | | | | | | | |
| Fed Ex 333 SW 9th St. Ste F Des Moines, IA 50309-4440 | - | | | | | | | 735.38 |
| Account No. 19300 | | | | | | | | |
| Fey Promotional Products Group 200 4th Ave N Edgerton, MN 56128-1108 | - | | | | | | | 4,751.57 |
| Account No. 19380 | | | | | | | | |
| Fields Manufacturing 24795 County Road 75 Saint Cloud, MN 56301-8782 | - | | | | | | | 15,607.95 |

Sheet no. __45__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,437.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 19580 | | | | | | | | |
| Finn Graphics Inc 220 Stille Dr Cincinnati, OH 45233-1647 | - | | | | | | | 2,218.94 |
| Account No. 45394 | | | | | | | | |
| Flexfit LLC 625 Columbia St. Brea, CA 92821 | - | | | | | | | 6,206.60 |
| Account No. 19795 | | | | | | | | |
| Flexible Innovations LTD 1120 South Fwy Ste 132 Fort Worth, TX 76104-5064 | - | | | | | | | 2,295.00 |
| Account No. 19880 | | | | | | | | |
| Flow-Eze Company 3209 Auburn St Rockford, IL 61101-3399 | - | | | | | | | 581.00 |
| Account No. 336101 | | | | | | | | |
| Forbes Office Solutions 100 N 2nd Ave E Newton, IA 50208-3237 | - | | | | | | | 265.24 |

Sheet no. __46__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,566.78

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 20170 | | | | | | | | |
| Fossil Watch 901 S Central Expwy Richardson, TX 75080 | | - | | | | | | 6,923.50 |
| Account No. 20440 | | | | | | | | |
| Franmara Inc 560 Work St Salinas, CA 93901-4350 | | - | | | | | | 2,187.97 |
| Account No. 20500 | | | | | | | | |
| Fresh Beginnings Inc 4001 Coleman Rd N Valdosta, GA 31602 | | - | | | | | | 15,805.07 |
| Account No. 20770 | | | | | | | | |
| G.A. Golden Pacific Intl 1040 Walnut Ave Pomona, CA 91766 | | - | | | | | | 950.37 |
| Account No. 20860 | | | | | | | | |
| Galaxy Balloons Inc 11750 Berea Rd Cleveland, OH 44111-1601 | | - | | | | | | 3,794.82 |

Sheet no.  47  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          29,661.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 21220 | | | | | | | | |
| Garyline 1340 Viele Ave Bronx, NY 10474-7124 | - | | | | | | | 17,088.05 |
| Account No. | | | | 9/21/2004 Judgment in Marion County Case No. LACV090094 against Pella Plastics | | | | |
| Geetings Inc./GI Warehouse Corp 214 S. Clark St. Pella, IA 50219 | - | | | | X | | X | Unknown |
| Account No. 21650 | | | | | | | | |
| Gem Group, Inc Nine International Way Lawrence, MA 01843 | - | | | | | | | 9,771.64 |
| Account No. 21600 | | | | | | | | |
| Gemaco Playing Card Co 2925 N 7 Highway Blue Springs, MO 64014-1150 | - | | | | | | | 859.35 |
| Account No. 21640 | | | | | | | | |
| Gemini Ind, Inc   (IL) #1 Gemini Industrial Dr Roxana, IL 62084 | - | | | | | | | 2,106.62 |

Sheet no. __48__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                29,825.66

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 22088<br><br>Gifted Expressions<br>575 Hartford Turnpike<br>Shrewsbury, MA 01545 | - | | | | | | | 491.34 |
| Account No. 22100<br><br>Gill Studios Inc<br>10800 Lackman Rd<br>Lenexa, KS 66219-1230 | - | | | | | | | 24,666.57 |
| Account No. 20699<br><br>GMG Pen<br>480 Oberlin Ave S<br>Lakewood, NJ 08701 | - | | | | | | | 2,393.41 |
| Account No. 22500<br><br>Goes Lithographing Co<br>111 Hallberg St<br>Delavan, WI 53115 | - | | | | | | | 4,183.92 |
| Account No. 22510<br><br>Gold Bond World Wide<br>5485 Hixson Pike<br>Hixson, TN 37343-0967 | - | | | | | | | 41,807.56 |

Sheet no. _49_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,542.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 22530  Golden Applexx Co, Inc 19805 E Harrison Ave City of Industry, CA 91789 | | - | | | | | | 166.72 |
| Account No. 22360  Goodview Industries Co 28971 Hopkins St - Unit 5 Hayward, CA 94545-5028 | | - | | | | | | 243.95 |
| Account No. 22520  Gordon Ind Ltd 1500 Plaza Ave New Hyde Park, NY 11040 | | - | | | | | | 1,557.69 |
| Account No. 22755  Graphco Line, The 150 S. 51st St Phoenix, AZ 85034 | | - | | | | | | 816.36 |
| Account No. 22740  Great Neck Saw Mfrs. Inc. 713 Clairmont Rd Johnson City, TN 37601 | | - | | | | | | 2,807.93 |

Sheet no. __50__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,592.65

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 22790 | | | | | | | | |
| Grumpe's Specialties 206 Market St Baird, TX 79504-6408 | - | | | | | | | 3,328.96 |
| Account No. 22810 | | | | | | | | |
| Guardian Packaging 110 Center St Wilder, KY 41071-2906 | - | | | | | | | 2,423.85 |
| Account No. 22818 | | | | | | | | |
| Guild Line 320 Macedon Center Rd Fairport, NY 14450-9759 | - | | | | | | | 5,251.59 |
| Account No. 22940 | | | | | | | | |
| Halls & Co 7145 Boone Ave N Ste 100 Brooklyn Park, MN 55428 | - | | | | | | | 921.99 |
| Account No. 23090 | | | | | | | | |
| Halo Industries Inc 3581 Interchange Rd Columbus, OH 43204-1400 | - | | | | | | | 631.24 |

Sheet no. _51_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,557.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 22990 | | | | | | | | |
| Halo International Corp 9329 Ravenna Rd Unit G Twinsburg, OH 44087-2457 | | - | | | | | | 1,925.83 |
| Account No. 23065 | | | | | | | | |
| Handstands 102 W 12200 S Draper, UT 84020 | | - | | | | | | 1,023.50 |
| Account No. 23200 | | | | | | | | |
| Hard Hat Products 711 Leitchfield Rd Owensboro, KY 42303-0350 | | - | | | | | | 3,619.75 |
| Account No. 23745 | | | | | | | | |
| Headwear USA 26 E 9th St Frederick, MD 21701 | | - | | | | | | 2,366.49 |
| Account No. 31680 | | | | | | | | |
| Heartland Candies LLC 101 1st St NE Hankinson, ND 58041 | | - | | | | | | 1,424.49 |

Sheet no. __52__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,360.06

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                  ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 24015 | | | | | | | | |
| Heritage Sportswear Inc 102 Reliance Dr Hebron, OH 43025 | - | | | | | | | 963.93 |
| Account No. 276200 | | | | | | | | |
| Hillyard/Des Moines Sanit 4267 109th St Urbandale, IA 50322 | - | | | | | | | 1,034.73 |
| Account No. 24215 | | | | | | | | |
| Hirsch Gift 5250 Gulfton-Ste 2H Houston, TX 77081 | - | | | | | | | 599.20 |
| Account No. 24320 | | | | | | | | |
| Hit Promotional Products 7150 Bryan Dairy Rd Largo, FL 33777-1501 | - | | | | | | | 66,749.31 |
| Account No. 24560 | | | | | | | | |
| Holloway Sportswear 2633 Campbell Rd Sidney, OH 45365-8837 | - | | | | | | | 33.95 |

Sheet no. _53_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    69,381.12

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48355 | | | | | | | | |
| Hollywood Chairs 1810 Diamond Street San Marcos, CA 92078 | | - | | | | | | 935.43 |
| Account No. 24920 | | | | | | | | |
| Hospitality Mints 213 Candy Ln Boone, NC 28607-6713 | | - | | | | | | 13,079.93 |
| Account No. 24970 | | | | | | | | |
| HotLine Products 345 Plato Blvd E Saint Paul, MN 55107-1269 | | - | | | | | | 21,969.62 |
| Account No. 31610 | | | | | | | | |
| Howard Miller 860 E Main Ave Zeeland, MI 49464-1365 | | - | | | | | | 177.57 |
| Account No. 24890 | | | | | | | | |
| Howw Mfg Co Inc 28W020 Commercial Ave Barrington, IL 60010-2343 | | - | | | | | | 190.33 |

Sheet no. __54__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,352.88

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                              ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  23100 | | | | | | | | |
| HPC Global 14 Industrial Drive Hanover, PA 17331-9539 | | - | | | | | | 3,233.05 |
| Account No.  24980 | | | | | | | | |
| Hub Pen Company 1525 Washington Street Braintree, MA 02184 | | - | | | | | | 9,323.68 |
| Account No.  25030 | | | | | | | | |
| HumphreyLine, Inc Ste 505 4105 SE International Way Milwaukie, OR 97222-8855 | | - | | | | | | 289.14 |
| Account No.  25027 | | | | | | | | |
| HyTest Safety Shoe Serv 3880 Elmore Ave Davenport, IA 52807 | | - | | | | | | 139.31 |
| Account No.  25033 | | | | | | | | |
| iClick Electronics 3931 1st Ave S Seattle, WA 98134 | | - | | | | | | 3,065.71 |

Sheet no.  55  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,050.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                          ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.  25100 | | | | | | | | | |
| Illini Line 450 E Bunker Ct Vernon Hills, IL 60061-1831 | | - | | | | | | | 15,484.61 |
| Account No.  25229 | | | | | | | | | |
| Imperial Headwear 17101 East Ohio Drive Aurora, CO 80017 | | - | | | | | | | 721.97 |
| Account No.  25410 | | | | | | | | | |
| Indiana Metal Craft 4602 Innovation Ct Bloomington, IN 47404-9141 | | - | | | | | | | 11,086.78 |
| Account No.  25363 | | | | | | | | | |
| Indigo Time LLC 800 W Central Rd Mt Prospect, IL 60056-0876 | | - | | | | | | | 1,691.10 |
| Account No.  25530 | | | | | | | | | |
| Int'l Merchandise Concept 10318 Norris Ave Pacoima, CA 91331 | | - | | | | | | | 1,518.32 |

Sheet no. __56__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,502.78

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 25180 | | | | | | | | |
| Int'l Molded Pkg Corp 206 Central Main Central City, SD 57754 | - | | | | | | | 406.20 |
| Account No. 25510 | | | | | | | | |
| Inter-All Corp 25 W State St Granby, MA 01033-9467 | - | | | | | | | 287.20 |
| Account No. 43480 | | | | | | | | |
| J C Schultz Enterprises 951 Swanson Drive Batavia, IL 60510 | - | | | | | | | 1,575.60 |
| Account No. 25777 | | | | | | | | |
| Jackson Marking Products Co., Inc. 9105 N Rainbow Ln Mount Vernon, IL 62864 | - | | | | | | | 51.19 |
| Account No. 25800 | | | | | | | | |
| Jacobson Hat Co Inc Prescott Ave & Ridge Row Scranton, PA 18501 | - | | | | | | | 414.92 |

Sheet no. __57__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,735.11

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1000138 | | | | | | | |
| Jacobson Transportation Company Inc. PO Box 224 Des Moines, IA 50306 | - | | | | | | 1,969.00 |
| Account No. | | | Former Employee | | | | |
| Janine DePenning 214 Queen Ann Ct. PO Box 737 Baxter, IA 50028 | - | | | X | X | | Unknown |
| Account No. 25900 | | | | | | | |
| Jarco Line 4407-11 Park Ave Union City, NJ 07087-6311 | - | | | | | | 187.70 |
| Account No. 107111 | | | | | | | |
| Jason L. Hall/DBA Alpha Omega Consulting 565 SE Pleasant View Dr. Waukee, IA 50263 | - | | | | | | 1,240.00 |
| Account No. 26000 | | | | | | | |
| Jay Plastics Inc 5200 City Line Rd Hampton, VA 23661-1206 | - | | | | | | 1,599.75 |

Sheet no. _58_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,996.45

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                    ,      Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Jeffrey B Stolp 1123 First Avenue East Newton, IA 50208 | - | | | | | | | 66.51 |
| Account No. 21610 | | | | | | | | |
| Jetline 202 Hyatt Street Gaffney, SC 10603 | - | | | | | | | 2,471.86 |
| Account No. 26010 | | | | | | | | |
| Jeweled Cross Co, Inc 811 Park East Drive Woonsocket, RI 02895 | - | | | | | | | 7,292.74 |
| Account No. 25755 | | | | | | | | |
| JMTek LLC 18034 72nd Ave South Kent, WA 98032 | - | | | | | | | 4,550.00 |
| Account No. 26150 | | | | | | | | |
| Jornik Mfg Corp 652 Glenbrook Rd Bldg 8-2 Stamford, CT 06906 | - | | | | | | | 1,146.92 |

Sheet no. __59__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,528.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 26083 Journalbooks 1010 Timeplanner Drive Charlotte, NC 28206-1545 | - | | | | | | | 2,185.87 |
| Account No. 26155 Joy Mullady, LTD 615 Periwinkle Turn Bourbonnais, IL 60914 | - | | | | | | | 1,297.00 |
| Account No. Julie Dodds 2209 N 2nd Ave E Newton, IA 50208 | - | | | Former Employee | X | X | | Unknown |
| Account No. 1000112 Justin Case Promo 4675 N. Shallowford Rd. Suite 109 Atlanta, GA 30338-6309 | - | | | | | | | 171.50 |
| Account No. Kathi Talsma 8200 W. 52nd St. S Monroe, IA 50170 | - | | | Former Employee | X | X | | Unknown |

Sheet no. __60__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,654.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 26420 Kati Headwear / TX 6102 Skyline Dr Ste F Houston, TX 77057-7020 | - | | | | | | | 244.66 |
| Account No. 26425 Kay Toledo Tag, Inc 6050 Benore Rd Toledo, OH 43612 | - | | | | | | | 1,834.04 |
| Account No. Kay Vander Werf 809 N. York St. PO Box 417 Monroe, IA 50170 | - | | | Former Employee | X | X | | Unknown |
| Account No. Keck, Inc. 501 SW 7th St., Suite D Des Moines, IA 50309-4538 | - | | | 5/14/2003 Judgment in Marion County Case No. SCSC020418 against Pella Plastics, Inc. | X | | X | Unknown |
| Account No. 26465 Keeler Advertising Attn: Jim Keeler 15822 Plymouth Lane Huntington Beach, CA 92647 | - | | | | | | | 14.00 |

Sheet no. __61__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        2,092.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                          ,    Case No. _____
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 31300 | | | | | | | | |
| Keith M Merrick Co Inc 1009 3rd Ave Sibley, IA 51249-0257 | - | | | | | | | 3,454.13 |
| Account No. 26680 | | | | | | | | |
| Key-Bak 4245 Pacific Privado Ontario, CA 91761-1588 | - | | | | | | | 2,611.43 |
| Account No. | | | | Former Employee | | | | |
| Kim McCoy 1516 S. 15th Ave W Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No. 26768 | | | | | | | | |
| Kindy's Promotional Apparel 3300 101st St Urbandale, IA 50322-3875 | - | | | | | | | 710.58 |
| Account No. 26920 | | | | | | | | |
| Knobby Krafters Inc, The 200 N Main St Attleboro, MA 02703-1750 | - | | | | | | | 236.31 |

Sheet no. _62_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,012.45

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                                    ,      Case No. _____

                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5288 | | | | | | | | |
| Kristin Bleasdale dba B & L Stitches 717 Tom Sadler Road Charlotte, NC 28214 | - | | | | | | | 2,403.75 |
| Account No. 27160 | | | | | | | | |
| Kross Inc 25682 Spring Brook Ave Bldg 4 Unit 140 Santa Clarita, CA 91350 | - | | | | | | | 2,308.65 |
| Account No. 26288 | | | | | | | | |
| KTI Networks Inc 10415-A Westpark Dr Houston, TX 77042 | - | | | | | | | 5,278.88 |
| Account No. 27291 | | | | | | | | |
| L & L Promos 28035 Dorothy Drive, Suite 202 Agoura Hills, CA 91301 | - | | | | | | | 727.20 |
| Account No. 27320 | | | | | | | | |
| Label Art Inc 1 Riverside Way Wilton, NH 03086-0660 | - | | | | | | | 349.90 |

Sheet no. __63__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,068.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 27450 | | | | | | | | | |
| Label Works Div/Carlson Craft PO Box 927 Waynesboro, PA 17268-0927 | - | | | | | | | | 421.27 |
| Account No. 27400 | | | | | | | | | |
| Lamco Adv Spec 4900 West Bloomingdale Chicago, IL 60639-4562 | - | | | | | | | | 195.02 |
| Account No. 27490 | | | | | | | | | |
| Lanco Corporation Div/E Coast Mold Mfg 350 Wireless Blvd Hauppauge, NY 11788-3903 | - | | | | | | | | 2,984.05 |
| Account No. 27549 | | | | | | | | | |
| Lantor Ltd 3D Products 25835 Narbonne Ave Lomita, CA 90717-3074 | - | | | | | | | | 1,627.90 |
| Account No. 27700 | | | | | | | | | |
| LarLu Mfg 1124 W 5th Street Winona, MN 55987-0979 | - | | | | | | | | 5,680.88 |

Sheet no. _64_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,909.12

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 27871 | | | | | | | | |
| Leashables/Oralabs 18685 E Plaza Dr Parker, CO 80134 | | - | | | | | | 8,885.78 |
| Account No. 27920 | | | | | | | | |
| Leed's 400 Hunt Valley Rd New Kensington, PA 15068-7059 | | | | | | | | 697.64 |
| Account No. 27921 | | | | | | | | |
| Leed's/Sure Ship 400 Hunt Valley Rd Westmoreland Ind'l Park New Kensington, PA 15068-7059 | | - | | | | | | 3,543.81 |
| Account No. | | | | Former Employee | | | | |
| Len Schabold 113 SW Countrywood Lane Ankeny, IA 50023 | | - | | | X | X | | Unknown |
| Account No. 22640 | | | | | | | | |
| Lex Graham 14003 FM 1954 Wichita Falls, TX 76389 | | - | | | | | | 1,114.40 |

Sheet no. __65__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,241.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                   ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 44005 | | | | | | | | |
| Lexington Leather Goods 5414 West Roosevelt Road Chicago, IL 60644 | - | | | | | | | 2,463.10 |
| Account No. 28525 | | | | | | | | |
| Lidco/Div of Llberman 790 Cleveland Ave S Ste 205 St Paul, MN 55116 | - | | | | | | | 2,404.04 |
| Account No. 28539 | | | | | | | | |
| Lifoam Industries LLC 1600 W Hwy 287 Byp Waxahachie, TX 75165-5068 | - | | | | | | | 759.27 |
| Account No. 28561 | | | | | | | | |
| Lightning Embroidery 4443 Hwy 70 White Bluff, TN 37187 | - | | | | | | | 523.84 |
| Account No. 28581 | | | | | | | | |
| Limelight Ent 1160 California Ave Corona, CA 92881-3324 | - | | | | | | | 383.56 |

Sheet no. _66_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,533.81

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 28590

Lion Circle Corp
4600 W 72nd St
Chicago, IL 60629-5810 | | - | | | | | | 5,286.16 |
| Account No. 28666

Lip Snax LLC
Div. YM Labs
Freeport West F-4, #3
Clearfield, UT 84016 | | - | | | | | | 1,452.54 |
| Account No. 28743

Liqui-Mark Corp
30 Davids Drive
Hauppauge, NY 11788 | | - | | | | | | 4,541.89 |
| Account No. 31401

Lodge Mfg.
204 East 5th Street
South Pittsburg, TN 37380 | | - | | | | | | 6,520.50 |
| Account No. 28825

Logo Mats, Inc
1729 S Davis Rd
LaGrange, GA 30241 | | - | | | | | | 1,058.33 |

Sheet no. __67__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,859.42

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 28955 | | | | | | | | | |
| Logo Work Gloves 1543 West 540th North Lindon, UT 84042 | - | | | | | | | | 1,266.86 |
| Account No. 28830 | | | | | | | | | |
| Logomark Inc 1201 Bell Avenue Tustin, CA 92780 | - | | | | | | | | 17,955.31 |
| Account No. 28930 | | | | | | | | | |
| Lorente Industries Inc 4435 Simonton Road Farmers Branch, TX 75244 | - | | | | | | | | 2,801.70 |
| Account No. 29100 | | | | | | | | | |
| Lucky Line Products, Inc 7890 Dunbrook Rd San Diego, CA 92126-4369 | - | | | | | | | | 126.16 |
| Account No. 29111 | | | | | | | | | |
| Ludlow Composites Corp 7795 Walton Parkway, Suite 175 New Albany, OH 43420-1048 | - | | | | | | | | 677.95 |

Sheet no. __68__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,827.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 29160 | | | | | | | | |
| Lungsal International Inc 360 Thor Pl Brea, CA 92821-4117 | - | | | | | | | 167.00 |
| Account No. | | | | | | | | |
| Lynette Baker 315 E. 1st St. S, Apt 206 Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No. 29227 | | | | | | | | |
| M M I International Trade 3303 E Ferry Ave Spokane, WA 99202-4633 | - | | | | | | | 1,768.67 |
| Account No. 29420 | | | | | | | | |
| Mac Specialties, Ltd 3670-11 W Oceanside Rd Oceanside, NY 11572 | - | | | | | | | 926.96 |
| Account No. 29481 | | | | | | | | |
| Macro Industries, Inc 5595 Daniels St - Unit F Chino, CA 91710 | - | | | | | | | 802.20 |

| | | |
|---|---|---|
| Sheet no. _69_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,664.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 25080 | | | | | | | | |
| Mad Dasher Inc 4410 Tielker Rd Fort Wayne, IN 46809-1543 | - | | | | | | | 2,789.50 |
| Account No. 29495 | | | | | | | | |
| Mag Instrument, Inc. 2001 South Hellman Avenue Ontario, CA 91761 | - | | | | | | | 782.93 |
| Account No. 29520 | | | | | | | | |
| Magna-Tel Inc 775 S Kingshighway St Cape Girardeau, MO 63703-7605 | - | | | | | | | 547.64 |
| Account No. 29640 | | | | | | | | |
| Magnet Group, The 7 Chamber Dr Washington, MO 63090-0605 | - | | | | | | | 28,458.22 |
| Account No. 626201 | | | | | | | | |
| Mail Services 4100 121st St. Urbandale, IA 50323-2334 | - | | | | | | | 133.92 |

Sheet no. __70__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32,712.21

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                    ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 29610 | | | | | | | | |
| Maple Ridge Farms, Inc 975 S Park View Circle Mosinee, WI 54455-8247 | - | | | | | | | 361.94 |
| Account No. 29815 | | | | | | | | |
| Marathon Sportswear 12751 S Homan Ave Blue Island, IL 60406 | - | | | | | | | 3,034.50 |
| Account No. 29800 | | | | | | | | |
| Marathon/Prestige/Busco 8005 Main St Dexter, MI 48130-1027 | - | | | | | | | 216.75 |
| Account No. 29840 | | | | | | | | |
| Mardi's Embroidery 7199 Highway 65 NE Fridley, MN 55432-3302 | - | | | | | | | 532.45 |
| Account No. 30095 | | | | | | | | |
| Marlo Plastics 3535 Route 66 Bldg 1 Neptune, NJ 07753 | - | | | | | | | 236.20 |

Sheet no. __71__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,381.84

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                            ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** Marshalltown Packaging Inc. c/o Curtis A. Ward, Esq. 11 E. Church St. Suite 202 Marshalltown, IA 50158-5011 | - | | | Judgment in Marshall County Case No. LACV089730 (appears to be satisfied, pending filing of satisfaction) | X | | X | Unknown |
| **Account No.** Marshalltown Packaging Inc. 1902 E. Anson St. Marshalltown, IA 50158 | | | | Additional notice/representing Marshalltown Packaging Inc. | | | | Notice Only |
| **Account No.** Mason Staerkel 700 E. 12th St. N Newton, IA 50208 | - | | | Former Employee | X | X | | Unknown |
| **Account No. 30600** Matthews Intl Corp 1315 West Liberty Ave Pittsburgh, PA 15226 | - | | | | | | | 149.80 |
| **Account No. 30652** Maverick Business Forms PO Box 6195 Longview, TX 75608 | - | | | | | | | 1,822.50 |

Sheet no. __72__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,972.30

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 30656 | | | | | | | | |
| Max Apparel USA, LLC 814 Ela Ave Waterford, WI 53185 | | - | | | | | | 708.13 |
| Account No. 30880 | | | | | | | | |
| Medalcraft Mint Inc 2660 W Mason St Green Bay, WI 54303 | | - | | | | | | 135.93 |
| Account No. 30900 | | | | | | | | |
| Mega Cap Inc 8640 Rochester Ave Rancho Cucamonga, CA 91729 | | - | | | | | | 18.38 |
| Account No. 643643 | | | | | | | | |
| Menards 370 36th Ave SW Altoona, IA 50009-2631 | | - | | | | | | 85.75 |
| Account No. 31900 | | | | | | | | |
| Mi Line by Fey 200 4th Ave N Edgerton, MN 56201-0777 | | - | | | | | | 10,741.56 |

Sheet no. __73__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,689.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Michelle Gildersleeve 805 N. York PO Box 418 Monroe, IA 50170 | - | | | | X | X | | Unknown |
| **Account No.** 31480 | | | | | | | | |
| Mid-Nite Snax 999 South Oyster Bay Rd. Bld #500 Best Page, NY 11714 | - | | | | | | | 2,587.66 |
| **Account No.** | | | | 4/30/2004 Judgment against Pella Plastics Cast No. LNLN1002280; CVCV090343 | | | | |
| Miller Waste Mills, Inc. c/o Michael S. Jones, Esq. Patterson Law Firm 505 Fifth Ave Suite 729 Des Moines, IA 50309-2390 | - | | | | X | X | X | Unknown |
| **Account No.** | | | | | | | | |
| Miller Waste Mills Inc. 580 E. Front St. Winona, MN 55987 | - | | | Additional notice/representing Miller Waste Mills, Inc. | | | | Notice Only |
| **Account No.** 31620 | | | | | | | | |
| Mineral Springs Bottled Water 530 King St., Rte 305 Petersburg, PA 16669 | - | | | | | | | 2,339.92 |

Sheet no. __74__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,927.58

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 31710 | | | | | | | | |
| Mitchell Design & Graphic 7355 SW 38th St Ste 101 Ocala, FL 34474 | - | | | | | | | 616.93 |
| Account No. 31830 | | | | | | | | |
| Modern Plastic Bags Inc Brooklyn Navy Yd/Bldg #27 Flushing Ave & Cumberland Brooklyn, NY 11205 | - | | | | | | | 308.33 |
| Account No. 31860 | | | | | | | | |
| Moderne Glass Co Inc Hopewell Industrial Park 1000 Industrial Blvd Aliquippa, PA 15001-4871 | - | | | | | | | 57,674.32 |
| Account No. | | | | | | | | |
| Molly Balmer 512 Water St. Kellogg, IA 50135 | - | | | | X | X | | Unknown |
| Account No. 32022 | | | | | | | | |
| Montco Adv Specialties In 9 S Forest Ave-Unit B Norristown, PA 19401 | - | | | | | | | 246.50 |

Sheet no. __75__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,846.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                      ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 32040 | | | | | | | | |
| Morco Inc 125 High St Cochranton, PA 16314-0068 | | - | | | | | | 2,034.28 |
| Account No. 32323 | | | | | | | | |
| Motto Inc 214 E. Pacific St. Appleton, WI 54911 | | - | | | | | | 1,028.15 |
| Account No. 33080 | | | | | | | | |
| Nap Mfg, Inc 7325 Reindeer Trail San Antonio, TX 78238-1271 | | - | | | | | | 1,052.78 |
| Account No. | | | | Former Employee | | | | |
| Nate Monaghan 305 Main St. PO Box 263 Grinnell, IA 50112 | | - | | | X | X | | Unknown |
| Account No. 32795 | | | | | | | | |
| National Band and Tag 721 York St Newport, KY 41072-0430 | | - | | | | | | 493.50 |

Sheet no. __76__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,608.71

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 32800 | | | | | | | | |
| National Banner Co Inc 11938 Harry Hines Blvd Dallas, TX 75234-5999 | - | | | | | | | 1,019.60 |
| Account No. 32840 | | | | | | | | |
| National Design Corp 12121 Scripps Summit Dr Suite 200 San Diego, CA 92131 | - | | | | | | | 12,404.92 |
| Account No. 33013 | | | | | | | | |
| Natural Trends 1096 N 450 W, #101 Springville, UT 84663 | - | | | | | | | 3,291.11 |
| Account No. 10040 | | | | | | | | |
| Navitor 1625 Roe Crest Drive North Mankato, MN 56003 | - | | | | | | | 1,518.82 |
| Account No. 8400 | | | | | | | | |
| Nelson Boone Co Inc 4804 Strawberry Ln Louisville, KY 40209 | - | | | | | | | 1,113.00 |

Sheet no. __77__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,347.45

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 33340 <br><br> New Jersey Headwear Corp <br> 305 Third Avenue W <br> Newark, NJ 07107-2301 | - | | | | | | 33.06 |
| Account No. <br><br> Newton Manufacturing Co <br> Retirement Income Plan & Trust <br> Bankers Trust Company <br> 453 7th St. <br> Des Moines, IA 50309 | - | | Unfunded Pension Liability | | | X | 2,702,229.00 |
| Account No. 1 <br><br> Newton Manufacturing Company <br> 1123 First Avenue East <br> Newton, IA 50208 | - | | | | | | 6,980.35 |
| Account No. 60055 <br><br> Newton Mfg. Co - Artwork <br> Attn: Chuck Flaherty <br> 1123 1st Ave E <br> Newton, IA 50208-3914 | - | | | | | | 354.10 |
| Account No. 60066 <br><br> Newton Mfg. Co-CRG <br> 1123 First Avenue East <br> Newton, IA 50208 | - | | | | | | 72.00 |

Sheet no. _78_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,709,668.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 33495 | | | | | | | |
| Next Products, LLC 2201 E Michigan Road PO Box 310 Shelbyville, IN 46176 | - | | | | | | 6,877.22 |
| Account No. 33535 | | | | | | | |
| Nittany CreativeSolutions 141 IT Hwy Kottivakkam  600041, 0 India | - | | | | | | 548.00 |
| Account No. 60130 | | | | | | | |
| NMC/Art Charge 1123 First Avenue East Newton, IA 50208 | - | | | | | | 13.00 |
| Account No. 33570 | | | | | | | |
| Nordic Co Inc 5 Tripps Ln Riverside, RI 02915-3013 | - | | | | | | 2,891.08 |
| Account No. 33620 | | | | | | | |
| Norwood Calendars 1000 Highway 4 S Sleepy Eye, MN 56085-0008 | - | | | | | | 365,756.28 |

Sheet no. __79__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

376,085.58

B6F (Official Form 6F) (12/07) - Cont.

In re      Newton Manufacturing Company                                          ,      Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Norwood Calendars <br> 14421 Myerlake Circle <br> Clearwater, FL 33760 | | | | Additional notice/representing <br> Norwood Calendars | | | | Notice Only |
| Account No. 33600 <br><br> Norwood Hard Goods <br> 5151 Moundview Dr <br> Red Wing, MN 55066-1138 | | - | | | | | | 301,633.08 |
| Account No. <br><br> Norwood Hard Goods <br> 14421 Myerlake Circle <br> Clearwater, FL 33760 | | | | Additional notice/representing <br> Norwood Hard Goods | | | | Notice Only |
| Account No. 33800 <br><br> Noteworthy Co, The <br> 336 Forest Ave <br> Amsterdam, NY 12010 | | - | | | | | | 7,331.92 |
| Account No. 33871 <br><br> Nu Promo International <br> Sub Lizzie's World LLC <br> 11697 Chesterdale Rd <br> Cincinnati, OH 45246-3917 | | - | | | | | | 1,551.70 |

Sheet no. __80__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310,516.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 33850<br><br>Numo a Kolder Company<br>1072 E Hwy 175<br>Kaufman, TX 75142 | - | | | | | | | 4,374.24 |
| Account No. 33865<br><br>Nuprints<br>3309 Talley Rd<br>San Antonio, TX 78253 | - | | | | | | | 947.36 |
| Account No. 34250<br><br>Olympus Flag & Banner<br>9000 W Heather Ave<br>Milwaukee, WI 53224-2410 | - | | | | | | | 620.02 |
| Account No. 34370<br><br>One Stop, Inc<br>2686 Northridge Dr NW<br>Grand Rapids, MI 49544-9109 | - | | | | | | | 15.10 |
| Account No. 34560<br><br>Orrefors<br>Special Markets Div<br>140 Bradford Dr<br>Berlin, NJ 08009-9299 | - | | | | | | | 170.69 |

Sheet no. __81__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,127.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Otto International<br>3550 AE Jurupa<br>Ontario, CA 91761 | | - | | | | | | 96.15 |
| Account No. 34640<br><br>Otto International, Inc<br>3550 AE Jurupa<br>Ontario, CA 91761 | | - | | | | | | 5,632.86 |
| Account No. 34660<br><br>Outdoor Cap Co<br>1200 Melissa Dr<br>Bentonville, AR 72712-6654 | | - | | | | | | 288.37 |
| Account No. 34875<br><br>P & M Apparel<br>206 West Van Dorn<br>Box 377<br>Polk City, IA 50226 | | - | | | | | | 660.93 |
| Account No. 34920<br><br>Pacesetter Awards Co<br>5544 W Armstrong Ave<br>Chicago, IL 60646-6514 | | - | | | | | | 651.30 |

Sheet no. __82__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,329.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 39130<br><br>Pacific Western Sales, In<br>2980 Enterprise Street<br>Brea, CA 92821 | - | | | | | | | 1,565.23 |
| Account No. 35120<br><br>Page Seed Co<br>1A Green St<br>Greene, NY 13778-1108 | - | | | | | | | 386.99 |
| Account No.<br><br>Pam Blackledge<br>12563 S. Lakeshore Dr.<br>Walker, LA 70785 | - | | | Former Employee | X | X | | Unknown |
| Account No. 35175<br><br>Panther Vision<br>2180 S Wineville Avenue<br>Ontario, CA 91761 | - | | | | | | | 749.49 |
| Account No. 35240<br><br>Par One<br>3807 King Ave<br>Cleveland, OH 44114-3727 | - | | | | | | | 8,586.00 |

Sheet no. __83__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,287.71

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                          ,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 35300 <br><br> Paramount Apparel Int'l I <br> 1 Paramount Dr <br> Bourbon, MO 65441-8309 | | - | | | | | | 988.17 |
| Account No. 35355 <br><br> Paramount Press <br> 6440 W 56th Place <br> Arvada, CO 80002 | | - | | | | | | 2,711.00 |
| Account No. <br><br> Patty Trease <br> 1209 S. 8th Ave E <br> Newton, IA 50208 | | - | | Former Employee | X | X | | Unknown |
| Account No. 22840 <br><br> Paul K Guillow Inc <br> 40 New Salem St <br> Wakefield, MA 01880-1979 | | - | | | | | | 2,426.60 |
| Account No. 36120 <br><br> Payne Publishers, Inc <br> 8707 E Quarry Rd <br> Manassas, VA 20110-5316 | | - | | | | | | 915.61 |

Sheet no.  84  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,041.38

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re  Newton Manufacturing Company _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 25572<br><br>PB&J Textiles<br>10728 16th Avenue SW<br>Seattle, WA 98146 | - | | | | | | | 299.09 |
| Account No. 36220<br><br>Peerless Umbrella Co Inc<br>427 Ferry St<br>Newark, NJ 07105-3903 | - | | | | | | | 1,221.08 |
| Account No.<br><br>Pella Construction Co.<br>c/o Wesley A. Chaplin, Esq.<br>Kreykes Law Firm<br>700 Main St. Suite 201<br>Pella, IA 50219-1680 | - | | | 7/3/2003<br>Judgment in Marion County Case No.<br>LACV089793 against Pella Plastics | X | | X | Unknown |
| Account No.<br><br>Pella Construction Co. Ltd.<br>120 S. Clark St.<br>Pella, IA 50219 | | | | Additional notice/representing<br>Pella Construction Co. | | | | Notice Only |
| Account No.<br><br>Pella Cooperative Electric Assoc.<br>2615 Washington St.<br>Pella, IA 50219 | | | | 2/9/2014<br>Judgment in Marion County Case No.<br>LACV089912 against Pella Plastics, Inc. | X | | X | Unknown |

Sheet no. __85__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,520.17

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re     Newton Manufacturing Company                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Pella Supply and Larry De Kruif <br> 717 210th Ave <br> Pella, IA 50219 | - | | | 7/18/2003 <br> Judgment in Marion County Case No. SCSC020567 against Pella Plastics | X | | X | <br><br><br> Unknown |
| Account No. <br><br> Jeff Van Maanen, Reg. Agt. <br> 705 Main St. <br> Pella, IA 50219 | | | | Additional notice/representing <br> Pella Supply and Larry De Kruif | | | | Notice Only |
| Account No. <br><br> Pella Supply and Larry De Kruif <br> 136 Terrace Dr. <br> Otley, IA 50214 | | | | Additional notice/representing <br> Pella Supply and Larry De Kruif | | | | Notice Only |
| Account No. 36440 <br><br> Pencoa <br> Div Harper Products <br> 1274 49th St STE 557 <br> Brooklyn, NY 11219 | - | | | | | | | <br><br><br> 140.41 |
| Account No. 36740 <br><br> Pentel of America Ltd <br> Special Market Division <br> 4000 E Airport Dr, Ste C <br> Ontario, CA 91761 | - | | | | | | | <br><br><br> 1,501.92 |

Sheet no. _86_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,642.33

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 36780 | | | | | | | | |
| Perfect Promotional Products 5217 Camino Ruiz Camarillo, CA 93012 | - | | | | | | | 12,213.22 |
| Account No. 34860 | | | | | | | | |
| PFI Marketing Group 9 Pine Street Deerfield, IL 60015 | - | | | | | | | 413.75 |
| Account No. 37240 | | | | | | | | |
| Pilgrim Plastic Products Div Pilgrim Badge 1200 W Chestnut St Brockton, MA 02301-5574 | - | | | | | | | 1,470.91 |
| Account No. 37377 | | | | | | | | |
| Pingline 314 W Institute Place Ste 2W Chicago, IL 60610 | - | | | | | | | 1,277.70 |
| Account No. 37461 | | | | | | | | |
| Pinnacle Promotion Supply 20 Jewel Court St Charles, MO 63304 | - | | | | | | | 2,104.40 |

Sheet no. __87__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,479.98

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 37840 | | | | | | | | |
| Plasco The Token Factory 2131 South Ave La Crosse, WI 54601-6258 | | - | | | | | | 244.51 |
| Account No. 38450 | | | | | | | | |
| Power Sales & Advertising 801 N Meadowbrook Dr Olathe, KS 66062-5443 | | - | | | | | | 55,391.06 |
| Account No. | | | | Former Employee | | | | |
| Pranav Mehta 1008 Georgia Dr Elk Grove Village, IL 60007 | | - | | | X | X | | Unknown |
| Account No. 22350 | | | | | | | | |
| Preferred Nation Inc 5911 Schaeffer Ave Chino, CA 91710 | | - | | | | | | 21.14 |
| Account No. 38607 | | | | | | | | |
| PremierIMS 815 Live Oak Houston, TX 77003 | | - | | | | | | 1,965.00 |

Sheet no. _88_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          57,621.71

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 38608 | | | | | | | | |
| Premium Bag LLC 145-50 Liberty Ave The Lilly Joy Building Jamaica, NY 11435 | - | | | | | | | 70.10 |
| Account No. | | | | | | | | |
| Prime Alliance c/o Joseph G. Bertroche, Sr. Esq. 4044 SE 14th St. Des Moines, IA 50320 | - | | | | | | | Unknown |
| Account No. 38780 | | | | | | | | |
| Prime Resources Corp 1100 Boston Ave Bridgeport, CT 06610-2658 | - | | | | | | | 16,998.17 |
| Account No. 31111 | | | | | | | | |
| Printed In Stone 1404 Hamlin Avenue Suite F St Cloud, FL 34771 | - | | | | | | | 153.00 |
| Account No. 38812 | | | | | | | | |
| Printpro 10 Avco Rd Haverhill, MA 01835 | - | | | | | | | 801.49 |

Sheet no. __89__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,022.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 38883 Pro Active Sports, Inc. 1200 Southeast 2nd Avenue Canby, OR 97013 | | - | | | | | | 273.01 |
| Account No. 38888 Pro Am Golf 3174 S Brentwood Blvd Webster Groves, MO 63119 | | - | | | | | | 4,717.19 |
| Account No. 39020 Pro Golf Premiums Inc 810 Krift Avenue Burlington, WI 53105 | | - | | | | | | 96.30 |
| Account No. 38980 Pro Towels 234 Industrial Park Road Abbeville, SC 29620 | | - | | | | | | 91.24 |
| Account No. 38900 Pro-Innovative Concepts 4405 E Baseline Road Suite 111 Phoenix, AZ 85008 | | - | | | | | | 1,775.32 |

Sheet no. _90_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,953.06

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 38940<br><br>Pro-Tect Mfg, Inc<br>1251 Ferguson Ave<br>Saint Louis, MO 63133-1442 | - | | | | | | 529.12 |
| Account No. 39093<br><br>Promobiz USA LLC<br>1820 West Carson Street<br>Suite 202-299<br>Torrance, CA 90501 | - | | | | | | 2,528.01 |
| Account No. 39184<br><br>Promosafe<br>23638 Lyons Ave Ste 418<br>Newhall, CA 91321 | - | | | | | | 478.00 |
| Account No. 39160<br><br>Promotional Slideguide<br>15 Gilpin Ave<br>Hauppauge, NY 11788-4723 | - | | | | | | 2,976.92 |
| Account No. 39175<br><br>Promovera Inc.<br>3650 Oakton Street<br>Skokie, IL 60076 | - | | | | | | 10.00 |

Sheet no. _91_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,522.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                     ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 39300 | | | | | | | | |
| Providence 530 Wellington Ave Ste 11 Cranston, RI 02910 | - | | | | | | | 3,139.48 |
| Account No. 39360 | | | | | | | | |
| Publi Calen-Art Ltd 178 W Service Rd Champlain, NY 12919-4440 | - | | | | | | | 2,146.33 |
| Account No. 39550 | | | | | | | | |
| Punch Products USA Inc 2131 Felver Ct Rahway, NJ 07065-5796 | - | | | | | | | 8,894.38 |
| Account No. 39555 | | | | | | | | |
| Punchworks 231 Centennial Dr LaVergne, TN 37086 | - | | | | | | | 234.37 |
| Account No. 39590 | | | | | | | | |
| PyroGraphics 132 South 11th St West Des Moines, IA 50265-4409 | - | | | | | | | 1,991.08 |

Sheet no. _92_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,405.64

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company
                                                              ,   Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 39705 | | - | | | | | | |
| Qualitee Imprints 8721 State Road Colden, NY 14033 | | | | | | | | 157.16 |
| Account No. 39660 | | - | | | | | | |
| Quality Incentive Co Bldg 5 3962 Willow Lake Blvd. Memphis, TN 38118 | | | | | | | | 14,987.45 |
| Account No. 39700 | | - | | | | | | |
| Quickpoint Inc 1717 Fenpark Dr Fenton, MO 63026-2939 | | | | | | | | 4,076.93 |
| Account No. 39800 | | - | | | | | | |
| Quikey Mfg Co Inc 1500 Industrial Pkwy Akron, OH 44310-2600 | | | | | | | | 32,247.96 |
| Account No. 39790 | | - | | | | | | |
| Quinn Flags 581 West Chestnut Street Hanover, PA 17331 | | | | | | | | 391.00 |

Sheet no. __93__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,860.50

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 12800 | | | | | | | | |
| R M Crow Co 200 Factory Dr Waco, TX 76710-6958 | | - | | | | | | 1,767.93 |
| Account No. 47792 | | | | | | | | |
| Radians, Inc 5305 Distriplex Farms Dr Memphis, TN 38141 | | - | | | | | | 29.64 |
| Account No. 39925 | | | | | | | | |
| Raining Rose Inc 407 9th Ave SE Cedar Rapids, IA 52401-2148 | | - | | | | | | 1,386.25 |
| Account No. 40110 | | | | | | | | |
| Rainkist Div Futai (USA) Inc. 7 Parkway Place Edison, NJ 08837 | | - | | | | | | 12,235.71 |
| Account No. | | | | Former Employee | | | | |
| Randi Fitzgerald 700 E. 12th St. N Newton, IA 50208 | | - | | | X | X | | Unknown |

Sheet no. __94__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,419.53

5/31/15  2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  40640 | | | | | | | | |
| Red Wing Bags 635 E 48th St Holland, MI 49423 | - | | | | | | | 528.79 |
| Account No.  40660 | | | | | | | | |
| Redystick Products Co 1906 S Cherokee St Denver, CO 80223-3915 | - | | | | | | | 1,454.73 |
| Account No. | | | | former employee | | | | |
| Regina Sarmento 1505 E 6th St. S Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No. | | | | Former Employee | | | | |
| Regina VerSteeg 211 W. 11th St. S Newton, IA 50208 | - | | | | X | X | | Unknown |
| Account No.  40785 | | | | | | | | |
| Remarkable Innovations 790 E Santa Clara Street, Suite 103 Ventura, CA 93001 | - | | | | | | | 40.00 |

Sheet no.  _95_  of  _125_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,023.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 39885 | | | | | | | | | |
| RHB Marketing 100 S Main St PO Box 975 New York, NY 10956-0975 | - | | | | | | | | 2,842.59 |
| Account No. | | | | | Former Employee | | | | |
| Rhonda Cook 1315 Broad St. Des Moines, IA 50315 | - | | | | | X | X | | Unknown |
| Account No. 41180 | | | | | | | | | |
| Richardson Brands Company 101 Erie Blvd Canajoharie, NY 13317 | - | | | | | | | | 944.60 |
| Account No. 41200 | | | | | | | | | |
| Richman Industries, Inc 810 S 31st St Harrisburg, PA 17111-0349 | - | | | | | | | | 121.40 |
| Account No. 41420 | | | | | | | | | |
| Riverside Mfg Co 1415 W 37th St Chicago, IL 60609-2110 | - | | | | | | | | 121.71 |

Sheet no. __96__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,030.30

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 26218 | | | | | | | |
| Rock Point Corp. Apparel 9925 Aldine Westfield Houston, TX 77093 | - | | | | | | 214.06 |
| Account No. 42200 | | | | | | | |
| Royal Industries 225 25th St Brooklyn, NY 11232-1337 | - | | | | | | 19,880.09 |
| Account No. 42615 | | | | | | | |
| Rustico LLC 119 N 1380 W Orem, UT 84057 | - | | | | | | 2,211.74 |
| Account No. 42710 | | | | | | | |
| S & S Activewear 581 Territorial Dr Bolingbrook, IL 60440-3543 | - | | | | | | 7,777.63 |
| Account No. 42720 | | | | | | | |
| Sabina Div Custom Deco Inc 1343 Miami St Toledo, OH 43605-3338 | - | | | | | | 3,160.54 |

Sheet no. __97__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,244.06

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                         ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 43115 | | | | | | | | |
| San Francis Imports 901 Thompson Ave Glendale, CA 91201 | - | | | | | | | 2,481.30 |
| Account No. 43100 | | | | | | | | |
| Sanders Mfg Co 1422 Lebanon Pike Nashville, TN 37210-3159 | - | | | | | | | 9,972.88 |
| Account No. 43130 | | | | | | | | |
| Sanford Business To Business 2707 Butterfield Rd Oak Brook, IL 60523 | - | | | | | | | 2,111.40 |
| Account No. 1000124 | | | | | | | | |
| SanMar 22833 SE Black Nugget Road, Suite 130 Issaquah, WA 98027-8700 | - | | | | | | | 194.52 |
| Account No. 43110 | | | | | | | | |
| SanMar Corporation Attn: Dana Brandsrud 22833 SE Black Nugget Road, Suite 130 Issaquah, WA 98027-8700 | - | | | | | | | 262,437.85 |

Sheet no. _98_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   277,197.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,        Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 43340 | | | | | | | | |
| Schweizer Emblem 1022 Busse Hwy Park Ridge, IL 60068-1802 | - | | | | | | | 268.50 |
| Account No. 43511 | | | | | | | | |
| Scrub Authority 10658 W. Centennial Rd. #400 Littleton, CO 80127 | - | | | | | | | 56.16 |
| Account No. 43772 | | | | | | | | |
| Seiko Corp of America 111 Macarthur Blvd. Ste 101 Mahwah, NJ 07430-2321 | - | | | | | | | 115.58 |
| Account No. 43760 | | | | | | | | |
| Selco Companies, The 8909 E 21st St Tulsa, OK 74129-1417 | - | | | | | | | 16,785.56 |
| Account No. 43780 | | | | | | | | |
| Select Manufacturers Inc 2907 Harborview Dr Ste A Gig Harbor, WA 98335 | - | | | | | | | 459.24 |

Sheet no. __99__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,685.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 43800 | | | | | | | | |
| Selective Gift Institute 2700 Monroe St LaPorte, IN 46350 | - | | | | | | | 1,685.10 |
| Account No. 44400 | | | | | | | | |
| Severson Products Co 4309 Acorn Lane Pequot Lakes, MN 56472 | - | | | | | | | 1,681.74 |
| Account No. 44320 | | | | | | | | |
| Seville Corporation 4909 Triangle St Mc Farland, WI 53558-9358 | - | | | | | | | 14,009.21 |
| Account No. 44405 | | | | | | | | |
| Sew-Fab Ltd 187 Samuelson Street Cambridge, ON N1R 1K2 | - | | | | | | | 1,206.00 |
| Account No. 44600 | | | | | | | | |
| Shelbyville Pencil Co 723 Industrial Pkwy Shelbyville, TN 37162-0727 | - | | | | | | | 5,204.70 |

Sheet no. __100_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,786.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Former Employee | | | | |
| Shelly VerWoert-Fisher 620 S. Montgomery St. Colfax, IA 50054 | - | | | | | X | X | | Unknown |
| Account No. 44680 | | | | | | | | | |
| Sheppard Envelope Mfg Co 133 Southbridge St Auburn, MA 01501-2503 | - | | | | | | | | 732.09 |
| Account No. 44818 | | | | | | | | | |
| ShirtWorks LLC 520 Falling Leaf Lane Washington, MO 63090 | - | | | | | | | | 142.45 |
| Account No. 44819 | | | | | | | | | |
| Showdown Displays 6850 Shingle Creek Parkway Brooklyn Center, MN 55430 | - | | | | | | | | 4,475.41 |
| Account No. 44930 | | | | | | | | | |
| Simba Cal Inc 1680 Universe Circle Oxnard, CA 93033 | - | | | | | | | | 53.22 |

Sheet no. _101_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,403.17

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                              ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 45050 | | | | | | | | |
| Skinner & Kennedy Co 9451 Natural Bridge Rd Saint Louis, MO 63134-3148 | | - | | | | | | 4,178.05 |
| Account No. 45340 | | | | | | | | |
| Snugz/USA Inc 9258 S Prosperity Road West Jordan, UT 84081 | | - | | | | | | 657.97 |
| Account No. 45395 | | | | | | | | |
| Sonoma Promotional Soluti 841 West Napa St Sonoma, CA 95476 | | - | | | | | | 170.10 |
| Account No. 45520 | | | | | | | | |
| Sourcing Department 7108 Crossroads Blvd Suite 307 Brentwood, TN 37027 | | - | | | | | | 1,021.70 |
| Account No. 45580 | | | | | | | | |
| Southern Plus Div/Southern Umbrella 1611 Zion CME Church Rd Hartwell, GA 30643-6621 | | - | | | | | | 2,305.22 |

Sheet no. __102_ of __125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,333.04

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 45740 | | | | | | | | |
| Special T's of Central Fl 13740 West Hwy 44 Grand Island, FL 32735 | - | | | | | | | 655.73 |
| Account No. 45860 | | | | | | | | |
| Spector & Co. 100 Walnut Street Suite 6 Champlain, NY 12919 | - | | | | | | | 6,469.28 |
| Account No. 45966 | | | | | | | | |
| Spectrum Uniforms 3800 Jupiter St Houston, TX 77087 | - | | | | | | | 16.25 |
| Account No. 45975 | | | | | | | | |
| Spirit Industries 22208 Highway 105 West Montgomery, TX 77356 | - | | | | | | | 1,652.32 |
| Account No. 46440 | | | | | | | | |
| Sport System Corp/Staelen 44 Hazel St Woonsocket, RI 02895-1228 | - | | | | | | | 54.77 |

Sheet no. _103_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,848.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                  ,       Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 46265 | | | | | | | | |
| Sports Art 8255 Black Run Rd Nashport, OH 43830-9774 | | - | | | | | | 170.76 |
| Account No. 46185 | | | | | | | | |
| Sports Solutions Inc. 201 East Main St Pilot Mountain, NC 27041 | | - | | | | | | 331.82 |
| Account No. 42815 | | | | | | | | |
| St Regis Crystal Inc 121 Granton Dr-Unit 5 Richmond Hill, ON L4B 3N4 | | - | | | | | | 1,640.21 |
| Account No. | | | | Former Employee | | | | |
| Stacey Bulmer 206 3rd Ave PO Box 462 Sully, IA 50251 | | - | | | X | X | | Unknown |
| Account No. 46459 | | | | | | | | |
| Stafford Media 22 Hemming Drive Stafford, VA 22554 | | - | | | | | | 428.95 |

Sheet no. _104_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       2,571.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                  ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 46760 | | | | | | | | |
| Starline USA Inc 3036 Alt Blvd Grand Island, NY 14072-1246 | - | | | | | | | 18,100.48 |
| Account No. 46855 | | | | | | | | |
| Status Threads 3453 IH 35N  Ste 113 San Antonio, TX 78219 | - | | | | | | | 205.80 |
| Account No. | | | | | | | | |
| Stephanie Flancer 1002 Summer St. Grinnell, IA 50112 | - | | | | X | X | | Unknown |
| Account No. 46765 | | | | | | | | |
| Sterling Cut Glass 3233 Mineola Pike Erlanger, KY 41018 | - | | | | | | | 629.02 |
| Account No. 45180 | | | | | | | | |
| Steven Smith/Stuffed Animals Inc 330 E 89th St Brooklyn, NY 11236-1604 | - | | | | | | | 2,576.85 |

Sheet no.  105  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,512.15

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                         ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 46880 | | | | | | | | |
| Stitch Designers - Embroidery 1601 Crums Lane Louisville, KY 40216 | | - | | | | | | 3,175.06 |
| Account No. 46881 | | | | | | | | |
| Stitch Designers - Screen Printing 1601 Crums Lane Louisville, KY 40216 | | - | | | | | | 2,626.87 |
| Account No. 46733 | | | | | | | | |
| Stitch Gallery 113 S 77 Sunshine Strip Harlingen, TX 78550 | | - | | | | | | 180.05 |
| Account No. 46884 | | | | | | | | |
| Stitches Embroidery, Inc 1600 Mary's Avenue Pittsburgh, PA 15215 | | - | | | | | | 1,341.72 |
| Account No. 46930 | | | | | | | | |
| Stone Enterprises Inc 2001 Marcus Ave-N114 Lake Success, NY 11042-1011 | | - | | | | | | 1,075.31 |

Sheet no. _106_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,399.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 46970 Stouse Sign & Decal Inc 300 New Century Parkway New Century, KS 66031 | - | | | | | | | 3,290.53 |
| Account No. 46980 Stromberg Brand Inc 12 Ford Products Road Valley Cottage, NY 10989 | - | | | | | | | 9,875.56 |
| Account No. 47030 Strong Leather Co Div/The Strong Group 39 Grove St Gloucester, MA 01930-2611 | - | | | | | | | 218.22 |
| Account No. 47330 Suburban Sportswear 1895 Buerkle Road White Bear Lake, MN 55110 | - | | | | | | | 295.86 |
| Account No. 47270 Sun Coast Mdse Corp 6315 Bandini Blvd Commerce, CA 90040-3115 | - | | | | | | | 1,154.42 |

Sheet no. __107_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,834.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 47305 | | | | | | | | |
| Sunbird 230 N Crescent Way Ste A Anaheim, CA 92801 | | - | | | | | | 3,380.06 |
| Account No. 47325 | | | | | | | | |
| Sunjoy Group Inc 5310 N Harlem Ave Suite 207 Chicago, IL 60656 | | - | | | | | | 1,532.00 |
| Account No. 47160 | | | | | | | | |
| Suntex Industries 5000 S Main St Winston Salem, NC 27107-6818 | | - | | | | | | 163.90 |
| Account No. 47295 | | | | | | | | |
| Superior Promotional Bags 41 Arosa Hill Lakewood, NJ 08701 | | - | | | | | | 1,646.20 |
| Account No. 47299 | | | | | | | | |
| Superior Uniform Group 10055 Seminole Blvd Seminole, FL 33772 | | - | | | | | | 58.67 |

Sheet no. _108_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,780.83

B6F (Official Form 6F) (12/07) - Cont.

In re     Newton Manufacturing Company                                    ,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 47250 | | | | | | | | |
| Sweda/CMI 17411 Valley Blvd City of Industry, CA 91744 | - | | | | | | | 10,652.75 |
| Account No. 47400 | | | | | | | | |
| Sweet Nut Tree 6210 Merger Dr Holland, OH 43528-9593 | - | | | | | | | 4,268.97 |
| Account No. 47505 | | | | | | | | |
| Symphony Handmade Papers 25 Bisbee Court Ste #G Santa Fe, NM 87508 | - | | | | | | | 1,131.21 |
| Account No. 47615 | | | | | | | | |
| T.A. Wear 1533 Georgia Road Wetumpka, AL 36092 | - | | | | | | | 3,650.92 |
| Account No. 47890 | | | | | | | | |
| Target Graphics Ltd 140 Ambassador Drive Suite 132 Naperville, IL 60540 | - | | | | | | | 2,125.82 |

Sheet no. __109_ of __125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,829.67

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 899009 | | | | | | | | |
| Team Air Express PO Box 668 Winnsboro, TX 75494 | - | | | | | | | 549.30 |
| Account No. 47798 | | | | | | | | |
| Team Print 1605 Commerce Drive Bourbonnais, IL 60914-4478 | - | | | | | | | 1,916.40 |
| Account No. 47794 | | | | | | | | |
| TeamWorld, Inc PO Box 1853 Binghamton, NY 13902-1853 | - | | | | | | | 288.00 |
| Account No. 47797 | | | | | | | | |
| Tekweld 180 Central Ave Farmington, NY 11735 | - | | | | | | | 3,751.60 |
| Account No. 47980 | | | | | | | | |
| Tempo Graphics 10685 43rd Ave Chippewa Falls, WI 54729 | - | | | | | | | 136.06 |

Sheet no. _110_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,641.36

5/31/15  2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48050 | | | | | | | | |
| Tempo Industries 90 Hopper Street Westbury, NY 11590 | | - | | | | | | 2,155.10 |
| Account No. 47970 | | | | | | | | |
| Tempo Industries Inc 90 Hopper St Westbury, NY 11590 | | - | | | | | | 1,793.90 |
| Account No. | | | | Former Employee | | | | |
| Teresa Robson 540 Hartwig Way Newton, IA 50208 | | - | | | X | X | | Unknown |
| Account No. 47805 | | | | | | | | |
| Terry Town Company Suite 300 1440 Innovative Dr San Diego, CA 92154 | | - | | | | | | 12.09 |
| Account No. 48104 | | | | | | | | |
| Tervis Tumbler Co 201 Triple Diamond Blvd North Venice, FL 34275 | | - | | | | | | 12,788.25 |

Sheet no. _111_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,749.34

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48055 | | - | | | | | | |
| Texas Art Embroidery Co 7556 Renwick Dr Houston, TX 77081-7107 | | | | | | | | 2,555.54 |
| Account No. 651 | | - | | | | | | |
| The Accord Group 710 Blue Ribbon Parkway Shelbyville, TN 37160 | | | | | | | | 77.50 |
| Account No. | | - | | | | | | |
| The Chocolate Inn 110 Buffalo Avenue Freeport, NY 11520 | | | | | | | | 227.23 |
| Account No. 48129 | | - | | | | | | |
| Timberline Colorado 9911 E 47th Ave Denver, CO 80238 | | | | | | | | 873.61 |
| Account No. 48130 | | - | | | | | | |
| Timberwolf Products 21669 Hanover Avenue Lakeville, MN 55044 | | | | | | | | 1,570.40 |

Sheet no. _112_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,304.28

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48296 | | | | | | | | |
| To The Point 130-E Stratford Ct Winston-Salem, NC 27103 | - | | | | | | | 223.65 |
| Account No. 48310 | | | | | | | | |
| Top Brands Inc 520 W 15th Ave Oshkosh, WI 54901-6546 | - | | | | | | | 1,390.14 |
| Account No. 48377 | | | | | | | | |
| Totemania Oh Saalfield Supply (fact.) 1145 Highbrook St Akron, OH 44301 | - | | | | | | | 1,120.71 |
| Account No. 48405 | | | | | | | | |
| Touchstone Embroidery, In PO Box 406 127-A Meansville Street Zebulon, GA 30295 | - | | | | | | | 2,411.07 |
| Account No. | | | | Former Employee | | | | |
| Tracy Trease 717 S. 3rd Ave W Newton, IA 50208 | - | | | | X | X | | Unknown |

Sheet no. _113_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,145.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48492 | | | | | | | | |
| Trademark Global 5401 Baumbart Rd Unit 1 Lorain, OH 44053 | - | | | | | | | 1,256.37 |
| Account No. 48490 | | | | | | | | |
| Tradenet Publishing 1200 Energy Ctr Dr Gardner, KS 66030-0158 | - | | | | | | | 4,939.97 |
| Account No. 48450 | | | | | | | | |
| Tranter Graphics 8094 N State Rd 13 Syracuse, IN 46567-0338 | - | | | | | | | 10,216.29 |
| Account No. 32430 | | | | | | | | |
| Trimountain Apparel 4889 4th St Irwindale, CA 91706 | - | | | | | | | 10,647.56 |
| Account No. 48585 | | | | | | | | |
| Troy Sunshade 607 Riffle Ave Greenville, OH 45331 | - | | | | | | | 442.60 |

Sheet no. __114__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,502.79

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 48460 | | | | | | | | |
| Tru Art Advertising Cals 2800 Highway 6 E Iowa City, IA 52240-2614 | - | | | | | | | 8,499.99 |
| Account No. 48654 | | | | | | | | |
| Truebite Inc 19 Nebraska Ave Endicott, NY 13760 | - | | | | | | | 571.33 |
| Account No. 47560 | | | | | | | | |
| TSC Apparel 12080 Mosteller Rd Cincinnati, OH 45241-1529 | - | | | | | | | 1,479.64 |
| Account No. 48900 | | | | | | | | |
| U S Nameplate Co One LaFrance Way Concordville, PA 19331-5002 | - | | | | | | | 528.43 |
| Account No. 48780 | | | | | | | | |
| ULine Inc 2200 S Lakeside Dr Waukegan, IL 60085-8361 | - | | | | | | | 1,585.99 |

Sheet no. __115_ of _125_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,665.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 48735<br><br>Unicorn West Inc<br>9119 Perkins St<br>Pico Rivera, CA 90660 | | - | | | | | | 5,277.63 |
| Account No. 48920<br><br>Universal Auto Frames<br>2110 E Winston Rd<br>Anaheim, CA 92806 | | - | | | | | | 401.71 |
| Account No. 48971<br><br>Universal Printing<br>1713 Lewis Street<br>Bay City, MI 48706 | | - | | | | | | 482.59 |
| Account No. 48970<br><br>Universal Strap Inc<br>209 N1750 Industrial Dr<br>Jackson, WI 53037 | | - | | | | | | 3,579.64 |
| Account No. 48808<br><br>US Box Corp<br>1296 McCarter Hwy<br>Newark, NJ 07104-3714 | | - | | | | | | 95.50 |

Sheet no.  116  of  125  sheets attached to Schedule of                          Subtotal                     9,837.07
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 49310  Valley Casting 9462 Deerwood Lane North Maple Grove, MN 55369 | | - | | | | | | 59.16 |
| Account No. 49380  Vantage Custom Classics 100 Vantage Dr Avenel, NJ 07001-1099 | | - | | | | | | 2,501.30 |
| Account No. 49660  Ventura Inc 501 W Pierce St Del Rio, TX 78840-5456 | | - | | | | | | 149.42 |
| Account No. 49750  Versa-Tags Inc 108 Commerce Dr Cuba, MO 65453-1541 | | - | | | | | | 1,993.73 |
| Account No. 49200  VF Workwear Div/VF Imagewear (West)In 545 Marriott Dr Nashville, TN 37214-5011 | | - | | | | | | 851.24 |

Sheet no.  117  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,554.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 49753 | | | | | | | | | |
| Via For Travel 280 Ott Street Corona, CA 92882 | - | | | | | | | | 1,590.54 |
| Account No. 47470 | | | | | | | | | |
| Victorinox Swiss Army Inc 7 Victoria Dr Monroe, CT 07702-4214 | - | | | | | | | | 1,785.61 |
| Account No. 50000 | | | | | | | | | |
| Visions Mfg Group Inc One Visions Parkway Celina, OH 45822 | - | | | | | | | | 2,459.16 |
| Account No. 50047 | | | | | | | | | |
| Visual Promotions 2040 Hwy 90 West Sealy, TX 77474 | - | | | | | | | | 955.12 |
| Account No. 50110 | | | | | | | | | |
| Vitronic Promo Group 4680 Parkway Dr Suite 200 Mason, OH 45040-8297 | - | | | | | | | | 19,284.01 |

Sheet no.  118  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,074.44

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                   ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 50100 | | | | | | | | |
| Vitronic/Calendars 4680 Parkway Dr Suite 200 Mason, OH 45040-8297 | - | | | | | | | 6,991.23 |
| Account No. 9080 | | | | | | | | |
| W C Bunting Co Inc 1425 Globe St East Liverpool, OH 43920-2110 | - | | | | | | | 1,509.18 |
| Account No. 50300 | | | | | | | | |
| Waehner Importing Co Inc 110 Remington Blvd Ronkonkoma, NY 11779-6943 | - | | | | | | | 3,556.97 |
| Account No. 50444 | | | | | | | | |
| Wage's Silversmiths PO Box 429 Minden, NV 89423 | - | | | | | | | 68.25 |
| Account No. 943002 | | | | | | | | |
| Wal-Mart Store 01-0748 300 E 31st ST S Newton, IA 50208-9484 | - | | | | | | | 366.81 |

Sheet no.  119  of  125  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,492.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 50500 | | | | | | | | |
| Waldor Products 225 25th St. Brooklyn, NY 11232 | - | | | | | | | 2,140.33 |
| Account No. 50665 | | | | | | | | |
| Walters Seed Company LLC 65 Veterans Dr Holland, MI 49423-7813 | - | | | | | | | 704.80 |
| Account No. 50870 | | | | | | | | |
| Warwick Co 2601 E Main St Saint Charles, IL 60174-4289 | - | | | | | | | 1,186.75 |
| Account No. 50860 | | | | | | | | |
| Warwick Co/Calendars 2601 E Main St Saint Charles, IL 60174-4289 | - | | | | | | | 4,272.39 |
| Account No. 50861 | | | | | | | | |
| Warwick Co/NewCals 2601 E Main St Saint Charles, IL 60174-4289 | - | | | | | | | 9,949.57 |

Sheet no. __120__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                18,253.84

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                          ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 50940 | | | | | | | | |
| Washington Promo Group 1100 Stafford St, Ste 200 Washington, MO 63090-5276 | - | | | | | | | 2,399.53 |
| Account No. 50955 | | | | | | | | |
| Water Depot 15605 S Keeler Terrace #B Olathe, KS 66062 | - | | | | | | | 538.44 |
| Account No. 51040 | | | | | | | | |
| Waterford Crystal Inc 1330 Campus Pkwy Wall, NJ 07719 | - | | | | | | | 614.84 |
| Account No. 10850 | | | | | | | | |
| WearMagic 12150 Northwest Blvd Cincinnati, OH 45246-1231 | - | | | | | | | 820.79 |
| Account No. 51270 | | | | | | | | |
| Webb Company 980 Aldrin Drive Eagan, MN 55121 | - | | | | | | | 2,539.62 |

Sheet no. _121_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,913.22

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                  ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 51500 Wendell's, Inc 6601 Bunker Lake Blvd NW Ramsey, MN 55303-4552 | - | | | | | | 5,563.17 |
| Account No. 51425 Westwood Embroidery 1005 SE Westwoods Dr Waukee, IA 50263 | - | | | | | | 96.00 |
| Account No. 52060 Whirley-DrinkWorks! 618 4th Ave Warren, PA 16365-4947 | - | | | | | | 3,050.98 |
| Account No. 52090 Williamson-Dickie Mfg Co 509 W Vickery Blvd Fort Worth, TX 76104-1195 | - | | | | | | 2,384.14 |
| Account No. 52161 Wilton Armetale PO Box 600 Plumb & Square Streets Mount Joy, PA 17552 | - | | | | | | 2,891.83 |

Sheet no. __122__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,986.12

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Newton Manufacturing Company                                   ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 52243 | | | | | | | | |
| Windswept Marketing, Inc 800-E Fairview Road Suite 111 Asheville, NC 28803 | - | | | | | | | 678.81 |
| Account No. 52440 | | | | | | | | |
| Wolfmark Neckwear Co 820 Ehlers Road Neenah, WI 54956 | - | | | | | | | 1,409.25 |
| Account No. 52530 | | | | | | | | |
| Woolenwear/PersonaliTee's 739 Pinecrest Dr Prospect Heights, IL 60070-1807 | - | | | | | | | 963.61 |
| Account No. 52620 | | | | | | | | |
| World Wide Line 5485 Hixson Pike Hixson, TN 37343 | - | | | | | | | 13,464.83 |
| Account No. 29630 | | | | | | | | |
| Worldwide Protective Products 4255 McKinley Parkway Hamburg, NY 14075 | - | | | | | | | 2,546.00 |

Sheet no. _123_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,062.50

5/31/15 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company
                                                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 29560 | | | | | | | | |
| WOWLine 300 Jericho Quadrangle Ste 230 Jericho, NY 11753 | - | | | | | | | 1,087.60 |
| Account No. 990628 | | | | | | | | |
| XPEDX 3201 SE Convenience Blvd Ankeny, IA 50021-9422 | - | | | | | | | 50.00 |
| Account No. 52660 | | | | | | | | |
| Yafa Inc 21306 Gault St Canoga Park, CA 91303-2123 | - | | | | | | | 108.19 |
| Account No. 52735 | | | | | | | | |
| Zipline 740 Vanderperren Way Green Bay, WI 54304 | - | | | | | | | 982.30 |
| Account No. 95555 | | | | | | | | |
| Zoogee World Inc 14 Customs Street Calais, ME 04619 | - | | | | | | | 407.95 |

Sheet no. 124 of 125 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,636.04

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Newton Manufacturing Company                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 95557<br><br>Zorrel International<br>13500 15th Street<br>Grandview, MO 64030 | | - | | | | | | 25.32 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __125_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 25.32 |
| Total<br>(Report on Summary of Schedules) | | 5,782,196.30 |

B6G (Official Form 6G) (12/07)

.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Avalanche Composites<br>200 E 12th St S<br>Newton, IA 50208 | Real Property Lease Agreements |
| Avaya<br>Customer Care Center<br>14400 Hertz Quail Spring Parkway<br>Oklahoma City, OK 73134 | Hardware Service Agreements dated May 5, 2015 |
| Caldwell, Brierly, Chalupa & Nuzum<br>Attn: Dennis F. Chalupa Esq.<br>211 1st Ave. W.<br>Newton, IA 50208 | Retirement Agreement and Settlement of Clayton and Cheryl Case lifetime health insurance benefits dated November 14, 2011 |
| Chubb group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | Workers Compensation Coverage |
| Community Bank<br>Main Branch, 1401 N. Jefferson<br>P.O. Box 257<br>Indianola, IA 50125 | Commercial Security Agreement dated February 25, 2013 |
| Community Bank<br>Main Branch, 1401 N. Jefferson<br>P.O. Box 257<br>Indianola, IA 50125 | Promissory Note #15941 dated April 1, 2014 and Change in Terms Agreement dated June 14, 2014 |
| Community Bank<br>Main Branch, 1401 N. Jefferson<br>P.O. Box 257<br>Indianola, IA 50125 | Promissory Note #16210 dated October 1, 2014 |
| Delta Dental<br>PO Box 9000<br>Johnston, IA 50131-9000 | Employee Dental Insurance. |
| EZ Lease, Inc.<br>102 N 2nd Ave E<br>PO Box 519<br>Newton, IA 50208 | Lease for office machinery dated August 1, 2011 |
| FedEx<br>PO BOX 727<br>Memphis, TN 38194-1863 | Pricing Agreement dated March 24, 2014 |

2
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re      Newton Manufacturing Company                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Forbes Office Solutions, Inc.<br>102 N. Second Avenue E.<br>Newton, IA 50208 | Lease for copiers dated September 13, 2011 |
| GFI USA Inc.<br>1005 Slater Road<br>Suite 300<br>Durham, NC 27703 | GFI Software License Certificate Dated November 5, 2014 |
| Insight<br>6820 S Harl Ave<br>Tempe, AZ 85283-4318 | Microsoft Software Assurance Agreement dated April 1, 2015 |
| Iowa Network Services<br>4201 Corporate Drive<br>West Des Moines, IA 50266-5906 | Floor Space and Power Agreement dated June 5, 2008 |
| Josh Loftus dba Patriot Fiberglass<br>5602 Highway 146<br>Searsboro, IA 50242 | Lease for space in building located at 200 East 12th Street South, Newtown, Iowa dated August 9, 2013 |
| KPMG Services Agreement<br>PO Box 120608<br>Dept. 0608<br>Dallas, TX 75312-0608 | Engagement Letter re Tax Compliance and Tax Consulting Services dated April 16, 2014 |
| Mail Services, LLC<br>4100 121st St<br>Urbandale, IA 50323-2334 | MLOCR Processing Agreement dated July 3, 2008 |
| Mardsen Bldg Maintenance, LLC<br>MI 87<br>P.O. Box 1150<br>Minneapolis, MN 55480-1150 | Service Agreement dated November 25, 2013 |
| McGladrey LLP<br>400 Locust Street<br>Des Moines, IA 50309 | Mutual Confidentiality and Nondisclosure Agreement dated May 10, 2013 |
| NetSuite, Inc.<br>2955 Campus Dr.<br>Suite 100<br>San Mateo, CA 94403 | NetSuite Subscription Services Agreement dated July 1, 2013 |
| Per Mar Security Services<br>720 E. 2nd St.<br>Des Moines, IA 50309 | Security Agreement dated April 2, 2013 |
| Pitney Bowes (mail meters)<br>11009 Aurora Ave<br>Urbandale, IA 50322-7902 | Lease Agreement for mail meters dated September 30, 2013 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   Newton Manufacturing Company                          ,   Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Sprint<br>PO Box 219100<br>Kansas City, MO 64121-9100 | Annual Minumum Usage Agreement dated October 28, 2014 |
| Standard Insurance Company<br>920 SW Sixth Ave<br>Portland, OR 97204-1203 | Full Time Employee, Retirees and Voluntary Term Life; Long and Short Term Disability, |
| The Cincinnati Insurance Companies<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Property Coverage Policy, Boiler & Machinery Coverage Policy, Inland Marine coverage Policy, General Liability Coverage, Errors & Omissions Professional Liability Coverage, Automobile Coverage, Umbrella Policy |
| The Hartford Financial Products<br>277 Park Ave<br>New York, NY 10172 | Crime Coverage Policy, Excess Crime coverage policy, ERISA Bonds-Newton Profit sharing, ERISA Bonds-Newton Retirement Income, ERISA Bonds - Newton ESOP |
| United Parcel Service, Inc.<br>1751 Hull Ave<br>Des Moines, IA 50313 | Carrier & UPS Customer Technology Program Agreement dated June 1, 2009 |
| Wellmark Blue Cross and Blue Shield<br>1331 Grand Ave<br>PO Box 9232<br>Des Moines, IA 50306-9232 | All Full Time medical Coverage, Retiree Group Medicare Supplemental Plan, Past Presidents Medicare Supplemental Plan and Prescription Drug Plan, and COBRA Policy |

Sheet  2  of  2  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

5/31/15  2:41PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   Newton Manufacturing Company                                             Case No. _____

                                           Debtor(s)         Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   151   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  May 31, 2015                                 Signature   /s/ Mancil Laidig

                                                                 Mancil Laidig

                                                                 President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Newton Manufacturing Company                 Case No.                             
                                       Debtor(s)            Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $26,235,203.00 | Unaudited Gross revenue for the year ended March 31, 2015 |
| $29,579,186.00 | Gross revenue for the Year ended March 31, 2014 |
| $32,495,586.00 | Gross Revenue for year ended March 31, 2013 |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $14,703.00 | 3/31/2015: Investment Income |

B7 (Official Form 7) (04/13)                                                                                              2

| AMOUNT | SOURCE |
|---|---|
| $15,324.00 | 3/31/2014: Investment Income |
| $34,746.00 | 3/31/2013: Investment Income |
| $68,536.00 | 3/31/2015: Rental & other income |
| $39,596.00 | 3/31/2014: Rental & Other Income |
| $60,704.00 | 3/31/2014: Rental & Other Income |

---

### 3. Payments to creditors

None
☑

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider 3B | | $4,098,722.20 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider 3C | | $622,393.53 | $0.00 |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                           3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Newton Manufacturing Company v. Doyle Clemmons et al Case No. LACV118379 | Breach of contract | Iowa District Court for Jasper County | Judgment in favor of Newton was appealed. Pending decision. |
| Newton Manufacturing Company v. J. Passick Case No. SCSC092867 | Accounts Receivable collection | Iowa District Court for Black Hawk County (Small Claims Division) | Judgment entered 9/6/2001. |
| Newton Manufacturing Company v. Richard DiMarco dba Shop, Ltd. Case No. SCSC031628 | Accounts Receivable collection | Iowa District Court for Cerro Gordo County (Small Claims Division) | Judgment entered 3/4/1998 |
| Newton Manufacturing Company v. Bill Hodges et al Case No. SCSC117185 | Accounts Receivable collection | Iowa District Court for Linn County (Small Claims Division) | Judgment entered 11/30/2000 |
| Newton Manufacturing Company v. Stewart Building Center et al Case No. SCSC037542 | Accounts Receivable collection | Iowa District Court for Jasper County (Small Claims Division) | Judgment entered 12/7/2001 |
| Newton Manufacturing Company v. Kim Hayes Case No. SCSC047590 | Accounts Receivable collection | Iowa District Court for Jasper County (Small Claims Division) | Judgment entered 5/30/2008 |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                            4

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Warwick 2601 E Main St Saint Charles, IL 60174-4289 | None | 5/31/14 | Local high school donation for senior prom night. $286.25 |
| Salvation Army 301 N 2nd Ave E Newton, IA 50208 | None | 7/18/14 | $100 donation to food pantry. |
| Newton Chamber of Commerce 113 1Sr Ave W Newton, IA 50208 | None | 7/22/14 | $100 Sponsorship of Car Show. |
| Newton Village 110 N 5th Ave W Newton, IA 50208 | None | 11/17/14 | $850 donation to 501(c)(3) non-profit. |
| Newton Village (Elim Care) 110 N 5th Ave W Newton, IA 50208 | None | 1/15/15 | $850 donation to 501(c)(3) non-profit. |
| Skiff Medical Center 204 N 4th Ave E Newton, IA 50208 | None | 1/16/15 | $800 donation to Skiff Foundation. |
| Newton Chamber of Commerce 113 1St Ave W Newton, IA 50208 | None | 1/16/15 | $2,000 donation as part of local community campaign. |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Development Specialists, Inc. 70 W Madison St. Suite 2300 Chicago, IL 60602 | April 9, 2015 | $15,000.00 |
| Development Specialists, Inc. 70 W Madison St. Suite 2300 Chicago, IL 60602 | April 21, 2015 | $7,394.50 |

B7 (Official Form 7) (04/13)

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 1, 2015 | $18,354.75 |
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 8, 2015 | $19,739.68 |
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 15, 2015 | $14,500.00 |
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 26, 2015 | $20,879.57 |
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 28, 2015 | $35,289.48 |
| Development Specialists, Inc.<br>70 W Madison St.<br>Suite 2300<br>Chicago, IL 60602 | May 29, 2015 | $40,000.00 |
| Bradshaw, Fowler, Proctor & Fairgrave PC<br>801 Grand Ave, Suite 3700<br>Des Moines, IA 50309 | May 21, 2015, May 28, 2015, & May 29, 2015 | Received $100,000.00 and paid $32,745.75 pre-petition with $67,254.25 being held in the Client Trust Account |

**10.  Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          6

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
     otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
     financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
     cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
     unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
     depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Various Customers | Consigned inventory of approximately $100,000 | 1123 First Avenue East Newton, IA 50208 |
| Various Customers | Customer deposits of approximately $220,000 on orders received but unshipped as of Petition Date | 1123 First Ave E. Newton, IA  50208 |

**15. Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
     occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
     address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
     Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
     commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
     the community property state.

NAME

B7 (Official Form 7) (04/13)

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Pella Plastics | xx-xxx3854 | c/o Newton Manufacturing Company 1123 First Avenue East Newton, IA 50208 | Plastic Injection Molding | 1988-2003 |

B7 (Official Form 7) (04/13)

8

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
Jeff Stolp, Treasurer                                     May 28, 2009 - present
1123 First Avenue East
Newton, IA 50208

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED
McGladrey LLP                 400 Locust Street                May 10, 2013 - present
                              Des Moines, IA 50309             Note: The audit for year ending March 31,
                                                               2015 has yet to be completed.

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
Jeff Stolp, Treasurer                         1123 First Avenue East
                                              Newton, IA 50208

McGladrey LLP                                 400 Locust Street
                                              Des Moines, IA 50309

KPMG LLP                                      Suite 700
                                              3100 Cumberland Boulevard
                                              Atlanta, GA 30339

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED
Community Bank                                            various
Main Branch
1401 N. Jefferson
P.O. Box 257
Indianola, IA 50125

Note:                                                    As part of various sale processes, the Debtor
                                                         provided financial statements to potential
                                                         purchasers but is restricted from publicly disclosing
                                                         the names of those interested parties pursuant to
                                                         Confidentiality Agreements.

B7 (Official Form 7) (04/13)                                                                                                      9

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| April 1, 2015 | Toni Peska | $17,556.54 (cost basis) - Miller Electric |
| April 1, 2015 | Toni Peska | $1,819.44 (cost basis) - Skyworks |
| May 1, 2015 | Toni Peska | $3,493.12 (cost basis) - Rooster |

Note: NMC does not conduct audits of all inventory at one time.  The Company selects multiple programs each month and conducts an audit of that program so that each program is audited annually.

None
☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| April 1, 2015 | Mancil Laidig 1123 First Avenue East Newton, IA 50208 |
| April 1, 2015 | Mancil Laidig 1123 First Avenue East Newton, IA 50208 |
| May 1, 2015 | Mancil Laidig 1123 First Avenue East Newton, IA 50208 |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sandra E. Gade 54316 276th St. Kelley, IA 50134 | Shareholder | Owns 8.8% of outstanding shares. |
| Mary C. Miller 1512 Oakhill Circle Enid, OK 73703 | Shareholder | Owns 8.8% of outstanding shares. |
| Newton Manufacturing Employee Stock Ownership Plan & Trust Attn: Scot Storjohann, Bankers Trust 453 7th Street Des Moines, IA 50309 | Shareholder | Owns 60.2% of outstanding shares. |
| Samuel D. Porter 9225 Cascade Avenue, #1324 West Des Moines, IA 50266 | Shareholder | Owns 8.8% of outstanding shares. |

B7 (Official Form 7) (04/13)                                                                                                                    10

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Frank Carroll<br>1123 First Avenue East<br>Newton, IA 50208 | Director | |
| Kent Porter<br>1123 First Avenue East<br>Newton, IA 50208 | Director | |
| Sam Porter<br>1123 First Avenue East<br>Newton, IA 50208 | Director | |
| Mancil Laidig<br>1123 First Avenue East<br>Newton, IA 50208 | Director & Officer | |
| Jayne McKeever<br>1123 First Avenue East<br>Newton, IA 50208 | Officer | |
| Jeff Stolp<br>1123 First Avenue East<br>Newton, IA 50208 | Officer | |
| Dan Marston<br>1123 First Avenue East<br>Newton, IA 50208 | Officer | |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Mancil Laidig<br>1123 First Avenue<br>Newton, IA 50208<br>  President | Required minimum ESOP distribution for<br>period ending 3/31/14<br>(See SOFA 3c Rider) | $246.28 (paid 3/10/15) |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)                                                                                            11

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
☐      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Newton Mfg Co Deferred Savings and Profit Sharing Plan (Plan #001) 401k match funds only | 42-0437950 |
| Newton Mfg Co Retirement Income Plan (Plan #002) | 42-0437950 |
| Newton Mfg Co Employee Stock Ownership Plan (Plan #003) | 42-0437950 |

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                    12

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  May 31, 2015                              Signature    /s/ Mancil Laidig

                                                             Mancil Laidig
                                                             President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Iowa

In re  Newton Manufacturing Company

Debtor(s)

Case No.

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   $   0.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   May 31, 2015

/s/ Jeffrey Goetz
Jeffrey Goetz
Bradshaw, Fowler, Proctor & Fairgrave PC
801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004
515-243-4191  Fax: 515-246-5808

---

.

# United States Bankruptcy Court

## Southern District of Iowa

In re    Newton Manufacturing Company                   ,      Case No. _____
                                                  Debtor

                                                       Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gordon E. Graves<br>521 Oak St.<br>Box 483<br>Arnolds Park, IA 51331 | | 600 | |
| Jack W. Dickerson<br>7975 Summit Dr.<br>Delavan, WI 53115 | | 100 | |
| Jayne McKeever<br>705 S 3rd Avenue E.<br>Newton, IA 50208 | | 500 | |
| Kenneth Larry Hesson and Alice Joann Hesson Revocable Trust<br>312 S. High Street<br>Box 446<br>Baxter, IA 50028 | | 500 | |
| Mancil R. Laidig<br>620 East 5th Street North<br>Newton, IA 50208 | | 3110 | |
| Mary C. Miller<br>1512 Oakhill Circle<br>Enid, OK 73703-3113 | | 10000 | |
| Newton Manufacturing Employee Stock Ownership Plan & Trust<br>Attn: Scot Storjohann, Bankers Trust<br>453 7th Street<br>Des Moines, IA 50309-2728 | | 68309 | |
| Phyllis A. Laidig<br>1024 W. 18th St. S.<br>Newton, IA 50208 | | 1390 | |
| Samuel D. Porter<br>9225 Cascade Avenue<br>#1324<br>West Des Moines, IA 50266 | | 10000 | |
| Sandra E. Gade<br>54313 276th St.<br>Kelley, IA 50134 | | 10000 | |

   1   continuation sheets attached to List of Equity Security Holders

In re    Newton Manufacturing Company                                    ,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Karsten Family Revocable Inter-vivos Trust<br>Freedom Pointe<br>1550 El Camino Real, Apt. 222<br>Lady Lake, FL 32159 | | 3000 | |
| William Hagen<br>5484 Longview Court<br>Unit 4<br>Johnston, IA 50131-2734 | | 5000 | |
| William L. Fleming Revocable Trust<br>164 Bunker Road<br>Rotonda West, FL 33947-2126 | | 1000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 31, 2015                              Signature  /s/ Mancil Laidig
                                                              Mancil Laidig
                                                              President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet   1    of   1    continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Iowa

In re   Newton Manufacturing Company                                    Case No.

                                          Debtor(s)      Chapter      11

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)


       I, the President of the corporation named as the debtor in this case, declare under penalty

of perjury that I have read the attached Master Address List (creditor matrix), consisting of   56

pages, and that it is true and correct to the best of my knowledge, information, and belief.



Date:   May 31, 2015                              /s/ Mancil Laidig
                                        Mancil Laidig/President
                                        Signer/Title



VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

3M Promotional Mkts Dept
2020 Lookout Dr
North Mankato, MN 56003-1713

5 Horizons Group
3155 Sutton Blvd.
Suite 201
St. Louis, MO 63143

A la Carte
110 Buffalo Ave
Freeport, NY 11520

A Plus Designs, Inc. Outfitters Plus
56988 635th Street
Atlantic, IA 50022

A T Cross Co
1 Albion Rd
Lincoln, RI 02865-3700

A T T Headwear
1911 S Lynx Place Unit #1
Ontario, CA 91761

A-B Emblem
291 Merrimom Ave
Weaverville, NC 28787

AAkron Rule Corp
8 Indianola Ave.
Akron, NY 14001-0418

Absurd Shirts, Inc.
16782 Burke Ln
Huntington Beach, CA 92647

Acadia
Div Acten Intl Inc
R W Bayden Rd Ste A600
Tauton, MA 02780

Ace Products
1405 N Hancock St
Anaheim, CA 92807-1923

Ace T-Shirts
2120 Catalina
Pasadena, TX 77503

Acme Graphics Inc.
320 49th Ave Drive SW
PO Box 1348
Cedar Rapids, IA 52404

Ad Products Bazaar Inc
4340 Bankers Circle
Atlanta, GA 30360-3984

Ad-A-Day Co Inc
175 W Water St
Taunton, MA 02780-4844

Adam Vandall
1005 E 10th St. S
Newton, IA 50208

ADG Promotional Products
2300 Main St
Hugo, MN 55038-9761

Admatch Corporation
270 North Ave Suite 410
New Rochelle, NY 10801

Admore Inc
24707 Wood Ct
Macomb, MI 48042-5378

Advance Corporation
8200 97th St S
Cottage Grove, MN 55016-4342

Advanced Display Systems
606 Mogadore Rd
Kent, OH 44240-3604

AdVantage Industries
3500 109th St.
Des Moines, IA 50322-8100

AeroPro, Inc
3140 Cosby Hwy
Cosby, TN 37722-3122

Air Compressor & Machine Co. of Iowa
2345 Delaware Ave
Des Moines, IA 50317-3526

Airmate Company Inc
16280 County Road D
Bryan, OH 43506-9552

Akwa by Pacico, Inc.
17528 Rowland St
City of Industry, CA 91748-1114

Alexander Mfg Co
12978 Tesson Ferry Rd # R
Saint Louis, MO 63128-2999

Alfa Instruments Mfg Co
Div MEle Kalikimaka Inc
3941 Schaefer Avenue
Chino, CA 91710

All Colors Screen Prtg
1706 112th St E
Tacoma, WA 98445-3722

All In One Line Mfg
Div/Marketquest Group
9600 Kearny Villa Rd
San Diego, CA 92126-4544

Allcasion Travelware Co
2854 Supply Ave
Commerce, CA 90040

Allen Advertising Product
12860 Emery Way
Shakopee, MN 55379-8300

Allen Company, The
712 E Main St
Blanchester, OH 45107-0217

Alliance Connect
7760 Office Plaza Dr S
West Des Moines, IA 50266

Alliant Energy
PO Box 3066
Cedar Rapids, IA 52406-3066

Alpha Shirt Co
9525 Woodend Rd.
Kansas City, KS 66111

AlphaBroder
9525 Woodend Road
Edwardsville, KS 66111

Alpi International Ltd
1685 34th St
Oakland, CA 94608-4001

Alstyle Apparel
2600 West Bradley Place
Chicago, IL 60618

AMA Systems
8835 Columbia 100 Pkwy
Ste F
Columbia, MD 21045-2147

Ameri-Tex Embroidery
1520 McCormick Blvd
Mundelein, IL 60060

American Ad Bag Co
1510 Lamb Rd
Woodstock, IL 60098

American Ad Bag Co.
1510 Lamb Rd
Woodstock, IL 60098

American Artisan
2805 W Arkansas Ln #303
Arlington, TX 76016-5729

American Custom Safety
1898 Safety Way
Cynthiana, KY 41031-9303

American Greenwood Inc
3035 W 47th St
Chicago, IL 60632-2557

American Icon Industries,
392 N Montgomery St
Suite #5
Newburgh, NY 12550

American Made Cutlery
905 Industrial St
Waverly, IA 50677-0850

American Zebra Line
6100 Skyline Dr Ste M
Houston, TX 77057-7021

Americana Sportswear
11130 Bloomfield Avenue
Santa Fe Springs, CA 90670

Americanna Corp
29 Aldrin Rd
Plymouth, MA 02360-4803

Amy DeKoning
2200 S. 5th Ave E
Newton, IA 50208

Amy Peterson
1319 S. 9th Ave E
Newton, IA 50208

Andy Lehrman
1012 E 17th St. S
Newton, IA 50208

Angie Mowbray
9570 Hwy 6 E
Kellogg, IA 50135

Antigua Group, Inc
16651 North 84th Ave
Peoria, AZ 85382-4772

Anybill Financial Services
PO Box 34781
Bethesda, MD 20827-0781

Apothecary Products, Inc
11750 12th Ave S
Burnsville, MN 55337-1295

Aprinta Group LLC
470 Joseph St
Alexander City, AL 35010

Aprons Etc
Div Mktg Resource Group
9 Ellwood Ct
Greenville, SC 29607

Ar-Bee Transparent Prod
1450 Pratt Blvd
Elk Grove Village, IL 60007-5713

Aramark
2500 Delaware Ave
Des Moines, IA 50317

Ariel Premium Supply Inc
8825 Page Ave
Saint Louis, MO 63114-6016

Art Crystal Ltd
1401 Davey Rd / Ste 700
Woodridge, IL 60517-4959

Ash City
35 Orlando Ave
Richmond Hill, ON L4B 0B4

AST Sportswear Inc
2701 E Imperial Hwy
Brea, CA 92821

Atlantic Coast Cotton
14251 John Marshall Hwy
Gainesville, VA 20155-1607

Atlantis Match Co
1801 S Airport Circle
Euless, TX 76039

Atlas Embroidery & Screen Printing
2300 SW 34th St
Fort Lauderdale, FL 33312

Augusta Sportswear
425 Park West Dr
Grovetown, GA 30813

Aunt Beth's Cookie Keeper
Div B&B Cookie Keepers
25960 Commercenter Dr
Lake Forst, CA 92630

Aura Badge Co
10th St & Clayton Ave
Clayton, NJ 08312

Autoplate
2828 20th Ave North
St Petersburg, FL 33713

Avalanche Composites
200 E 12th St S
Newton, IA 50208

Avaya
Customer Care Center
14400 Hertz Quail Spring Parkway
Oklahoma City, OK 73134

Avenue Shirt Works
1781 E. Arlington Ave.
St. Paul, MN 55119

Awardcraft
Div/The Recognition Group
One Visions Parkway
Celina, OH 45822

Awisco New York Corp
5516 43rd St
Maspeth, NY 11378-2001

Axmear Fabricating Services, Inc.
c/o Thomas D. Hobart, Esq.
Meardon Law Firm
122 South Linn St.
Iowa City, IA 52240

Axmear Fabricating Services, Inc.
16224 Highway 22
Keswick, IA 50136

Bag Makers Inc
6606 S Union Rd
Union, IL 60180-9514

Ball Pro Inc/Golf Plus
12985 Pioneer Trail
Eden Prairie, MN 55347

Bankers Pens Inc
141 Lanza Ave
Bldg 12; 3rd Floor
Garfield, NJ 07026

Barb Suiter
9038 Station Rd
Sully, IA 50251

BAW Athletic Wear LP
5017 E 5th St
Katy, TX 77493-2115

Bay State Spec Co
101 Charles Eldridge Rd
Lakeville, MA 02347-1376

BCH Unique Inc
Division of Mirazed Inc
500 Main St
Jackman, ME 04945-0500

Beacon Promotions, Inc
2121 S Bridge St.
New Ulm, MN 56073-3959

Beacon Promotions-Calenda
2121 S Bridge St.
New Ulm, MN 56073-3959

Bebco
13700 Wyandotte St
Kansas City, MO 64145-1532

Beemak Plastics Inc
16711 Knott Avenue
La Mirada, CA 90638

Beistle Co
1 Beistle Plz
Shippensburg, PA 17257-9623

Benchwarmers Sportswear and Apparel, Inc
245 Roselawn Ave  Ste 37
St. Paul, MN 55117

Benmex International Inc
Suite 105
895 S Rockefeller Ave
Ontario, CA 91761

Berlekamp Plastics Inc
2587 County Road 99
Fremont, OH 43420-9316

Berne Apparel Co
2501 E 850 N
Ossian, IN 46777

Best Way Promotions
200 Westgate Dr
Houston, MN 55943-8701

Better Image Graphics
1041 Glassboro Road
Unit E-6
Williamstown, NJ 08094

Betty Adcock
511 S 5th Ave W
Newton, IA 50208

Bev Kokke
904 E 12th St. Pl N
Newton, IA 50208

Beverly Taber
1602 N 4th Ave E
Newton, IA 50208

BIC Graphic USA
14421 Myerlake Circle
Clearwater, FL 33760-2840

Big Top T's
222 N Story Rd Ste 122
Irving, TX 75061-6775

Binaco
355 N Berry St
Brea, CA 92821

Birchcraft Studios
10 Railroad St
Abington, MA 02351-1705

BizPins
2111 Big Timber Road
Elgin, IL 60123

Black Forest Ltd
1205 12th Ave. NW
Owatonna, MN 55060

Black Knight Press LLC
192 S Main St  Ste 1
Collierville, TN 38017

Bleasdale Digitizing
6612 Flintrock Rd
Charlotte, NC 28214

Bloomin Promotions
3080 Valmont Rd
Boulder, CO 80301-2152

Blue Frog Printing
404 S Tracy
Wichita, KS 67209-2702

Blue Generation
34-01 38th Ave
Long Island City, NY 11101-2227

Blue Moon Promotional Inc
33851 Curtis Blvd #215
Eastlake, OH 44095

Blue Mound Graphics Inc
326 N 76th St
Milwaukee, WI 53213-3534

Bobbi McCleary
1020N 9th Ave E
Newton, IA 50208

Bodek And Rhodes
2951 Grant Ave
Philadelphia, PA 19114-1087

Book Company, The
Suite 201
601 North Congress Ave
Delray Beach, FL 33445

Boxercraft
7131 Discovery Blvd
Mableton, GA 30126

Brand O'Guitar Company
1920 Dolgner Pl
Sanford, FL 32771

Brandy Wallace
814 W. 4th ST. S
Newton, IA 50208

Brent DeKoning
2200 S 5th Ave E
Newton, IA 50208

Bullet Line, Inc
6301 E 10th Ave Ste 100
Hialeah, FL 33013

Bullet Sure Ship
6301 E. 10th Ave Suite 100
Hialeah, FL 33013

Bulova Corporation
1 Bulova Ave
Woodside, NY 11377-7826

Business Card, Inc
2340 N Jackson St
Tullahoma, TN 37388-2280

Business Cards Plus
8785 Portage Industrial Drive
Portage, MI 49024

Buztronics, Inc
4343 W 62nd St
Indianapolis, IN 46268-2175

Caldwell, Brierly, Chalupa & Nuzum
Attn: Dennis F. Chalupa Esq.
211 1st Ave. W.
Newton, IA 50208

Cali-Fame of Los Angeles
20934 S Sante Fe Ave
Carson, CA 90810

Calibre International LLC
6250 N Irwindale Ave
Irwindale, CA 91702

California Tattoo Mfg Co
3741 E Technical Dr
Tucson, AZ 85713-5343

Cap America Inc
1 Cap America Dr
Fredericktown, MO 63645-6102

Capco Sportswear Inc
1625 Todd Farm Dr.
Elgin, IL 60123-1146

Capsmith Inc
2240 Old Lake Mary Rd
Sanford, FL 32771-4178

Caren Hoagland
2200 S. 8th Ave E
Newton, IA 50208

Carhartt, Inc
PO Box 600
5750 Mercury Dr
Dearborn, MI 48126-2506

Carla Kolpin
1411 W 13th St. S
Newton, IA 50208

Carlson Craft/Greeting
1750 Tower Blvd
N Mankato, MN 56003-1708

Carolina Manufacturing Co
7025 Augusta Rd
Div/Fendrich Industries
Greenville, SC 29605-5140

Cassidy & Company
2005 Pin Oak Drive, Ste 3
Eagan, MN 55122

Castelli Diaries USA Inc
2080 Brierley Way Ste 102
Sparks, NV 89434

Cedar Crest Manufacturing Inc.
200 50th Ave Dr. S.W.
Cedar Rapids, IA 52404

Cedar Graphics Inc
311 Parsons Dr
Hiawatha, IA 52233

Century Mfg Inc
9750 E. 50th Street North
Bel Aire, KS 67226

Certif-A-Gift Co
1625 E Algonguin Rd
Arlington Heights, IL 60005-4758

Charles River Apparel
1205 Providence Hwy
Route 1
Sharon, MA 02067

Chemical Light Inc
300 Lakeview Pkwy
Vernon Hills, IL 60061-1827

Chocolate Inn, The
110 Buffalo Avenue
Freeport, NY 11520

Chocolate! Chocolate!
Div/Totally Chocolate
2025 Sweet Road
Blaine, WA 98230

Chris Bolloefer
1532 W. 14th ST. S
Newton, IA 50208

Chris Shockey
1209 W. 16th St. S, Apt 305
Newton, IA 50208

Christine Emery
2309 S 8th Ave E
Newton, IA 50208

Chubb group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Chuck Flaherty
325 S 6th Ave W
Newton, IA 50208

Church and Chapel
2616 W Grand Ave
Chicago, IL 60612-1117

Cindy Brunner
310 East Ave
Baxter, IA 50028

Cindy Webster
482 Hazel Ave
Newton, IA 50208

Cintas Corporation
6800 Cintas Blvd
PO Box 625737
Cincinnati, OH 45262-5737

Cisco Webex, LLC
16720 Collections Center Drive
Chicago, IL 60693

Clegg Industries
19032 S Vermont Ave
Gardena, CA 90248

Cline Tool & Service Co.
1415 E 19th St. N
Newton, IA 50208

Cobra Cap
Div/Capco International I
10425 Sanden Dr
Dallas, TX 75238-1740

Color 3 Embroidery
387 Chestnut Ave NE
Warren, OH 44483

Coloring Book Solutions
426 East 8th Street
Ashland, OH 44805-2706

Comfort Gear Inc-Ready 4
25 Forge Street
Keene, NH 03431

Community Bank
Main Branch
1401 N. Jefferson
Indianola, IA 50125

Community Bank
Main Branch, 1401 N. Jefferson
P.O. Box 257
Indianola, IA 50125

Compass Industries
104 West 29th St
Suite 1201
New York, NY 10001

Conney Safety Co.
3202 Latham Drive
Madison, WI 53713

Conney Safety Products
3202 Latham Drive
Madison, WI 53713

Connie Gray
8548 W. 116th St. N
Mingo, IA 50168

Connie Porter-Knowles
1667 S 54th Ave W
Newton, IA 50208

Continental Mktg Services
15381 E Proctor Ave
City of Industry, CA 91745

Cooler Graphics
1220 Sheldon Rd Ste 1A
Channelview, TX 77530-3544

Cosmo Fiber Corporation
1802 Santo Domingo Ave.
Duarte, CA 91010

CPS Inc
5678 W Ridge Rd
Erie, PA 16506-1012

Credential Express Inc
1219 Montague Ave
Greenwood, SC 29649-0008

Cross Canvas Co
63 Glendale Ave
Asheville, NC 28803-1438

Crown Products, Inc
3107 Halls Mill Rd
Mobile, AL 36606-2506

Crystal Images
5920 Fallsview Ln
Dallas, TX 75252-5326

Custom Printing Inc
2402 E 6th Ave
Belton, TX 76513-9602

Cutter & Buck/Home Office
Promo ID 332283
701 N 34th St Suite #400
Seattle, WA 98103-8883

D & S Specialties Inc
132 E Main St
Emmett, ID 83617-2932

Dan Marston
8884 Highway 6 E
Kellogg, IA 50135-8720

Daniel G Marston
1123 First Avenue East
Newton, IA 50208

Danielle Lester
1318 W 8th St. N
Newton, IA 50208

DAPP Embroidery
Attn: Steve Sutphin
1075 Florida Central Parkway, Suite 2500
Longwood, FL 32750

Dard Products Inc
912 Custer Ave
Evanston, IL 60202-1897

Darrell Sarmento
1505 E 6th St. S
Newton, IA 50208

David Lynn dba Pepco
c/o John E. Casper, Esq.
Flander Law Firm
PO Box 67
Winterset, IA 50273-0067

David Lynn dba Pepco
619 S. View Dr.
Osceola, IA 50213

David Wilson
4554 Highway S74 S
Newton, IA 50208

DC Sports
1205 S 20th Ave W
Newton, IA 50208-3723

Debra Blair
500 N. 8th Ave E
Newton, IA 50208

Decal Graphics
8847 W Monroe Circle #300
Div Graphic Markings, Inc
Wichita, KS 67209

DeJong Door Service
1307 Columbus St.
Pella, IA 50219

Delta Apparel Inc
2750 Premiere Pkwy
Suite 100
Duluth, GA 30097-4903

Delta Dental
PO Box 9000
Johnston, IA 50131-9000

DeVara Designs Ltd
1635 Commons Pkwy
Macedon, NY 14502-9191

Devon Corporation
401 Barnhardt Circle
Fort Oglethorpe, GA 30742-0769

Dezi Richardson
320 E 5th St. N
Newton, IA 50208

DFS Group
012 South St
Townsend, MA 01469-1302

DHX - Dependable Hawaiian Express
19201 S Susana Road
Rancho Dominguez, CA 90221

Diana VanWyk
1601 W. 13th St. S
Newton, IA 50208

Diane Smith
924 S 2nd Ave W
Newton, IA 50208

Digispec
6355 Sunset Corporate Dr
Las Vegas, NV 89120-2796

Discount Labels
Div Conway E'Prises
4115 Profit Ct
New Albany, IN 47150-7207

Diversified-Adtee
1200 Fort Jesse Rd
Normal, IL 61761-1836

Divots Sportswear
5903 Peachtree Ind. Blvd.
Ste. A
Norcross, GA 30092

Dixie Seal & Stamp Co Inc
75 Royal Woods Ct
Tucker, GA 30084

Dixieland Emblematics Inc
4145 DeSotot Rd
Horn Lake, MS 38637

Dixon Ticonderoga Co
195 International Pkwy
Heathrow, FL 32746

Domonique Bowie
3414 Red Cedar Blvd
Baytown, TX 77521

Double HH Mfg
207 Westview Dr
Rock Valley, IA 51247-1098

Dress Code
3rd Floor
95 Evergreen Ave
Brooklyn, NY 11206

Driving Impressions
1 Noyes Ave
Rumford, RI 02916

Drummond Printing Inc
2114 S Main St
Stuttgart, AR 72160-4354

Dunbrooke
Suite 500
4200 Little Blue Pkway
Independence, MO 64057

Dutch Mill Supply, Inc.
C/o Joshua D. Payne, Reg. Agt.
1713 Fifield Rd.
Pella, IA 50219-5857

DYR
Design Your Recognition
1040 Holland Dr
Boca Raton, FL 33487

E-Z Lettering Service
1635 Ohms Way
Costa Mesa, CA 92627-4328

Eagle Regalia Co Inc
747 Chestnut Ridge Rd
Chestnut Ridge, NY 10977-6224

Eastpack
65 Foxhunt Cres
Syosset, NY 11791-1702

Ecorite
205 Champagne Dr-Unit 3
Toronto, ON M3J 2C6

Eder Flagpole Company
Div Eder Flag Mfg Co
1000 W Rawson Ave
Oak Creek, WI 53154-1445

Edwards Garment Co
4900 S 9th St
Kalamazoo, MI 49009-9552

Elliot-Barry Co
94 Commerce St
Colorado Springs, CO 80907-5115

Elliott Calendar Co
1148 Walnut St
Coshocton, OH 43812-0250

Emblem Marketing Team
7998 Georgetown Rd
Ste 200
Indianapolis, IN 46268

Emblematics Inc
1222 Puerto del Sol
San Clemente, CA 92673-6310

Embroidery Factory Inc
137 Market Street
Pittston, PA 18640

Embroidery Masters
2224 Cerritos Ave.
Signal Hills, CA 90755

Emporium Leather Mfg Corp
501 Penhorn Ave Ste 9
Secaucus, NJ 07094-2134

Endura Pack
900 Merchants Concourse
Westbury, NY 11590

Enduraline/Mines Press In
231 Croton Ave
Cortlandt Manor, NY 10567-5205

Engraving Job Shop
889 76th Street Southwest
#20
Byron Center, MI 49315

Ennis Business Forms (TX)
2441 Presidential Pkwy
Midlothian, TX 76065

Ennis Business Forms, Inc
2920 S Richards Rd
Fort Scott, KS 66701-0310

ERB Safety
1 Safety Way
Woodstock, GA 30188-1677

Essef Distributors Inc
264 Herricks Rd
Mineola, NY 11501-2210

Etching Industries Inc
4530 N Keystone Ave
Indianapolis, IN 46205-2282

ETS Express Inc
420 S Lombard St
Oxnard, CA 93030

EVA Sportswear
16 Applegate Drive
Robbinsville, NJ 08691

Evans Manufacturing
7422 Chapman Ave
Garden Grove, CA 92841-2106

Evergreen Emblem Mfg Inc
13933 Ramona Avenue, Suite B
Chino, CA 91710

Eversole Run
2194 Westbelt Dr
Columbus, OH 43228-3820

Express-A-Button Inc
28458 Selke Rd
Dakota, MN 55925-9724

EZ Lease, Inc.
102 N 2nd Ave E
PO Box 519
Newton, IA 50208

F & H Ribbon Co Inc
3010 S Pipeline Rd
Euless, TX 76040-6637

Fabriko Inc
318 E Confederate Blvd
Appomattox, VA 24522

Fairfield Line, Inc
605 W Stone Ave
Fairfield, IA 52556-2223

Fast Embroidery Tapes
41 Rainbow Trail West
Ellijay, GA 30540

Fastbadge Inc
1654 Front St
Slidell, LA 70458

Fed Ex
333 SW 9th St. Ste F
Des Moines, IA 50309-4440

FedEx
PO BOX 727
Memphis, TN 38194-1863

Fey Promotional Products Group
200 4th Ave N
Edgerton, MN 56128-1108

Fields Manufacturing
24795 County Road 75
Saint Cloud, MN 56301-8782

Finn Graphics Inc
220 Stille Dr
Cincinnati, OH 45233-1647

Flexfit LLC
625 Columbia St.
Brea, CA 92821

Flexible Innovations LTD
1120 South Fwy Ste 132
Fort Worth, TX 76104-5064

Flow-Eze Company
3209 Auburn St
Rockford, IL 61101-3399

Forbes Office Solutions
100 N 2nd Ave E
Newton, IA 50208-3237

Forbes Office Solutions, Inc.
102 N. Second Avenue E.
Newton, IA 50208

Fossil Watch
901 S Central Expwy
Richardson, TX 75080

Franmara Inc
560 Work St
Salinas, CA 93901-4350

Fresh Beginnings Inc
4001 Coleman Rd N
Valdosta, GA 31602

G.A. Golden Pacific Intl
1040 Walnut Ave
Pomona, CA 91766

Galaxy Balloons Inc
11750 Berea Rd
Cleveland, OH 44111-1601

Garyline
1340 Viele Ave
Bronx, NY 10474-7124

Geetings Inc./GI Warehouse Corp
214 S. Clark St.
Pella, IA 50219

Gem Group, Inc
Nine International Way
Lawrence, MA 01843

Gemaco Playing Card Co
2925 N 7 Highway
Blue Springs, MO 64014-1150

Gemini Ind, Inc   (IL)
#1 Gemini Industrial Dr
Roxana, IL 62084

George Baugh
619 University
Pella, IA 50219

GFI USA Inc.
1005 Slater Road
Suite 300
Durham, NC 27703

Gifted Expressions
575 Hartford Turnpike
Shrewsbury, MA 01545

Gill Studios Inc
10800 Lackman Rd
Lenexa, KS 66219-1230

GMG Pen
480 Oberlin Ave S
Lakewood, NJ 08701

Goes Lithographing Co
111 Hallberg St
Delavan, WI 53115

Gold Bond World Wide
5485 Hixson Pike
Hixson, TN 37343-0967

Golden Applexx Co, Inc
19805 E Harrison Ave
City of Industry, CA 91789

Goodview Industries Co
28971 Hopkins St - Unit 5
Hayward, CA 94545-5028

Gordon E. Graves
521 Oak St.
Box 483
Arnolds Park, IA 51331

Gordon Ind Ltd
1500 Plaza Ave
New Hyde Park, NY 11040

Graphco Line, The
150 S. 51st St
Phoenix, AZ 85034

Great Neck Saw Mfrs. Inc.
713 Clairmont Rd
Johnson City, TN 37601

Grumpe's Specialties
206 Market St
Baird, TX 79504-6408

Guardian Packaging
110 Center St
Wilder, KY 41071-2906

Guild Line
320 Macedon Center Rd
Fairport, NY 14450-9759

Halls & Co
7145 Boone Ave N Ste 100
Brooklyn Park, MN 55428

Halo Branded Solutions, Inc.
1980 Industrial Drive
Sterling, IL 61081

Halo Industries Inc
3581 Interchange Rd
Columbus, OH 43204-1400

Halo International Corp
9329 Ravenna Rd
Unit G
Twinsburg, OH 44087-2457

Handstands
102 W 12200 S
Draper, UT 84020

Hard Hat Products
711 Leitchfield Rd
Owensboro, KY 42303-0350

Headwear USA
26 E 9th St
Frederick, MD 21701

Heartland Candies LLC
101 1st St NE
Hankinson, ND 58041

Heritage Sportswear Inc
102 Reliance Dr
Hebron, OH 43025

Hillyard/Des Moines Sanit
4267 109th St
Urbandale, IA 50322

Hirsch Gift
5250 Gulfton-Ste 2H
Houston, TX 77081

Hit Promotional Products
7150 Bryan Dairy Rd
Largo, FL 33777-1501

Holloway Sportswear
2633 Campbell Rd
Sidney, OH 45365-8837

Hollywood Chairs
1810 Diamond Street
San Marcos, CA 92078

Hospitality Mints
213 Candy Ln
Boone, NC 28607-6713

HotLine Products
345 Plato Blvd E
Saint Paul, MN 55107-1269

Howard Miller
860 E Main Ave
Zeeland, MI 49464-1365

Howw Mfg Co Inc
28W020 Commercial Ave
Barrington, IL 60010-2343

HPC Global
14 Industrial Drive
Hanover, PA 17331-9539

Hub Pen Company
1525 Washington Street
Braintree, MA 02184

HumphreyLine, Inc
Ste 505
4105 SE International Way
Milwaukie, OR 97222-8855

HyTest Safety Shoe Serv
3880 Elmore Ave
Davenport, IA 52807

iClick Electronics
3931 1st Ave S
Seattle, WA 98134

Illini Line
450 E Bunker Ct
Vernon Hills, IL 60061-1831

Imperial Headwear
17101 East Ohio Drive
Aurora, CO 80017

Indiana Metal Craft
4602 Innovation Ct
Bloomington, IN 47404-9141

Indigo Time LLC
800 W Central Rd
Mt Prospect, IL 60056-0876

Insight
6820 S Harl Ave
Tempe, AZ 85283-4318

Int'l Merchandise Concept
10318 Norris Ave
Pacoima, CA 91331

Int'l Molded Pkg Corp
206 Central Main
Central City, SD 57754

Inter-All Corp
25 W State St
Granby, MA 01033-9467

Iowa Network Services
4201 Corporate Drive
West Des Moines, IA 50266-5906

J C Schultz Enterprises
951 Swanson Drive
Batavia, IL 60510

Jack W. Dickerson
7975 Summit Dr.
Delavan, WI 53115

Jackson Marking Products Co., Inc.
9105 N Rainbow Ln
Mount Vernon, IL 62864

Jacobson Hat Co Inc
Prescott Ave & Ridge Row
Scranton, PA 18501

Jacobson Transportation Company Inc.
PO Box 224
Des Moines, IA 50306

Jane Hiemstra
411 W. 14th St. N
Newton, IA 50208

Janet Graber
423 S. 2nd Ave E
Newton, IA 50208

Janine DePenning
214 Queen Ann Ct.
PO Box 737
Baxter, IA 50028

Jarco Line
4407-11 Park Ave
Union City, NJ 07087-6311

Jason L. Hall/DBA Alpha Omega Consulting
565 SE Pleasant View Dr.
Waukee, IA 50263

Jay Plastics Inc
5200 City Line Rd
Hampton, VA 23661-1206

Jayne McKeever
705 S. 3rd Ave E
Newton, IA 50208

Jayne McKeever
705 S 3rd Avenue E.
Newton, IA 50208

Jeff Stolp
16008 Tanglewood Dr
Urbandale, IA 50323

Jeff Van Maanen, Reg. Agt.
705 Main St.
Pella, IA 50219

Jeffrey B Stolp
1123 First Avenue East
Newton, IA 50208

Jennifer Etter
1507 N. 5th Ave E
Newton, IA 50208

Jetline
202 Hyatt Street
Gaffney, SC 10603

Jeweled Cross Co, Inc
811 Park East Drive
Woonsocket, RI 02895

JMTek LLC
18034 72nd Ave South
Kent, WA 98032

Jornik Mfg Corp
652 Glenbrook Rd
Bldg 8-2
Stamford, CT 06906

Josh Loftus dba Patriot Fiberglass
5602 Highway 146
Searsboro, IA 50242

Journalbooks
1010 Timeplanner Drive
Charlotte, NC 28206-1545

Joy Mullady, LTD
615 Periwinkle Turn
Bourbonnais, IL 60914

Joyce Finch
1966 Hwy S52 N
Newton, IA 50208

Julie Dodds
2209 N 2nd Ave E
Newton, IA 50208

Justin Case Promo
4675 N. Shallowford Rd. Suite 109
Atlanta, GA 30338-6309

Kathi Talsma
8200 W. 52nd St. S
Monroe, IA 50170

Kathy Gulling
1221 Monroe Dr
Newton, IA 50208

Kati Headwear / TX
6102 Skyline Dr Ste F
Houston, TX 77057-7020

Kay Toledo Tag, Inc
6050 Benore Rd
Toledo, OH 43612

Kay Vander Werf
809 N. York St.
PO Box 417
Monroe, IA 50170

Keck, Inc.
501 SW 7th St., Suite D
Des Moines, IA 50309-4538

Keeler Advertising
Attn: Jim Keeler
15822 Plymouth Lane
Huntington Beach, CA 92647

Keith M Merrick Co Inc
1009 3rd Ave
Sibley, IA 51249-0257

Kelly Harlow
2005 S 3rd Ave E
Newton, IA 50208

Kendra Annee
9904 Shrine St
Reasnor, IA 50232

Kenneth Larry Hesson and Alice Joann
Hesson Revocable Trust
312 S. High Street
Box 446
Baxter, IA 50028

Kenton Small
1022 E. 12th St. N, Apt 4
Newton, IA 50208

Kevin Peska
4583 S 9th Ave E
Newton, IA 50208

Key-Bak
4245 Pacific Privado
Ontario, CA 91761-1588

Kim McCoy
1516 S. 15th Ave W
Newton, IA 50208

Kindy's Promotional Apparel
3300 101st St
Urbandale, IA 50322-3875

Knobby Krafters Inc, The
200 N Main St
Attleboro, MA 02703-1750

KPMG Services Agreement
PO Box 120608
Dept. 0608
Dallas, TX 75312-0608

Kristin Bleasdale
dba B & L Stitches
717 Tom Sadler Road
Charlotte, NC 28214

Kross Inc
25682 Spring Brook Ave
Bldg 4 Unit 140
Santa Clarita, CA 91350

KTI Networks Inc
10415-A Westpark Dr
Houston, TX 77042

L & L Promos
28035 Dorothy Drive, Suite 202
Agoura Hills, CA 91301

Label Art Inc
1 Riverside Way
Wilton, NH 03086-0660

Label Works
Div/Carlson Craft
PO Box 927
Waynesboro, PA 17268-0927

Lamco Adv Spec
4900 West Bloomingdale
Chicago, IL 60639-4562

Lanco Corporation
Div/E Coast Mold Mfg
350 Wireless Blvd
Hauppauge, NY 11788-3903

Lantor Ltd 3D Products
25835 Narbonne Ave
Lomita, CA 90717-3074

LarLu Mfg
1124 W 5th Street
Winona, MN 55987-0979

Laurie Kunkel
614 E 7 1/2 St N.
Newton, IA 50208

Leashables/Oralabs
18685 E Plaza Dr
Parker, CO 80134

Leed's
400 Hunt Valley Rd
New Kensington, PA 15068-7059

Leed's/Sure Ship
400 Hunt Valley Rd
Westmoreland Ind'l Park
New Kensington, PA 15068-7059

Len Schabold
113 SW Countrywood Lane
Ankeny, IA 50023

Lex Graham
14003 FM 1954
Wichita Falls, TX 76389

Lexington Leather Goods
5414 West Roosevelt Road
Chicago, IL 60644

Lidco/Div of LIberman
790 Cleveland Ave S
Ste 205
St Paul, MN 55116

Lifoam Industries LLC
1600 W Hwy 287 Byp
Waxahachie, TX 75165-5068

Lightning Embroidery
4443 Hwy 70
White Bluff, TN 37187

Limelight Ent
1160 California Ave
Corona, CA 92881-3324

Linda Dougan
506 E 19th St. S
Newton, IA 50208

Linda Ryan
2956 Ranch Ave
Reasnor, IA 50232

Lion Circle Corp
4600 W 72nd St
Chicago, IL 60629-5810

Lip Snax LLC
Div. YM Labs
Freeport West F-4, #3
Clearfield, UT 84016

Liqui-Mark Corp
30 Davids Drive
Hauppauge, NY 11788

Lisa Petro
213 W 3rd St. S
Newton, IA 50208

Lodge Mfg.
204 East 5th Street
South Pittsburg, TN 37380

Logo Mats, Inc
1729 S Davis Rd
LaGrange, GA 30241

Logo Work Gloves
1543 West 540th North
Lindon, UT 84042

Logomark Inc
1201 Bell Avenue
Tustin, CA 92780

Lorente Industries Inc
4435 Simonton Road
Farmers Branch, TX 75244

LouAnn Seals
241 Hatch St.
Newton, IA 50208

Lucky Line Products, Inc
7890 Dunbrook Rd
San Diego, CA 92126-4369

Ludlow Composites Corp
7795 Walton Parkway, Suite 175
New Albany, OH 43420-1048

Lungsal International Inc
360 Thor Pl
Brea, CA 92821-4117

Lynette Baker
315 E. 1st St. S, Apt 206
Newton, IA 50208

Lynnette DePenning
1325 Crescent Dr
Newton, IA 50208

M M I International Trade
3303 E Ferry Ave
Spokane, WA 99202-4633

Mac Specialties, Ltd
3670-11 W Oceanside Rd
Oceanside, NY 11572

Macro Industries, Inc
5595 Daniels St - Unit F
Chino, CA 91710

Mad Dasher Inc
4410 Tielker Rd
Fort Wayne, IN 46809-1543

Mag Instrument, Inc.
2001 South Hellman Avenue
Ontario, CA 91761

Magna-Tel Inc
775 S Kingshighway St
Cape Girardeau, MO 63703-7605

Magnet Group, The
7 Chamber Dr
Washington, MO 63090-0605

Mail Services
4100 121st St.
Urbandale, IA 50323-2334

Mail Services, LLC
4100 121st St
Urbandale, IA 50323-2334

Mancil Laidig
620 E. 5th St. N
Newton, IA 50208

Mancil R. Laidig
620 East 5th Street North
Newton, IA 50208

Maple Ridge Farms, Inc
975 S Park View Circle
Mosinee, WI 54455-8247

Marathon Sportswear
12751 S Homan Ave
Blue Island, IL 60406

Marathon/Prestige/Busco
8005 Main St
Dexter, MI 48130-1027

Mardi's Embroidery
7199 Highway 65 NE
Fridley, MN 55432-3302

Mardsen Bldg Maintenance, LLC
MI 87
P.O. Box 1150
Minneapolis, MN 55480-1150

Marlo Plastics
3535 Route 66
Bldg 1
Neptune, NJ 07753

Marshalltown Packaging Inc.
c/o Curtis A. Ward, Esq.
11 E. Church St. Suite 202
Marshalltown, IA 50158-5011

Marshalltown Packaging Inc.
1902 E. Anson St.
Marshalltown, IA 50158

Marta Guthrie
5805 Hwy 14 N
Newton, IA 50208

Mary C. Miller
1512 Oakhill Circle
Enid, OK 73703-3113

Mason Staerkel
700 E. 12th St. N
Newton, IA 50208

Matthews Intl Corp
1315 West Liberty Ave
Pittsburgh, PA 15226

Maverick Business Forms
PO Box 6195
Longview, TX 75608

Max Apparel USA, LLC
814 Ela Ave
Waterford, WI 53185

McGladrey LLP
400 Locust Street
Des Moines, IA 50309

Medalcraft Mint Inc
2660 W Mason St
Green Bay, WI 54303

Mega Cap Inc
8640 Rochester Ave
Rancho Cucamonga, CA 91729

Melanie Lamb
809 E. 13th St. N
Newton, IA 50208

Menards
370 36th Ave SW
Altoona, IA 50009-2631

Mi Line by Fey
200 4th Ave N
Edgerton, MN 56201-0777

Michelle Gildersleeve
805 N. York
PO Box 418
Monroe, IA 50170

Mid-Nite Snax
999 South Oyster Bay Rd.
Bld #500
Best Page, NY 11714

Miller Waste Mills Inc.
580 E. Front St.
Winona, MN 55987

Miller Waste Mills, Inc.
c/o Michael S. Jones, Esq.
Patterson Law Firm
505 Fifth Ave Suite 729
Des Moines, IA 50309-2390

Mineral Springs Bottled Water
530 King St., Rte 305
Petersburg, PA 16669

Mitchell Design & Graphic
7355 SW 38th St Ste 101
Ocala, FL 34474

Modern Plastic Bags Inc
Brooklyn Navy Yd/Bldg #27
Flushing Ave & Cumberland
Brooklyn, NY 11205

Moderne Glass Co Inc
Hopewell Industrial Park
1000 Industrial Blvd
Aliquippa, PA 15001-4871

Molly Balmer
512 Water St.
Kellogg, IA 50135

Molly Beavers
1509 W 13th St S
Newton, IA 50208

Montco Adv Specialties In
9 S Forest Ave-Unit B
Norristown, PA 19401

Morco Inc
125 High St
Cochranton, PA 16314-0068

Motto Inc
214 E. Pacific St.
Appleton, WI 54911

Nap Mfg, Inc
7325 Reindeer Trail
San Antonio, TX 78238-1271

Nate Monaghan
305 Main St.
PO Box 263
Grinnell, IA 50112

National Band and Tag
721 York St
Newport, KY 41072-0430

National Banner Co Inc
11938 Harry Hines Blvd
Dallas, TX 75234-5999

National Design Corp
12121 Scripps Summit Dr
Suite 200
San Diego, CA 92131

Natural Trends
1096 N 450 W, #101
Springville, UT 84663

Navitor
1625 Roe Crest Drive
North Mankato, MN 56003

Nelson Boone Co Inc
4804 Strawberry Ln
Louisville, KY 40209

NetSuite, Inc.
2955 Campus Dr.
Suite 100
San Mateo, CA 94403

New Jersey Headwear Corp
305 Third Avenue W
Newark, NJ 07107-2301

Newton Manufacturing Co
Retirement Income Plan & Trust
Bankers Trust Company
453 7th St.
Des Moines, IA 50309

Newton Manufacturing Company
1123 First Avenue East
Newton, IA 50208

Newton Manufacturing Employee Stock
Ownership Plan & Trust
Attn: Scot Storjohann, Bankers Trust
453 7th Street
Des Moines, IA 50309-2728

Newton Mfg. Co - Artwork
Attn: Chuck Flaherty
1123 1st Ave E
Newton, IA 50208-3914

Newton Mfg. Co-CRG
1123 First Avenue East
Newton, IA 50208

Next Products, LLC
2201 E Michigan Road
PO Box 310
Shelbyville, IN 46176

Nittany CreativeSolutions
141 IT Hwy
Kottivakkam  600041, 0 India

NMC/Art Charge
1123 First Avenue East
Newton, IA 50208

Nordic Co Inc
5 Tripps Ln
Riverside, RI 02915-3013

Norwood Calendars
1000 Highway 4 S
Sleepy Eye, MN 56085-0008

Norwood Calendars
14421 Myerlake Circle
Clearwater, FL 33760

Norwood Hard Goods
5151 Moundview Dr
Red Wing, MN 55066-1138

Norwood Hard Goods
14421 Myerlake Circle
Clearwater, FL 33760

Noteworthy Co, The
336 Forest Ave
Amsterdam, NY 12010

Nu Promo International
Sub Lizzie's World LLC
11697 Chesterdale Rd
Cincinnati, OH 45246-3917

Numo a Kolder Company
1072 E Hwy 175
Kaufman, TX 75142

Nuprints
3309 Talley Rd
San Antonio, TX 78253

Olympus Flag & Banner
9000 W Heather Ave
Milwaukee, WI 53224-2410

One Stop, Inc
2686 Northridge Dr NW
Grand Rapids, MI 49544-9109

Orrefors
Special Markets Div
140 Bradford Dr
Berlin, NJ 08009-9299

Otto International
3550 AE Jurupa
Ontario, CA 91761

Otto International, Inc
3550 AE Jurupa
Ontario, CA 91761

Outdoor Cap Co
1200 Melissa Dr
Bentonville, AR 72712-6654

P & M Apparel
206 West Van Dorn
Box 377
Polk City, IA 50226

Pacesetter Awards Co
5544 W Armstrong Ave
Chicago, IL 60646-6514

Pacific Western Sales, In
2980 Enterprise Street
Brea, CA 92821

Page Seed Co
1A Green St
Greene, NY 13778-1108

Pam Blackledge
12563 S. Lakeshore Dr.
Walker, LA 70785

Panther Vision
2180 S Wineville Avenue
Ontario, CA 91761

Par One
3807 King Ave
Cleveland, OH 44114-3727

Paramount Apparel Int'l I
1 Paramount Dr
Bourbon, MO 65441-8309

Paramount Press
6440 W 56th Place
Arvada, CO 80002

Pat Tilnnermeier
6921 Cone St.
Newton, IA 50208

Patty Trease
1209 S. 8th Ave E
Newton, IA 50208

Paul K Guillow Inc
40 New Salem St
Wakefield, MA 01880-1979

Payne Publishers, Inc
8707 E Quarry Rd
Manassas, VA 20110-5316

PB&J Textiles
10728 16th Avenue SW
Seattle, WA 98146

Peerless Umbrella Co Inc
427 Ferry St
Newark, NJ 07105-3903

Pella Construction Co.
c/o Wesley A. Chaplin, Esq.
Kreykes Law Firm
700 Main St. Suite 201
Pella, IA 50219-1680

Pella Construction Co. Ltd.
120 S. Clark St.
Pella, IA 50219

Pella Cooperative Electric Assoc.
2615 Washington St.
Pella, IA 50219

Pella Supply and Larry De Kruif
717 210th Ave
Pella, IA 50219

Pella Supply and Larry De Kruif
136 Terrace Dr.
Otley, IA 50214

Pencoa
Div Harper Products
1274 49th St STE 557
Brooklyn, NY 11219

Pentel of America Ltd
Special Market Division
4000 E Airport Dr, Ste C
Ontario, CA 91761

Per Mar Security Services
720 E. 2nd St.
Des Moines, IA 50309

Perfect Promotional Products
5217 Camino Ruiz
Camarillo, CA 93012

PFI Marketing Group
9 Pine Street
Deerfield, IL 60015

Phil Peden
1023 N 4th Ave E
Newton, IA 50208

Phyllis A. Laidig
1024 W. 18th St. S.
Newton, IA 50208

Pilgrim Plastic Products
Div Pilgrim Badge
1200 W Chestnut St
Brockton, MA 02301-5574

Pingline
314 W Institute Place
Ste 2W
Chicago, IL 60610

Pinnacle Promotion Supply
20 Jewel Court
St Charles, MO 63304

Pitney Bowes (mail meters)
11009 Aurora Ave
Urbandale, IA 50322-7902

Plasco
The Token Factory
2131 South Ave
La Crosse, WI 54601-6258

Power Sales & Advertising
801 N Meadowbrook Dr
Olathe, KS 66062-5443

Pranav Mehta
1008 Georgia Dr
Elk Grove Village, IL 60007

Preferred Nation Inc
5911 Schaeffer Ave
Chino, CA 91710

PremierIMS
815 Live Oak
Houston, TX 77003

Premium Bag LLC
145-50 Liberty Ave
The Lilly Joy Building
Jamaica, NY 11435

Prime Alliance
c/o Joseph G. Bertroche, Sr. Esq.
4044 SE 14th St.
Des Moines, IA 50320

Prime Resources Corp
1100 Boston Ave
Bridgeport, CT 06610-2658

Printed In Stone
1404 Hamlin Avenue
Suite F
St Cloud, FL 34771

Printpro
10 Avco Rd
Haverhill, MA 01835

Pro Active Sports, Inc.
1200 Southeast 2nd Avenue
Canby, OR 97013

Pro Am Golf
3174 S Brentwood Blvd
Webster Groves, MO 63119

Pro Golf Premiums Inc
810 Krift Avenue
Burlington, WI 53105

Pro Towels
234 Industrial Park Road
Abbeville, SC 29620

Pro-Innovative Concepts
4405 E Baseline Road
Suite 111
Phoenix, AZ 85008

Pro-Tect Mfg, Inc
1251 Ferguson Ave
Saint Louis, MO 63133-1442

Promobiz USA LLC
1820 West Carson Street
Suite 202-299
Torrance, CA 90501

Promosafe
23638 Lyons Ave Ste 418
Newhall, CA 91321

Promotional Slideguide
15 Gilpin Ave
Hauppauge, NY 11788-4723

Promovera Inc.
3650 Oakton Street
Skokie, IL 60076

Providence
530 Wellington Ave Ste 11
Cranston, RI 02910

Publi Calen-Art Ltd
178 W Service Rd
Champlain, NY 12919-4440

Punch Products USA Inc
2131 Felver Ct
Rahway, NJ 07065-5796

Punchworks
231 Centennial Dr
LaVergne, TN 37086

PyroGraphics
132 South 11th St
West Des Moines, IA 50265-4409

Qualitee Imprints
8721 State Road
Colden, NY 14033

Quality Incentive Co
Bldg 5
3962 Willow Lake Blvd.
Memphis, TN 38118

Quickpoint Inc
1717 Fenpark Dr
Fenton, MO 63026-2939

Quikey Mfg Co Inc
1500 Industrial Pkwy
Akron, OH 44310-2600

Quinn Flags
581 West Chestnut Street
Hanover, PA 17331

R M Crow Co
200 Factory Dr
Waco, TX 76710-6958

Radians, Inc
5305 Distriplex Farms Dr
Memphis, TN 38141

Raining Rose Inc
407 9th Ave SE
Cedar Rapids, IA 52401-2148

Rainkist
Div Futai (USA) Inc.
7 Parkway Place
Edison, NJ 08837

Randi Fitzgerald
700 E. 12th St. N
Newton, IA 50208

Red Wing Bags
635 E 48th St
Holland, MI 49423

Redystick Products Co
1906 S Cherokee St
Denver, CO 80223-3915

Regina Sarmento
1505 E 6th St. S
Newton, IA 50208

Regina VerSteeg
211 W. 11th St. S
Newton, IA 50208

Remarkable Innovations
790 E Santa Clara Street, Suite 103
Ventura, CA 93001

RHB Marketing
100 S Main St
PO Box 975
New York, NY 10956-0975

Rhonda Cook
1315 Broad St.
Des Moines, IA 50315

Rhonda Saunders
1902 N. 2nd Ave E
Newton, IA 50208

Richardson Brands Company
101 Erie Blvd
Canajoharie, NY 13317

Richman Industries, Inc
810 S 31st St
Harrisburg, PA 17111-0349

Riverside Mfg Co
1415 W 37th St
Chicago, IL 60609-2110

Rock Point Corp. Apparel
9925 Aldine Westfield
Houston, TX 77093

Rod Wright
8490 Hwy 14 N
Newton, IA 50208

Royal Industries
225 25th St
Brooklyn, NY 11232-1337

Rustico LLC
119 N 1380 W
Orem, UT 84057

S & S Activewear
581 Territorial Dr
Bolingbrook, IL 60440-3543

Sabina
Div Custom Deco Inc
1343 Miami St
Toledo, OH 43605-3338

Samuel D. Porter
9225 Cascade Avenue
#1324
West Des Moines, IA 50266

San Francis Imports
901 Thompson Ave
Glendale, CA 91201

Sanders Mfg Co
1422 Lebanon Pike
Nashville, TN 37210-3159

Sandra E. Gade
54313 276th St.
Kelley, IA 50134

Sanford Business To Business
2707 Butterfield Rd
Oak Brook, IL 60523

SanMar
22833 SE Black Nugget Road, Suite 130
Issaquah, WA 98027-8700

SanMar Corporation
Attn: Dana Brandsrud
22833 SE Black Nugget Road, Suite 130
Issaquah, WA 98027-8700

Schweizer Emblem
1022 Busse Hwy
Park Ridge, IL 60068-1802

Scrub Authority
10658 W. Centennial Rd.
#400
Littleton, CO 80127

Seiko Corp of America
111 Macarthur Blvd.
Ste 101
Mahwah, NJ 07430-2321

Selco Companies, The
8909 E 21st St
Tulsa, OK 74129-1417

Select Manufacturers Inc
2907 Harborview Dr Ste A
Gig Harbor, WA 98335

Selective Gift Institute
2700 Monroe St
LaPorte, IN 46350

Severson Products Co
4309 Acorn Lane
Pequot Lakes, MN 56472

Seville Corporation
4909 Triangle St
Mc Farland, WI 53558-9358

Sew-Fab Ltd
187 Samuelson Street
Cambridge, ON N1R 1K2

Shannon Bergman
701 S. 4th Ave E
Newton, IA 50208

Sharon Mabie
1105 E 8th St. S
Newton, IA 50208

Sheila Benac
415 S. 3rd Ave W
Newton, IA 50208

Shelbyville Pencil Co
723 Industrial Pkwy
Shelbyville, TN 37162-0727

Shelly VerWoert-Fisher
620 S. Montgomery St.
Colfax, IA 50054

Sheppard Envelope Mfg Co
133 Southbridge St
Auburn, MA 01501-2503

ShirtWorks LLC
520 Falling Leaf Lane
Washington, MO 63090

Showdown Displays
6850 Shingle Creek Parkway
Brooklyn Center, MN 55430

Simba Cal Inc
1680 Universe Circle
Oxnard, CA 93033

Skinner & Kennedy Co
9451 Natural Bridge Rd
Saint Louis, MO 63134-3148

Snugz/USA Inc
9258 S Prosperity Road
West Jordan, UT 84081

Sonoma Promotional Soluti
841 West Napa St
Sonoma, CA 95476

Sourcing Department
7108 Crossroads Blvd
Suite 307
Brentwood, TN 37027

Southern Plus
Div/Southern Umbrella
1611 Zion CME Church Rd
Hartwell, GA 30643-6621

Special T's of Central Fl
13740 West Hwy 44
Grand Island, FL 32735

Spector & Co.
100 Walnut Street
Suite 6
Champlain, NY 12919

Spectrum Uniforms
3800 Jupiter St
Houston, TX 77087

Spirit Industries
22208 Highway 105 West
Montgomery, TX 77356

Sport System Corp/Staelen
44 Hazel St
Woonsocket, RI 02895-1228

Sports Art
8255 Black Run Rd
Nashport, OH 43830-9774

Sports Solutions Inc.
201 East Main St
Pilot Mountain, NC 27041

Sprint
PO Box 219100
Kansas City, MO 64121-9100

St Regis Crystal Inc
121 Granton Dr-Unit 5
Richmond Hill, ON L4B 3N4

Stacey Bulmer
206 3rd Ave
PO Box 462
Sully, IA 50251

Stafford Media
22 Hemming Drive
Stafford, VA 22554

Standard Insurance Company
920 SW Sixth Ave
Portland, OR 97204-1203

Starline USA Inc
3036 Alt Blvd
Grand Island, NY 14072-1246

Status Threads
3453 IH 35N  Ste 113
San Antonio, TX 78219

Stephanie Flancer
1002 Summer St.
Grinnell, IA 50112

Sterling Cut Glass
3233 Mineola Pike
Erlanger, KY 41018

Steven Smith/Stuffed Animals Inc
330 E 89th St
Brooklyn, NY 11236-1604

Stitch Designers - Embroidery
1601 Crums Lane
Louisville, KY 40216

Stitch Designers - Screen Printing
1601 Crums Lane
Louisville, KY 40216

Stitch Gallery
113 S 77 Sunshine Strip
Harlingen, TX 78550

Stitches Embroidery, Inc
1600 Mary's Avenue
Pittsburgh, PA 15215

Stone Enterprises Inc
2001 Marcus Ave-N114
Lake Success, NY 11042-1011

Stouse Sign & Decal Inc
300 New Century Parkway
New Century, KS 66031

Stromberg Brand Inc
12 Ford Products Road
Valley Cottage, NY 10989

Strong Leather Co
Div/The Strong Group
39 Grove St
Gloucester, MA 01930-2611

Suburban Sportswear
1895 Buerkle Road
White Bear Lake, MN 55110

Sue White
729 High Ave
Newton, IA 50208

Sun Coast Mdse Corp
6315 Bandini Blvd
Commerce, CA 90040-3115

Sunbird
230 N Crescent Way Ste A
Anaheim, CA 92801

Sunjoy Group Inc
5310 N Harlem Ave
Suite 207
Chicago, IL 60656

Suntex Industries
5000 S Main St
Winston Salem, NC 27107-6818

Superior Promotional Bags
41 Arosa Hill
Lakewood, NJ 08701

Superior Uniform Group
10055 Seminole Blvd
Seminole, FL 33772

Sweda/CMI
17411 Valley Blvd
City of Industry, CA 91744

Sweet Nut Tree
6210 Merger Dr
Holland, OH 43528-9593

Symphony Handmade Papers
25 Bisbee Court Ste #G
Santa Fe, NM 87508

T.A. Wear
1533 Georgia Road
Wetumpka, AL 36092

Tammy Stock
1420 E 19th St. N
Newton, IA 50208

Target Graphics Ltd
140 Ambassador Drive
Suite 132
Naperville, IL 60540

Team Air Express
PO Box 668
Winnsboro, TX 75494

Team Print
1605 Commerce Drive
Bourbonnais, IL 60914-4478

TeamWorld, Inc
PO Box 1853
Binghamton, NY 13902-1853

Tekweld
180 Central Ave
Farmington, NY 11735

Tempo Graphics
10685 43rd Ave
Chippewa Falls, WI 54729

Tempo Industries
90 Hopper Street
Westbury, NY 11590

Tempo Industries Inc
90 Hopper St
Westbury, NY 11590

Teresa Hopkins
702 S. Commerce
PO Box 962
Monroe, IA 50170

Teresa Robson
540 Hartwig Way
Newton, IA 50208

Terry Town Company
Suite 300
1440 Innovative Dr
San Diego, CA 92154

Tervis Tumbler Co
201 Triple Diamond Blvd
North Venice, FL 34275

Texas Art Embroidery Co
7556 Renwick Dr
Houston, TX 77081-7107

The Accord Group
710 Blue Ribbon Parkway
Shelbyville, TN 37160

The Chocolate Inn
110 Buffalo Avenue
Freeport, NY 11520

The Cincinnati Insurance Companies
PO Box 145496
Cincinnati, OH 45250-5496

The Hartford Financial Products
277 Park Ave
New York, NY 10172

The Karsten Family Revocable Inter-vivos
Trust
Freedom Pointe
1550 El Camino Real, Apt. 222
Lady Lake, FL 32159

Timberline Colorado
9911 E 47th Ave
Denver, CO 80238

Timberwolf Products
21669 Hanover Avenue
Lakeville, MN 55044

To The Point
130-E Stratford Ct
Winston-Salem, NC 27103

Toni Peska
4583 S. 9th Ave E
Newton, IA 50208

Top Brands Inc
520 W 15th Ave
Oshkosh, WI 54901-6546

Totemania Oh
Saalfield Supply (fact.)
1145 Highbrook St
Akron, OH 44301

Touchstone Embroidery, In
PO Box 406
127-A Meansville Street
Zebulon, GA 30295

Tracy Trease
717 S. 3rd Ave W
Newton, IA 50208

Trademark Global
5401 Baumbart Rd
Unit 1
Lorain, OH 44053

Tradenet Publishing
1200 Energy Ctr Dr
Gardner, KS 66030-0158

Tranter Graphics
8094 N State Rd 13
Syracuse, IN 46567-0338

Trimountain Apparel
4889 4th St
Irwindale, CA 91706

Troy Sunshade
607 Riffle Ave
Greenville, OH 45331

Tru Art Advertising Cals
2800 Highway 6 E
Iowa City, IA 52240-2614

Truebite Inc
19 Nebraska Ave
Endicott, NY 13760

TSC Apparel
12080 Mosteller Rd
Cincinnati, OH 45241-1529

U S Nameplate Co
One LaFrance Way
Concordville, PA 19331-5002

ULine Inc
2200 S Lakeside Dr
Waukegan, IL 60085-8361

Unicorn West Inc
9119 Perkins St
Pico Rivera, CA 90660

United Parcel Service, Inc.
1751 Hull Ave
Des Moines, IA 50313

Universal Auto Frames
2110 E Winston Rd
Anaheim, CA 92806

Universal Printing
1713 Lewis Street
Bay City, MI 48706

Universal Strap Inc
209 N1750 Industrial Dr
Jackson, WI 53037

US Box Corp
1296 McCarter Hwy
Newark, NJ 07104-3714

Valley Casting
9462 Deerwood Lane North
Maple Grove, MN 55369

Vanessa Weisskopf
402 Lincoln St.
Victor, IA 52347

Vantage Custom Classics
100 Vantage Dr
Avenel, NJ 07001-1099

Ventura Inc
501 W Pierce St
Del Rio, TX 78840-5456

Versa-Tags Inc
108 Commerce Dr
Cuba, MO 65453-1541

VF Workwear
Div/VF Imagewear (West)In
545 Marriott Dr
Nashville, TN 37214-5011

Via For Travel
280 Ott Street
Corona, CA 92882

Vicki Carter
717 N. 3rd Ave E
Newton, IA 50208

Victorinox Swiss Army Inc
7 Victoria Dr
Monroe, CT 07702-4214

Visions Mfg Group Inc
One Visions Parkway
Celina, OH 45822

Visual Promotions
2040 Hwy 90 West
Sealy, TX 77474

Vitronic Promo Group
4680 Parkway Dr
Suite 200
Mason, OH 45040-8297

Vitronic/Calendars
4680 Parkway Dr
Suite 200
Mason, OH 45040-8297

W C Bunting Co Inc
1425 Globe St
East Liverpool, OH 43920-2110

Waehner Importing Co Inc
110 Remington Blvd
Ronkonkoma, NY 11779-6943

Wage's Silversmiths
PO Box 429
Minden, NV 89423

Wal-Mart Store 01-0748
300 E 31st ST S
Newton, IA 50208-9484

Waldor Products
225 25th St.
Brooklyn, NY 11232

Walters Seed Company LLC
65 Veterans Dr
Holland, MI 49423-7813

Warwick Co
2601 E Main St
Saint Charles, IL 60174-4289

Warwick Co/Calendars
2601 E Main St
Saint Charles, IL 60174-4289

Warwick Co/NewCals
2601 E Main St
Saint Charles, IL 60174-4289

Washington Promo Group
1100 Stafford St, Ste 200
Washington, MO 63090-5276

Water Depot
15605 S Keeler Terrace #B
Olathe, KS 66062

Waterford Crystal Inc
1330 Campus Pkwy
Wall, NJ 07719

Wayne McCoy
1516 S. 15th Ave W
Newton, IA 50208

WearMagic
12150 Northwest Blvd
Cincinnati, OH 45246-1231

Webb Company
980 Aldrin Drive
Eagan, MN 55121

Wellmark Blue Cross and Blue Shield
1331 Grand Ave
PO Box 9232
Des Moines, IA 50306-9232

Wendell's, Inc
6601 Bunker Lake Blvd NW
Ramsey, MN 55303-4552

Westwood Embroidery
1005 SE Westwoods Dr
Waukee, IA 50263

Whirley-DrinkWorks!
618 4th Ave
Warren, PA 16365-4947

William Hagen
5484 Longview Court
Unit 4
Johnston, IA 50131-2734

William L. Fleming Revocable Trust
164 Bunker Road
Rotonda West, FL 33947-2126

Williamson-Dickie Mfg Co
509 W Vickery Blvd
Fort Worth, TX 76104-1195

Wilton Armetale
PO Box 600
Plumb & Square Streets
Mount Joy, PA 17552

Windswept Marketing, Inc
800-E Fairview Road
Suite 111
Asheville, NC 28803

Wolfmark Neckwear Co
820 Ehlers Road
Neenah, WI 54956

Woolenwear/PersonaliTee's
739 Pinecrest Dr
Prospect Heights, IL 60070-1807

World Wide Line
5485 Hixson Pike
Hixson, TN 37343

Worldwide Protective Products
4255 McKinley Parkway
Hamburg, NY 14075

WOWLine
300 Jericho Quadrangle
Ste 230
Jericho, NY 11753

XPEDX
3201 SE Convenience Blvd
Ankeny, IA 50021-9422

Yafa Inc
21306 Gault St
Canoga Park, CA 91303-2123

Zipline
740 Vanderperren Way
Green Bay, WI 54304

Zoogee World Inc
14 Customs Street
Calais, ME 04619

Zorrel International
13500 15th Street
Grandview, MO 64030

# United States Bankruptcy Court
## Southern District of Iowa

In re   Newton Manufacturing Company

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Newton Manufacturing Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 31, 2015

Date

/s/ Jeffrey Goetz

Jeffrey Goetz

Signature of Attorney or Litigant
Counsel for   Newton Manufacturing Company

Bradshaw, Fowler, Proctor & Fairgrave PC
801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004
515-243-4191 Fax:515-246-5808