# **EXHIBIT B**

Rule 4001(c)(1)(B) Chart of Material DIP Provisions

| Provision | Location and Nature of Relief |
|---|---|
| (1) Events of Default | Payment default; failure to comply with or perform any other term or obligation; default under any loan; false warranty or representation; any default event occurs with respect to any guarantor; any change in ownership of 25% or more of the common stock of borrower; lender believes it is insecure; an order is entered reversing, supplementing, staying, vacating or amending the Interim Order or Final Order.<br>**Page 1, Change in Terms Agreement dated 5/29/15**<br>**Business Loan Agreement dated 2/25/13** |
| (2) Interest Rate | 8.5% per annum<br>Default interest rate is 18% per annum, to accrue on September 1, 2015 if default.<br>**Page 1, Change in Terms Agreement dated 5/29/15**<br>**Business Loan Agreement dated 2/25/13** |
| (3) Maturity | August 31, 2015<br>**Page 1, Change in Terms Agreement dated 5/29/15**<br>**Business Loan Agreement dated 2/25/13** |
| (4) Liens | **Page 1, Security Agreement dated 2/25/13**<br>**Page 2, Change in Terms Agreement dated 5/29/15** |
| (5) Borrowing Limits | **Page 1, Change in Terms Agreement dated 5/29/15**<br>**Business Loan Agreement dated 2/25/13** |
| (6) Borrowing Conditions | **Page 1, Change in Terms Agreement dated 5/29/15**<br>**Business Loan Agreement dated 2/25/13** |