5/31/15 2:41PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Newton Manufacturing Company

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Norwood Calendars<br>1000 Highway 4 S<br>Sleepy Eye, MN 56085-0008 | edgar.hernandez@bicworld.com<br>Norwood Calendars<br>1000 Highway 4 S<br>Sleepy Eye, MN 56085-0008<br>727-524-7480 | Trade Debt | | 365,756.28 |
| Norwood Hard Goods<br>5151 Moundview Dr<br>Red Wing, MN 55066-1138 | edgar.hernandez@bicworld.com<br>Norwood Hard Goods<br>5151 Moundview Dr<br>Red Wing, MN 55066-1138<br>727-524-7480 | Trade Debt | | 301,633.08 |
| SanMar Corporation<br>Attn: Dana Brandsrud<br>22833 SE Black Nugget Road, Suite 130<br>Issaquah, WA 98027-8700 | martyl@sanmar.com<br>SanMar Corporation<br>Attn: Dana Brandsrud<br>22833 SE Black Nugget Road, Suite 130<br>Issaquah, WA 98027-8700<br>800-346-3369 | Trade Debt | | 262,437.85 |
| BIC Graphic USA<br>14421 Myerlake Circle<br>Clearwater, FL 33760-2840 | betsy.hardin@bicgraphic.com<br>BIC Graphic USA<br>14421 Myerlake Circle<br>Clearwater, FL 33760-2840<br>888-446-5242 | Trade Debt | | 237,164.29 |
| Cap America Inc<br>1 Cap America Dr<br>Fredericktown, MO 63645-6102 | brucew@capamerica.com<br>Cap America Inc<br>1 Cap America Dr<br>Fredericktown, MO 63645-6102<br>800-487-2227 | Trade Debt | | 96,450.57 |
| Hit Promotional Products<br>7150 Bryan Dairy Rd<br>Largo, FL 33777-1501 | cjschmidt@hitpromo.net<br>Hit Promotional Products<br>7150 Bryan Dairy Rd<br>Largo, FL 33777-1501<br>800-237-6305 | Trade Debt | | 66,749.31 |
| Moderne Glass Co Inc<br>Hopewell Industrial Park<br>1000 Industrial Blvd<br>Aliquippa, PA 15001-4871 | mcknito@mglass.com<br>Moderne Glass Co Inc<br>Hopewell Industrial Park<br>1000 Industrial Blvd<br>Aliquippa, PA 15001-4871<br>800-645-5131 ext 6000 | Trade Debt | | 57,674.32 |

5/31/15 2:41PM

B4 (Official Form 4) (12/07) - Cont.

In re   Newton Manufacturing Company   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Power Sales & Advertising<br>801 N Meadowbrook Dr<br>Olathe, KS 66062-5443 | tevans@psakc.com<br>Power Sales & Advertising<br>801 N Meadowbrook Dr<br>Olathe, KS 66062-5443<br>913-324-4900 | Trade Debt | | 55,391.06 |
| Gold Bond World Wide<br>5485 Hixson Pike<br>Hixson, TN 37343-0967 | markg@goldbondinc.com<br>Gold Bond World Wide<br>5485 Hixson Pike<br>Hixson, TN 37343-0967<br>800-438-5757 | Trade Debt | | 41,807.56 |
| Custom Printing Inc<br>2402 E 6th Ave<br>Belton, TX 76513-9602 | robinb@customcrest.com<br>Custom Printing Inc<br>2402 E 6th Ave<br>Belton, TX 76513-9602<br>800-266-6260 | Trade Debt | | 37,474.57 |
| Quikey Mfg Co Inc<br>1500 Industrial Pkwy<br>Akron, OH 44310-2600 | exec214@quikey.com<br>Quikey Mfg Co Inc<br>1500 Industrial Pkwy<br>Akron, OH 44310-2600<br>877-901-1200 | Trade Debt | | 32,247.96 |
| Magnet Group, The<br>7 Chamber Dr<br>Washington, MO 63090-0605 | bkorowitz@themagnetgroup.com<br>Magnet Group, The<br>7 Chamber Dr<br>Washington, MO 63090-0605<br>800-458-9457 | Trade Debt | | 28,458.22 |
| American Ad Bag Co<br>1510 Lamb Rd<br>Woodstock, IL 60098 | orders@adbag.com<br>American Ad Bag Co<br>1510 Lamb Rd<br>Woodstock, IL 60098<br>800-382-6844 | Trade Debt | | 26,256.86 |
| A Plus Designs, Inc. Outfitters Plus<br>56988 635th Street<br>Atlantic, IA 50022 | amyn@aplusdesignsinc.com<br>A Plus Designs, Inc. Outfitters Plus<br>56988 635th Street<br>Atlantic, IA 50022<br>712-243-4379 | Trade Debt | | 24,785.60 |
| Gill Studios Inc<br>10800 Lackman Rd<br>Lenexa, KS 66219-1230 | plage@gill-line.com<br>Gill Studios Inc<br>10800 Lackman Rd<br>Lenexa, KS 66219-1230<br>888-455-4422 | Trade Debt | | 24,666.57 |
| Bag Makers Inc<br>6606 S Union Rd<br>Union, IL 60180-9514 | chuck.sanford@bagmakersinc.com<br>Bag Makers Inc<br>6606 S Union Rd<br>Union, IL 60180-9514<br>800-458-9031 | Trade Debt | | 23,099.79 |

B4 (Official Form 4) (12/07) - Cont.

In re    Newton Manufacturing Company    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HotLine Products<br>345 Plato Blvd E<br>Saint Paul, MN 55107-1269 | ghoden@brownandbigelow.com<br>HotLine Products<br>345 Plato Blvd E<br>Saint Paul, MN 55107-1269<br>800-225-2114 | Trade Debt | | 21,969.62 |
| Royal Industries<br>225 25th St<br>Brooklyn, NY 11232-1337 | mrudy@royalindustries.com<br>Royal Industries<br>225 25th St<br>Brooklyn, NY 11232-1337<br>718-369-3046 | Trade Debt | | 19,880.09 |
| Vitronic Promo Group<br>4680 Parkway Dr<br>Suite 200<br>Mason, OH 45040-8297 | lorik@vitronicpromotional.com<br>Vitronic Promo Group<br>4680 Parkway Dr<br>Suite 200<br>Mason, OH 45040-8297<br>800-666-7117 | Trade Debt | | 19,284.01 |
| Starline USA Inc<br>3036 Alt Blvd<br>Grand Island, NY 14072-1246 | dnorris@starline.com<br>Starline USA Inc<br>3036 Alt Blvd<br>Grand Island, NY 14072-1246<br>800-831-2231 | Trade Debt | | 18,100.48 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    May 31, 2015    Signature    /s/ Mancil Laidig
Mancil Laidig
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.