# 0UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No.: 15-01128-lmj11 |
| ) | |
| **NEWTON MANUFACTURING** ) | Chapter 11 |
| **COMPANY** ) | |
| ) | Hon. Lee M. Jackwig |
| Debtor and Debtor in Possession. ) | |
| ) | **PLAN BALLOT SUMMARY FOR THE** |
| 1123 1ST Ave E ) | **DEBTOR'S AND OFFICIAL** |
| Newton, IA  50208 ) | **COMMITTEE OF UNSECURED** |
| ) | **CREDITORS OF NEWTON** |
| EIN: 42-0437950 ) | **MANUFACTURING COMPANY'S** |
| ) | **JOINT PLAN OF LIQUIDATION** |
| ) | **DATED NOVEMBER 5, 2015** |
| ) | |
| ) | *Hearing on Confirmation of the Plan* |
| ) | Date: Thursday, February 11, 2016 |
| ) | Time: 1:30 p.m. |
| ) | Courtroom: 2 |

Newton Manufacturing Company, the Debtor, Debtor in Possession and Co-Plan Proponent herein, by and through its duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq. of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully submits the Plan Ballot Summary for the Joint Liquidating Plan of Liquidation and Disclosure Statement dated November 5, 2015, as follows:

1)    Plan Proponents:    Newton Manufacturing Company and the Official Committee of Unsecured Creditors

2)    Are any competing plans filed with the Court?    No

3)    Is a cramdown requested?    No

4)    Unimpaired Classes: Classes 1, 2a, and 2b

5)    Impaired Classes: Class 3 & 4

6)	Has any impaired class approved the Plan?  Yes

7)	The following is the voting summary by creditor class:

| Class | ACCEPTING | | | | REJECTING | | | |
|---|---|---|---|---|---|---|---|---|
| | No. | % | Amount | % | No. | % | Amount | % |
| 3 | 110 | 93% | 1,531,120.54 | 98% | 8 | 7% | 28,057.01 | 2% |

Dated: February 1, 2016

*/s/ Jeffrey Goetz*
Jeffrey D. Goetz, Esq., IS#999366
Bradshaw Fowler Proctor & Fairgrave PC
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel for
Newton Manufacturing Company,
Debtor and Debtor in Possession

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/Barbara Warner*